AO 240
DELAWARE (Rev. ...)

ORIGINAL

# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

SALIH AKA SALIH HALL
_____
Plaintiff

v.

Governor Ruth Ann Minner,
et. al
_____
Defendant(s)

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER: 0 7 - 3 9 2

I, __SALIH AKA SALIH HALL__ declare that I am the (check appropriate box)

• • Petitioner/Plaintiff/Movant    • • Other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915, I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

FILED
JUN 19 2007
RG scan/
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    • (Yes)    • •No    (If "No" go to Question 2)

   If "YES" state the place of your incarceration __Delaware Correctional Center__

   Inmate Identification Number (Required): __104141__

   Are you employed at the institution? __YES__ Do you receive any payment from the institution? _____

   _Attach a ledger sheet from the institution of your incarceration showing at least the past six months' transactions_

2. Are you currently employed?    • (Yes)    • •No

   a.    If the answer is "YES" state the amount of your take-home salary or wages and pay period a and give the name and address of your employer. __$2.00 per month__

   b.    If the answer is "NO" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   a.    Business, profession or other self-employment    • • Yes    • (No)
   b.    Rent payments, interest or dividends              • • Yes    • (No)
   c.    Pensions, annuities or life insurance payments    • • Yes    • (No)
   d.    Disability or workers compensation payments       • • Yes    • (No)
   e.    Gifts or inheritances                             • • Yes    • (No)
   f.    Any other sources                                 • • Yes    • (No)

   If the answer to any of the above is "YES" describe each source of money and state the amount received AND what you expect you will continue to receive.

AO 240 Reverse (Rev. 10/03)
DELAWARE (Rev. 4/05)

4. Do you have any cash or checking or savings accounts?  ·· Yes   · (No)

   If "Yes" state the total amount $ N/A

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?  ·· Yes   · (No)

   If "Yes" describe the property and state its value. N/A

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support, *OR* state *NONE* if applicable.

   NONE

I declare under penalty of perjury that the above information is true and correct.

6-12-07
DATE


SIGNATURE OF APPLICANT

**NOTE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

Alila Hall #127141
Delaware Correctional Center
1181 Paddock Road
Smyrna, De 19977

Clerk of Court
United States District Court
Federal Building
844 King Street Bay 18801
Wilmington

# DELAWARE CORRECTIONAL CENTER
# SUPPORT SERVICES OFFICE
# MEMORANDUM

**ORIGINAL**

TO: _Salih Hall_  SBI#: _104141_

FROM:   Stacy Shane, Support Services Secretary    0 7 - 3 9 2

RE:   **6 Months Account Statement**

DATE: _June 6, 2007_

FILED
JUN 19 2007
R.G. scan
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Attached are copies of your inmate account statement for the months of
_December 1, 2006_ to _May 31, 2007_.

The following indicates the average daily balances.

| MONTH | AVERAGE DAILY BALANCE |
|---|---|
| Dec | 0 |
| Jan | 39.60 |
| Feb | 64.68 |
| March | 149.84 |
| April | 84.16 |
| May | 31.38 |

Average daily balances/6 months: _61.94_

Attachments
CC: File

_Stacy Shane_ 6/6/07

_[signature]_ 6/6/07

# Individual Statement - No Transactions This Month

Date Printed: 6/6/2007                          Page 1 of 1

## For Month of December 2006

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: |
|---|---|---|---|---|---|
| 00104141 | HALL | SALIH | | | |
| Current Location: W1 | | | | | |

| Source | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|

Total Amount Currently on Medical Hold: $0.00

Total Amount Currently on Non-Medical Hold: $0.00

Date Printed: 6/6/2007

**Individual Statement**
**From January 2007 to May 2007**

Page 1 of 6

| SBI | Last Name | First Name | MI | Suffix | | |
|---|---|---|---|---|---|---|
| 00104141 | HALL | SALIH | | | Beginning Month Balance: | $0.00 |
| Current Location: | W1 | | | Comments: | Ending Month Balance: | $30.88 |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO# / Ck# | Pay To | Source Name |
|---|---|---|---|---|---|---|---|---|---|
| Commitments | 1/5/2007 | $0.00 | $0.00 | $0.00 | $0.00 | 369116 | | | |
| Supplies-MailPosta | 1/9/2007 | $0.00 | $0.00 | ($0.63) | $0.00 | 370396 | | 1/7/07 | |
| Supplies-MailPosta | 1/9/2007 | $0.00 | $0.00 | ($0.63) | $0.00 | 370397 | | 1/7/07 | |
| Supplies-MailPosta | 1/9/2007 | $0.00 | $0.00 | ($0.87) | $0.00 | 370399 | | 1/7/07 | |
| Misc | 1/9/2007 | $3.46 | $0.00 | $0.00 | $3.46 | 370560 | | HRYCI CK#047951 | |
| Mail | 1/23/2007 | $100.00 | $0.00 | $0.00 | $103.46 | 376150 | 4939676833 | | P REDD |
| Mail | 1/23/2007 | $20.00 | $0.00 | $0.00 | $123.46 | 376158 | 4897138099 | | J GARNETT |
| Canteen | 1/24/2007 | ($1.17) | $0.00 | $0.00 | $122.29 | 376335 | | | |
| Supplies-MailPosta | 1/30/2007 | ($0.63) | $0.00 | $0.00 | $121.66 | 379289 | | 1/7/07 | |
| Supplies-MailPosta | 1/30/2007 | ($0.63) | $0.00 | $0.00 | $121.03 | 379288 | | 1/7/07 | |
| Supplies-MailPosta | 1/30/2007 | ($0.87) | $0.00 | $0.00 | $120.16 | 379291 | | 1/7/07 | |
| Canteen | 1/31/2007 | ($59.71) | $0.00 | $0.00 | $60.45 | 380263 | | | |
| Canteen | 1/31/2007 | ($16.97) | $0.00 | $0.00 | $43.48 | 380628 | | | |
| Pay-To | 2/2/2007 | ($6.60) | $0.00 | $0.00 | $36.88 | 381906 | | MASJID MUHAMMAD | |
| Canteen | 2/8/2007 | ($22.05) | $0.00 | $0.00 | $14.83 | 384602 | | | |
| Mail | 2/12/2007 | $20.00 | $0.00 | $0.00 | $34.83 | 385516 | 56439727850 | | J GREEN |
| Canteen | 2/15/2007 | ($34.47) | $0.00 | $0.00 | $0.36 | 387475 | | | |
| Supplies-MailPosta | 2/15/2007 | $0.00 | $0.00 | ($1.35) | $0.36 | 387852 | | 2/2/07 | |
| Supplies-MailPosta | 2/15/2007 | $0.00 | $0.00 | ($1.11) | $0.36 | 387853 | | 2/2/07 | |
| Supplies-MailPosta | 2/15/2007 | $0.00 | $0.00 | ($1.35) | $0.36 | 387854 | | 2/2/07 | |
| Supplies-MailPosta | 2/15/2007 | $0.00 | $0.00 | ($1.35) | $0.36 | 387855 | | 2/2/07 | |
| Supplies-MailPosta | 2/16/2007 | $0.00 | $0.00 | ($1.11) | $0.36 | 388476 | | 1/25/07 | |
| Supplies-MailPosta | 2/16/2007 | $0.00 | $0.00 | ($1.11) | $0.36 | 388477 | | 1/25/07 | |
| Supplies-MailPosta | 2/16/2007 | $0.00 | $0.00 | ($1.11) | $0.36 | 388478 | | 1/25/07 | |
| Supplies-MailPosta | 2/16/2007 | $0.00 | $0.00 | ($1.11) | $0.36 | 388479 | | 1/25/07 | |
| Supplies-MailPosta | 2/16/2007 | $0.00 | $0.00 | ($1.35) | $0.36 | 388504 | | 1/31/07 | |
| Supplies-MailPosta | 2/16/2007 | $0.00 | $0.00 | ($1.35) | $0.36 | 388505 | | 1/31/07 | |
| Supplies-MailPosta | 2/16/2007 | $0.00 | $0.00 | ($1.35) | $0.36 | 388525 | | 2/7/07 | |
| Supplies-MailPosta | 2/16/2007 | $0.00 | $0.00 | ($1.35) | $0.36 | 388533 | | 1/31/07 | |
| Supplies-MailPosta | 2/16/2007 | $0.00 | $0.00 | ($1.35) | $0.36 | 388534 | | 1/31/07 | |
| Supplies-MailPosta | 2/16/2007 | $0.00 | $0.00 | ($0.39) | $0.36 | 388596 | | 1/17/07 | |

**Individual Statement**
**From January 2007 to May 2007**

Page 2 of 6

| Date Printed: | 6/6/2007 | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| SBI | Last Name | First Name | MI | Suffix | | | Beginning Month Balance: | | $0.00 | |
| 00104141 | HALL | SALIH | | | | | Ending Month Balance: | | $30.88 | |
| Current Location: | W1 | Comments: | | | | | | | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO# / Ck# | Pay To | Source Name |
|---|---|---|---|---|---|---|---|---|---|
| Supplies-MailPosta | 2/16/2007 | $0.00 | $0.00 | ($0.39) | $0.36 | 388597 | | 1/17/07 | |
| Supplies-MailPosta | 2/16/2007 | $0.00 | $0.00 | ($0.63) | $0.36 | 388641 | | 2/7/07 | |
| Supplies-MailPosta | 2/16/2007 | $0.00 | $0.00 | ($0.63) | $0.36 | 388643 | | 2/7/07 | |
| Supplies-MailPosta | 2/16/2007 | $0.00 | $0.00 | ($0.63) | $0.36 | 388648 | | 2/7/07 | |
| Supplies-MailPosta | 2/16/2007 | ($0.36) | $0.00 | ($0.99) | $0.00 | 389156 | | 2/2/07 | |
| Visit | 2/20/2007 | $200.00 | $0.00 | $0.00 | $200.00 | 389603 | 49874063570-00627 | | P REED |
| Supplies-MailPosta | 2/21/2007 | $0.00 | $0.00 | ($1.11) | $200.00 | 391127 | | 1/11/07 | |
| Supplies-MailPosta | 2/21/2007 | $0.00 | $0.00 | ($1.11) | $200.00 | 391128 | | 1/11/07 | |
| Canteen | 2/22/2007 | ($49.65) | $0.00 | $0.00 | $150.35 | 391562 | | | |
| Supplies-MailPosta | 2/23/2007 | $0.00 | $0.00 | ($1.11) | $150.35 | 392250 | | 2/16/07 | |
| Supplies-MailPosta | 2/23/2007 | $0.00 | $0.00 | ($1.11) | $150.35 | 392251 | | 2/16/07 | |
| Supplies-MailPosta | 2/23/2007 | $0.00 | $0.00 | ($1.11) | $150.35 | 392356 | | 2/21/07 | |
| Supplies-MailPosta | 2/23/2007 | $0.00 | $0.00 | ($1.35) | $150.35 | 392363 | | 2/21/07 | |
| Supplies-MailPosta | 2/23/2007 | $0.00 | $0.00 | ($1.35) | $150.35 | 392365 | | 2/21/07 | |
| Supplies-MailPosta | 2/23/2007 | $0.00 | $0.00 | ($1.11) | $150.35 | 392367 | | 2/21/07 | |
| Supplies-MailPosta | 2/23/2007 | $0.00 | $0.00 | ($1.35) | $150.35 | 392370 | | 2/21/07 | |
| Supplies-MailPosta | 2/23/2007 | $0.00 | $0.00 | ($1.35) | $150.35 | 392372 | | 2/21/07 | |
| Supplies-MailPosta | 2/23/2007 | $0.00 | $0.00 | ($1.11) | $150.35 | 392373 | | 2/21/07 | |
| Supplies-MailPosta | 2/23/2007 | $0.00 | $0.00 | ($0.63) | $150.35 | 392374 | | 2/21/07 | |
| Supplies-MailPosta | 2/23/2007 | $0.00 | $0.00 | ($0.63) | $150.35 | 392375 | | 2/21/07 | |
| Canteen | 2/27/2007 | ($35.19) | $0.00 | $0.00 | $115.16 | 393159 | | 2/27/07 | |
| Mail | 3/2/2007 | $25.00 | $0.00 | $0.00 | $140.16 | 395484 | 10779861295 | | J GREENE |
| Canteen | 3/6/2007 | ($21.62) | $0.00 | $0.00 | $118.54 | 397035 | | | |
| Canteen | 3/13/2007 | ($35.20) | $0.00 | $0.00 | $83.34 | 399647 | | | |
| Visit | 3/19/2007 | $200.00 | $0.00 | $0.00 | $283.34 | 401740 | 4987406921 | | P REDD |
| Supplies-MailPosta | 3/19/2007 | $0.00 | $0.00 | ($0.63) | $283.34 | 401960 | | 3/14/07 | |
| Supplies-MailPosta | 3/19/2007 | $0.00 | $0.00 | ($0.63) | $283.34 | 401961 | | 3/14/07 | |
| Supplies-MailPosta | 3/19/2007 | $0.00 | $0.00 | ($0.87) | $283.34 | 401962 | | 3/14/07 | |
| Supplies-MailPosta | 3/19/2007 | $0.00 | $0.00 | ($1.11) | $283.34 | 401963 | | 3/14/07 | |
| Supplies-MailPosta | 3/19/2007 | $0.00 | $0.00 | ($1.11) | $283.34 | 401964 | | 3/14/07 | |

**Individual Statement**
**From January 2007 to May 2007**

Date Printed: 6/6/2007

| SBI | Last Name | First Name | MI | Suffix | | | |
|---|---|---|---|---|---|---|---|
| 00104141 | HALL | SALIH | | | Beginning Month Balance: | $0.00 | |
| Current Location: W1 | | Comments: | | | Ending Month Balance: | $30.88 | |

Page 3 of 6

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO# / Ck# | Pay To | Source Name |
|---|---|---|---|---|---|---|---|---|---|
| Supplies-MailPosta | 3/19/2007 | $0.00 | $0.00 | ($0.63) | $283.34 | 402042 | | 3/9/07 | |
| Supplies-MailPosta | 3/19/2007 | $0.00 | $0.00 | ($0.63) | $283.34 | 402043 | | 3/9/07 | |
| Supplies-MailPosta | 3/19/2007 | $0.00 | $0.00 | ($1.59) | $283.34 | 402052 | | 3/9/07 | |
| Canteen | 3/20/2007 | ($38.34) | $0.00 | $0.00 | $245.00 | 402593 | | | |
| Supplies-MailPosta | 3/22/2007 | ($1.11) | $0.00 | $0.00 | $243.89 | 404078 | | 1/11/07 | |
| Supplies-MailPosta | 3/22/2007 | ($1.11) | $0.00 | $0.00 | $242.78 | 404085 | | 1/11/07 | |
| Supplies-MailPosta | 3/22/2007 | ($1.11) | $0.00 | $0.00 | $241.67 | 404320 | | 2/16/07 | |
| Supplies-MailPosta | 3/22/2007 | ($1.11) | $0.00 | $0.00 | $240.56 | 404321 | | 2/16/07 | |
| Supplies-MailPosta | 3/22/2007 | ($1.11) | $0.00 | $0.00 | $239.45 | 404423 | | 2/21/07 | |
| Supplies-MailPosta | 3/22/2007 | ($1.35) | $0.00 | $0.00 | $238.10 | 404424 | | 2/21/07 | |
| Supplies-MailPosta | 3/22/2007 | ($1.35) | $0.00 | $0.00 | $236.75 | 404425 | | 2/21/07 | |
| Supplies-MailPosta | 3/22/2007 | ($1.11) | $0.00 | $0.00 | $235.64 | 404426 | | 2/21/07 | |
| Supplies-MailPosta | 3/22/2007 | ($1.35) | $0.00 | $0.00 | $234.29 | 404438 | | 2/21/07 | |
| Supplies-MailPosta | 3/22/2007 | ($1.11) | $0.00 | $0.00 | $233.18 | 404440 | | 2/21/07 | |
| Supplies-MailPosta | 3/22/2007 | ($0.63) | $0.00 | $0.00 | $232.55 | 404441 | | 2/21/07 | |
| Supplies-MailPosta | 3/22/2007 | ($0.63) | $0.00 | $0.00 | $231.92 | 404442 | | 2/27/07 | |
| Supplies-MailPosta | 3/22/2007 | ($1.35) | $0.00 | $0.00 | $230.57 | 404439 | | 2/21/07 | |
| Supplies-MailPosta | 3/22/2007 | ($0.99) | $0.00 | $0.00 | $229.58 | 404568 | | 2/2/07 | |
| Supplies-MailPosta | 3/22/2007 | ($1.11) | $0.00 | $0.00 | $228.47 | 404569 | | 2/2/07 | |
| Supplies-MailPosta | 3/22/2007 | ($1.35) | $0.00 | $0.00 | $227.12 | 404570 | | 2/2/07 | |
| Supplies-MailPosta | 3/22/2007 | ($1.35) | $0.00 | $0.00 | $225.77 | 404571 | | 2/2/07 | |
| Supplies-MailPosta | 3/22/2007 | ($1.35) | $0.00 | $0.00 | $224.42 | 404572 | | 2/7/07 | |
| Supplies-MailPosta | 3/22/2007 | ($1.35) | $0.00 | $0.00 | $223.07 | 404575 | | 1/31/07 | |
| Supplies-MailPosta | 3/22/2007 | ($1.35) | $0.00 | $0.00 | $221.72 | 404574 | | 1/31/07 | |
| Supplies-MailPosta | 3/22/2007 | ($0.39) | $0.00 | $0.00 | $221.33 | 404599 | | 1/17/07 | |
| Supplies-MailPosta | 3/22/2007 | ($0.39) | $0.00 | $0.00 | $220.94 | 404600 | | 1/17/07 | |
| Supplies-MailPosta | 3/22/2007 | ($0.63) | $0.00 | $0.00 | $220.31 | 404613 | | 2/7/07 | |
| Supplies-MailPosta | 3/22/2007 | ($0.63) | $0.00 | $0.00 | $219.68 | 404614 | | 2/7/07 | |
| Supplies-MailPosta | 3/22/2007 | ($0.63) | $0.00 | $0.00 | $219.05 | 404615 | | 2/7/07 | |
| Supplies-MailPosta | 3/22/2007 | ($0.63) | $0.00 | $0.00 | $218.42 | 404616 | | 2/7/07 | |
| Supplies-MailPosta | 3/22/2007 | ($1.11) | $0.00 | $0.00 | $217.31 | 404631 | | 1/25/07 | |

**Individual Statement**
**From January 2007 to May 2007**

Date Printed: 6/6/2007                                                                                      Page 4 of 6

| SBI | Last Name | First Name | MI | Suffix | | |
|---|---|---|---|---|---|---|
| 00104141 | HALL | SALIH | | | Beginning Month Balance: | $0.00 |
| Current Location: W1 | | Comments: | | | Ending Month Balance: | $30.88 |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO# / Ck# | Pay To | Source Name |
|---|---|---|---|---|---|---|---|---|---|
| Supplies-MailPosta | 3/22/2007 | ($1.11) | $0.00 | $0.00 | $216.20 | 404632 | | 1/25/07 | |
| Supplies-MailPosta | 3/22/2007 | ($1.11) | $0.00 | $0.00 | $215.09 | 404633 | | 1/25/07 | |
| Supplies-MailPosta | 3/22/2007 | ($1.11) | $0.00 | $0.00 | $213.98 | 404634 | | 1/25/07 | |
| Supplies-MailPosta | 3/22/2007 | ($1.35) | $0.00 | $0.00 | $212.63 | 404638 | | 1/31/07 | |
| Supplies-MailPosta | 3/22/2007 | ($1.35) | $0.00 | $0.00 | $211.28 | 404637 | | 1/31/07 | |
| Supplies-MailPosta | 3/22/2007 | ($0.63) | $0.00 | $0.00 | $210.65 | 404764 | | 3/14/07 | |
| Supplies-MailPosta | 3/22/2007 | ($0.63) | $0.00 | $0.00 | $210.02 | 404765 | | 3/14/07 | |
| Supplies-MailPosta | 3/22/2007 | ($0.87) | $0.00 | $0.00 | $209.15 | 404766 | | 3/14/07 | |
| Supplies-MailPosta | 3/22/2007 | ($1.11) | $0.00 | $0.00 | $208.04 | 404767 | | 3/14/07 | |
| Supplies-MailPosta | 3/22/2007 | ($1.11) | $0.00 | $0.00 | $206.93 | 404768 | | 3/14/07 | |
| Supplies-MailPosta | 3/22/2007 | ($0.63) | $0.00 | $0.00 | $206.30 | 404786 | | 3/9/07 | |
| Supplies-MailPosta | 3/22/2007 | ($0.63) | $0.00 | $0.00 | $205.67 | 404787 | | 3/9/07 | |
| Supplies-MailPosta | 3/22/2007 | ($1.59) | $0.00 | $0.00 | $204.08 | 404793 | | 3/9/07 | |
| Supplies-MailPosta | 3/22/2007 | $0.00 | $0.00 | ($0.87) | $204.08 | 404958 | | 2/28/07 | |
| Supplies-MailPosta | 3/22/2007 | $0.00 | $0.00 | ($0.63) | $204.08 | 404959 | | 2/28/07 | |
| Supplies-MailPosta | 3/22/2007 | $0.00 | $0.00 | ($0.63) | $204.08 | 404960 | | 2/28/07 | |
| Supplies-MailPosta | 3/22/2007 | $0.00 | $0.00 | ($1.59) | $204.08 | 404961 | | 2/28/07 | |
| Supplies-MailPosta | 3/22/2007 | $0.00 | $0.00 | $0.00 | $204.08 | 404979 | | 2/28/07 | |
| Canteen | 3/27/2007 | ($46.92) | $0.00 | $0.00 | $157.16 | 406239 | | | |
| Mail | 3/29/2007 | $20.00 | $0.00 | $0.00 | $177.16 | 407564 | 9277009593 | | J GREENE |
| Misc Wage | 4/2/2007 | $7.12 | $0.00 | $0.00 | $184.28 | 408092 | | PI 2/24-3/23/06 | |
| Canteen | 4/3/2007 | ($47.96) | $0.00 | $0.00 | $136.32 | 409295 | | | |
| Canteen | 4/10/2007 | ($47.40) | $0.00 | $0.00 | $88.92 | 412530 | | | |
| Supplies-MailPosta | 4/13/2007 | $0.00 | $0.00 | ($0.63) | $88.92 | 414389 | | 3/7/07 | |
| Supplies-MailPosta | 4/13/2007 | $0.00 | $0.00 | ($0.63) | $88.92 | 414391 | | 3/7/07 | |
| Supplies-MailPosta | 4/13/2007 | $0.00 | $0.00 | ($0.63) | $88.92 | 414392 | | 3/7/07 | |
| Supplies-MailPosta | 4/13/2007 | $0.00 | $0.00 | ($0.39) | $88.92 | 414398 | | 3/7/07 | |
| Supplies-MailPosta | 4/13/2007 | ($0.87) | $0.00 | $0.00 | $88.05 | 414715 | | 2/28/07 | |
| Supplies-MailPosta | 4/13/2007 | ($0.63) | $0.00 | $0.00 | $87.42 | 414716 | | 2/28/07 | |
| Supplies-MailPosta | 4/13/2007 | ($0.63) | $0.00 | $0.00 | $86.79 | 414717 | | 2/28/07 | |
| Supplies-MailPosta | 4/13/2007 | ($1.59) | $0.00 | $0.00 | $85.20 | 414729 | | 2/28/07 | |

Individual Statement
From January 2007 to May 2007

| Date Printed: 6/6/2007 | | | | | | | | Page 5 of 6 |
|---|---|---|---|---|---|---|---|---|
| SBI 00104141 | Last Name HALL | First Name SALIH | MI | Suffix | | Beginning Month Balance: | $0.00 | |
| Current Location: W1 | | | | Comments: | | Ending Month Balance: | $30.88 | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO# / Ck# | Pay To | Source Name |
|---|---|---|---|---|---|---|---|---|---|
| Supplies-MailPosta | 4/13/2007 | ($0.63) | $0.00 | $0.00 | $84.57 | 415041 | | 3/7/07 | |
| Supplies-MailPosta | 4/13/2007 | ($0.63) | $0.00 | $0.00 | $83.94 | 415044 | | 3/7/07 | |
| Supplies-MailPosta | 4/13/2007 | ($0.63) | $0.00 | $0.00 | $83.31 | 415043 | | 3/7/07 | |
| Supplies-MailPosta | 4/13/2007 | ($0.39) | $0.00 | $0.00 | $82.92 | 415050 | | 3/7/07 | |
| Canteen | 4/17/2007 | ($23.56) | $0.00 | $0.00 | $59.36 | 416025 | | | |
| Pay-To | 4/20/2007 | ($6.00) | $0.00 | $0.00 | $53.36 | 418060 | | MASJID MUHAMMAD | |
| Canteen | 4/24/2007 | ($39.18) | $0.00 | $0.00 | $14.18 | 419303 | | | |
| Supplies-MailPosta | 4/24/2007 | $0.00 | $0.00 | ($0.87) | $14.18 | 419364 | | 4/5/07 | |
| Supplies-MailPosta | 4/24/2007 | $0.00 | $0.00 | ($0.87) | $14.18 | 419365 | | 4/5/07 | |
| Supplies-MailPosta | 4/24/2007 | $0.00 | $0.00 | ($0.87) | $14.18 | 419366 | | 4/5/07 | |
| Supplies-MailPosta | 4/24/2007 | $0.00 | $0.00 | ($0.87) | $14.18 | 419367 | | 4/5/07 | |
| Supplies-MailPosta | 4/24/2007 | $0.00 | $0.00 | ($0.87) | $14.18 | 419368 | | 4/5/07 | |
| Supplies-MailPosta | 4/24/2007 | $0.00 | $0.00 | ($0.87) | $14.18 | 419369 | | 4/5/07 | |
| Supplies-MailPosta | 4/24/2007 | $0.00 | $0.00 | ($0.87) | $14.18 | 419370 | | 4/5/07 | |
| Supplies-MailPosta | 4/24/2007 | $0.00 | $0.00 | ($0.87) | $14.18 | 419371 | | 4/5/07 | |
| Supplies-MailPosta | 4/24/2007 | $0.00 | $0.00 | ($0.87) | $14.18 | 419372 | | 4/5/07 | |
| Mail | 4/25/2007 | $30.00 | $0.00 | $0.00 | $44.18 | 420008 | | | |
| Misc Wage | 5/1/2007 | $33.25 | $0.00 | $0.00 | $77.43 | 421148 | 4820485294 | PI 3/24-4/24/07 | J GREEN |
| Canteen | 5/1/2007 | ($31.85) | $0.00 | $0.00 | $45.58 | 422716 | | | |
| Canteen | 5/8/2007 | ($26.54) | $0.00 | $0.00 | $19.04 | 425661 | | | |
| Visit | 5/14/2007 | $30.00 | $0.00 | $0.00 | $49.04 | 427699 | 087021726652-07311 | | P REDD |
| Canteen | 5/15/2007 | ($10.22) | $0.00 | $0.00 | $38.82 | 428607 | | | |
| Supplies-MailPosta | 5/15/2007 | $0.00 | $0.00 | ($0.63) | $38.82 | 428639 | | 4/18/07 | |
| Supplies-MailPosta | 5/15/2007 | $0.00 | $0.00 | ($0.63) | $38.82 | 428642 | | 4/18/07 | |
| Supplies-MailPosta | 5/15/2007 | $0.00 | $0.00 | ($0.39) | $38.82 | 428645 | | 4/18/07 | |
| Supplies-MailPosta | 5/15/2007 | $0.00 | $0.00 | ($4.20) | $38.82 | 428655 | | 4/18/07 | |
| Supplies-MailPosta | 5/15/2007 | $0.00 | $0.00 | ($1.83) | $38.82 | 428656 | | 4/18/07 | |
| Supplies-MailPosta | 5/16/2007 | $0.00 | $0.00 | ($1.11) | $38.82 | 428877 | | 4/20/07 | |
| Supplies-MailPosta | 5/16/2007 | $0.00 | $0.00 | ($1.11) | $38.82 | 428878 | | 4/20/07 | |
| Supplies-MailPosta | 5/16/2007 | $0.00 | $0.00 | ($1.11) | $38.82 | 428882 | | 4/20/07 | |
| Supplies-MailPosta | 5/16/2007 | $0.00 | $0.00 | ($1.83) | $38.82 | 428890 | | 4/20/07 | |

Date Printed: 6/6/2007

## Individual Statement
## From January 2007 to May 2007

Page 6 of 6

| SBI | Last Name | First Name | MI | Suffix | | |
|---|---|---|---|---|---|---|
| 00104141 | HALL | SALIH | | | Beginning Month Balance: | $0.00 |
| Current Location: | W1 | Comments: | | | Ending Month Balance: | $30.88 |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO# / Ck# | Pay To | Source Name |
|---|---|---|---|---|---|---|---|---|---|
| Visit | 5/21/2007 | $20.00 | $0.00 | $0.00 | $58.82 | 430432 | | | J GREEN |
| Canteen | 5/22/2007 | ($22.94) | $0.00 | $0.00 | $35.88 | 431219 | | | |
| Supplies-MailPosta | 5/22/2007 | $0.00 | $0.00 | ($4.20) | $35.88 | 431292 | 56471155558-07489 | | |
| Supplies-MailPosta | 5/23/2007 | $0.00 | $0.00 | ($0.63) | $35.88 | 432092 | | 4/27/07 | |
| Supplies-MailPosta | 5/23/2007 | $0.00 | $0.00 | ($0.63) | $35.88 | 432097 | | 5/2/07 | |
| Supplies-MailPosta | 5/23/2007 | $0.00 | $0.00 | ($0.39) | $35.88 | 432098 | | 5/2/07 | |
| Supplies-MailPosta | 5/23/2007 | $0.00 | $0.00 | ($0.39) | $35.88 | 432099 | | 5/2/07 | |
| Supplies-MailPosta | 5/23/2007 | $0.00 | $0.00 | ($0.39) | $35.88 | 432112 | | 5/22/07 | |
| Pay-To | 5/24/2007 | ($25.00) | $0.00 | $0.00 | $10.88 | 432704 | | JP COURT 9 | |
| Supplies-MailPosta | 5/25/2007 | $0.00 | $0.00 | ($4.20) | $10.88 | 432812 | | 5/9/07 | |
| Misc | 5/30/2007 | $20.00 | $0.00 | $0.00 | $30.88 | 434648 | 10230710837 | | SUSAN PRICE |
| Supplies-MailPosta | 5/31/2007 | $0.00 | $0.00 | ($1.35) | $30.88 | 435216 | | 4/24/07 | |
| Supplies-MailPosta | 5/31/2007 | $0.00 | $0.00 | ($1.35) | $30.88 | 435217 | | 4/24/07 | |
| Supplies-MailPosta | 5/31/2007 | $0.00 | $0.00 | ($1.35) | $30.88 | 435218 | | 4/24/07 | |
| Supplies-MailPosta | 5/31/2007 | $0.00 | $0.00 | ($1.35) | $30.88 | 435219 | | 4/24/07 | |

Ending Month Balance: $30.88

Total Amount Currently on Medical Hold: $0.00
Total Amount Currently on Legal Hold: $0.00
Total Amount Currently on Restitution Hold: $0.00
Total Amount Currently on Other Hold: $0.00

Calib Hall #171061
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

Clerk of Court
United States District Court
Federal Building
844 King Street
Wilmington, DE 19801