**ORIGINAL**

AO 240 (Rev. 10/03)
DELAWARE (Rev. 4/05)

## UNITED STATES DISTRICT COURT
### DISTRICT OF DELAWARE

**Lloyd Dixon III**
Plaintiff

V.

_____
Defendant(s)

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER: 07 - 392

I, **Lloyd Dixon III**, declare that I am the (check appropriate box)

• • Petitioner/(Plaintiff)/Movant    • • Other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915, I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

**FILED JUN 19 2007 U.S. DISTRICT COURT DISTRICT OF DELAWARE**

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    • (Yes)    • No    (If "No" go to Question 2)

   If "YES" state the place of your incarceration **Delaware Correctional Center**

   Inmate Identification Number (Required): **# 122634**

   Are you employed at the institution? **YES**    Do you receive any payment from the institution? **YES**

   *Attach a ledger sheet from the institution of your incarceration showing at least the past six months' transactions*

2. Are you currently employed?    • (Yes)    • No

   a. If the answer is "YES" state the amount of your take-home salary or wages and pay period a and give the name and address of your employer.  **20.00 a month D.C.C. Recreation Dept.**

   b. If the answer is "NO" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment    • • Yes    • • (No)
   b. Rent payments, interest or dividends    • • Yes    • • (No)
   c. Pensions, annuities or life insurance payments    • • Yes    • • (No)
   d. Disability or workers compensation payments    • • Yes    • • (No)
   e. Gifts or inheritances    • • (Yes)    • • No
   f. Any other sources    • • (Yes)    • • No

   If the answer to any of the above is "YES" describe each source of money and state the amount received AND what you expect you will continue to receive. **E. Gifts- sometime money from family**

   **F. Any other sources- sometimes Recreation Dept. when working for special projects.**

   **E. Gifts maybe $25.00 - $75.00 now and then.**

   ~~other sources~~ **$15.00 - $20.00**

AO 240 Reverse (Rev. 10/03)
DELAWARE (Rev. 4/05)

4. Do you have any cash or checking or savings accounts?  ·· Yes  (··No)

   If "Yes" state the total amount $ _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?

   ·· Yes  (··No)

   If "Yes" describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support, OR state (NONE) if applicable.

I declare under penalty of perjury that the above information is true and correct.

____6-07-07____     Lloyd Dixon III
DATE               SIGNATURE OF APPLICANT

**NOTE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

Calib Hall #127141
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

Clerk of Court
United States District Court
Federal Building
844 King Street
Wilmington DE 19801

07 - 392

**ORIGINAL**

# DELAWARE CORRECTIONAL CENTER
# SUPPORT SERVICES OFFICE
# MEMORANDUM

TO: Lloyd Dixon    SBI#: 122634

FROM: Stacy Shane, Support Services Secretary

07 - 392

RE: **6 Months Account Statement**

DATE: June 8, 2007

FILED
JUN 19 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Attached are copies of your inmate account statement for the months of December 1, 2006 to May 31, 2007.

The following indicates the average daily balances.

| MONTH | AVERAGE DAILY BALANCE |
|---|---|
| Dec | 26.04 |
| Jan | 19.54 |
| Feb | 9.68 |
| March | 83.04 |
| April | 7.05 |
| May | .19 |

Average daily balances/6 months: 24.26

Attachments
CC: File

Stacy Shane
6/8/07

Janette L Davis
6/8/07

Date Printed: 6/8/2007

# Individual Statement
## From January 2007 to May 2007

Page 1 of 1

| Last Name | First Name | MI | Suffix | | |
|---|---|---|---|---|---|
| Dixon | Lloyd | | | | |

SBI 00122634

Current Location: S1    Comments:

Beginning Month Balance: $75.16
Ending Month Balance: $0.19

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO# / Ck# | Pay To | Source Name |
|---|---|---|---|---|---|---|---|---|---|
| Canteen | 1/2/2007 | ($34.95) | $0.00 | $0.00 | $40.21 | 367043 | | | |
| Mail | 1/3/2007 | $12.00 | $0.00 | $0.00 | $52.21 | 368256 | 10779699396 | | B MANLOVE |
| Canteen | 1/9/2007 | ($51.99) | $0.00 | $0.00 | $0.22 | 370026 | | | |
| Mail | 1/9/2007 | $25.00 | $0.00 | $0.00 | $25.22 | 370315 | 09718428532 | | T JOYNER |
| Canteen | 1/16/2007 | ($25.18) | $0.00 | $0.00 | $0.04 | 373402 | | | |
| Visit | 2/26/2007 | $90.00 | $0.00 | $0.00 | $90.04 | 392616 | 56943346686-00822 | | D DIXON |
| Pay-To | 3/2/2007 | ($6.00) | $0.00 | $0.00 | $84.04 | 395648 | | MASJID MUHAMMAD | |
| Misc Wage 1099 | 3/5/2007 | $15.00 | $0.00 | $0.00 | $99.04 | 396187 | | BASKETBALL 2/23/07 | |
| Canteen | 3/6/2007 | ($69.20) | $0.00 | $0.00 | $29.84 | 396577 | | | |
| Mail | 3/8/2007 | $25.00 | $0.00 | $0.00 | $54.84 | 398310 | 10779492778 | | D LAMMERS |
| Canteen | 3/13/2007 | ($54.72) | $0.00 | $0.00 | $0.12 | 399299 | | | |
| Mail | 3/15/2007 | $200.00 | $0.00 | $0.00 | $200.12 | 401093 | 11090448674 | | B MANLOVE |
| Pay-To | 3/16/2007 | ($3.00) | $0.00 | $0.00 | $197.12 | 401567 | | PROJECT AWARE | |
| Canteen | 3/20/2007 | ($84.74) | $0.00 | $0.00 | $112.38 | 402307 | | | |
| Pay-To | 3/22/2007 | ($25.00) | $0.00 | $0.00 | $87.38 | 404930 | | DEIDRA DIXON | |
| Canteen | 3/26/2007 | ($48.03) | $0.00 | $0.00 | $39.35 | 405774 | | | |
| Misc Wage 1099 | 4/2/2007 | $15.00 | $0.00 | $0.00 | $54.35 | 408271 | | BASKETBALL 2/24-3/ | |
| Canteen | 4/3/2007 | ($38.60) | $0.00 | $0.00 | $15.75 | 409108 | | | |
| Canteen | 4/10/2007 | ($15.39) | $0.00 | $0.00 | $0.36 | 412109 | | | |
| Misc Wage 1099 | 5/1/2007 | $15.00 | $0.00 | $0.00 | $15.36 | 421596 | | BASKETBALL 3/24-4/ | |
| Canteen | 5/1/2007 | ($15.17) | $0.00 | $0.00 | $0.19 | 422515 | | | |

Ending Month Balance: $0.19

Total Amount Currently on Medical Hold: $0.00
Total Amount Currently on Legal Hold: $0.00
Total Amount Currently on Restitution Hold: $0.00
Total Amount Currently on Other Hold: $0.00

# Individual Statement

## For Month of December 2006

Date Printed: 6/8/2007

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.44 |
|---|---|---|---|---|---|---|
| 00122634 | Dixon | Lloyd | | | | |
| Current Location: | S1 | | | Comments: | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Mail | 12/1/2006 | $20.00 | $0.00 | $0.00 | $20.44 | 352884 | 4920225100 | | A MOORE |
| Canteen | 12/12/2006 | ($19.91) | $0.00 | $0.00 | $0.53 | 357945 | | | |
| Mail | 12/12/2006 | $40.00 | $0.00 | $0.00 | $40.53 | 358332 | 1077968360020 | | B MANLOVE |
| Pay-To | 12/18/2006 | ($3.25) | $0.00 | $0.00 | $37.28 | 360097 | | PRISON INDUSTRIE | |
| Canteen | 12/19/2006 | ($37.12) | $0.00 | $0.00 | $0.16 | 360609 | | | |
| Mail | 12/28/2006 | $75.00 | $0.00 | $0.00 | $75.16 | 365417 | 4915778281 | | V JONES |

Ending Mth Balance: $75.16

Total Amount Currently on Medical Hold: $0.00
Total Amount Currently on Non-Medical Hold: $0.00

Alin Hall #171141
[Dept. of the Correctional Center]
1181 Paddock Road
Smyrna, De 19977

Clerk of Court
United States District Court
Federal Building
844 King Street
Wilmington DE 19801