

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| Salih Hall, Kenneth Smith, | ) |
| And Lloyd Dixon, | ) |
|     Plaintiffs, | ) |
|  | ) |
| Vs. | )   C.A. No._____ |
|  | )   Seeking Class Action Certification |
| Governor Ruth Ann Minner, | )   Jury Trial Demanded |
| Joseph Beau Biden, Attorney | ) |
| General of the State of | ) |
| Delaware, President Judge | ) |
| James T. Vaughn, Jr., of | ) |
| The Superior Court of | ) |
| Delaware, Carl C. Danberg, | ) |
| Commissioner of the | ) |
| Department of Corrections, | ) |
| And Renata Henry, Director | ) |
| Of the Delaware Division | ) |
| Of Substance Abuse and | ) |
| Mental Health, | ) |
|     Defendants. | ) |

FILED

JUN 19 2007

RG scanned

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## CIVIL COMPLAINT UNDER THE AMERICANS WITH DISABILITIES ACT

### I.    Jurisdiction

1.  The United States District Court has general jurisdiction pursuant to 28 USCA,

Section 1341, and specific enforcement jurisdiction under the Americans with

Disabilities Act 42 USCA, Sections 12201 and 12133.

### II.    Parties

2.  Plaintiffs Salih hall, Kenneth Smith and Lloyd Dixon, are all currently

incarcerated in the Delaware Correctional Center, 1181 Paddock Road, Smyrna,

Delaware 19977.

3. Defendant, Governor Ruth Ann Minner is the Executive Authority of the State of Delaware with office located at Tatnal Building, William Penn Street, Dover, De 19901.

4. Defendant Joseph Beua Biden is the Attorney General of the State of Delaware with office located at the Carvel State Office Building, 820 N. French Street, Wilmington, Delaware 19801

5. Defendant James T. Vaughn is the President Judge of the Superior Court of the State of Delaware, with office and chambers located at 35 the Green, Dover, Delaware 19901

6. Defendant Carl C. Danberg is the Commissioner of the Delaware Department of Corrections with office located at 245 McKee Road, Dover, De 19904.

7. Defendant Renata Henry is the Director of the Delaware Division of Substance Abuse and Mental Health with Offices located at 1901 North Dupont Highway, new Castle, Delaware 19720.

### III.   Statement of Facts

8. Plaintiffs are all incarcerated serving sentences imposed under the State of Delaware's habitual Offender Statute, 11 Del.C., subsection 4214, and its procedural process provision 11 Del.C., subsection 4215, following conviction, and based on previous convictions sustained as a direct consequence of untreated chemical dependency, and discrimination against their class in the provision for treatment for their disease.

9. Defendants are state officials responsible for the policy of the state pertaining to the operation and practices of the Delaware criminal justice system, including the

assurance that the system does not discriminate against particular illnesses and classes of the States citizens.

10. According to Delaware law, the habitual offender statutes were enacted with the intent to separate from society those individuals who have proven to be incorrigible through being repeatedly incarcerated. The statutes had been found to create a legislative scheme that imposes an enhanced sentence under a status that essentially declares a criminal defendant unfit to live in civilized society. This status is predicated upon the fact of incorrigibility, and the evidence of prior conviction creates an unconstitutional conclusive presumption of incorrigibility on the basis of such convictions alone.

11. Delaware case law has found that in order to qualify for status as a habitual offender, that a criminal defendant has to have had a "chance for reform" before the status can be declared. The "chance for reform" must follow each successive conviction counted as a prior conviction under the statute. This requirement of a "chance for reform" has been determined by Delaware courts to simply mean the passage of time, and incarceration alone has been found to suffice.

12. Medical knowledge ahs advanced significantly in the past 30 years in the area of chemical dependency. These advances are so significant that they, under evolving standards of decency, impact the legal status of chemical dependency, elevating it to the realm of health care as a brain disease, and an organic mental disorder in the DSM VI.

13. Chemical dependency is now categorized and classified as a brain disease that affects behavior scientist have found that drug abuse alters the brain anatomy and

chemistry. These neurological changes have been found to explain why addicts are at a high risk of relapse, even after long periods of abstinence, and why addicts persist in seeking drugs despite deleterious consequences. Science has also determined a genetic component that causes predisposition for the disease.

14. Recovery from chemical dependency has been found to require effective treatment, followed by management of the disease over time.

15. The connection between chemical dependency and crime is now well known and well documented in the scientific literature. According to over 30 years of research conducted by the nation Institute on Drug Abuse, the repeated use of addictive drugs eventually changes how the brain functions which affects the brain's natural inhibitions and reward centers, causing the addict to use drugs in spite of adverse health, social and legal consequence. (See Exhibit A Letter From The NIDA) forced abstinence without treatment does not cure addiction, and incarceration alone can not be considered a "chance for reform" without treatment opportunity when criminal conduct is driven by chemical dependency and has become an aspect of the pattern of addiction according to overwhelming research. (See Exhibit A)

16. The Plaintiffs individual criminal histories are the documented result of chemical dependency, which has been well established in the records of the criminal justice system since their initial contact, including the fact that this disease has been the underlying cause of conviction and incarceration.

17. The plaintiffs, and all those similarly situated, are minorities (Blacks), and from low income communities and families. Because of social-economic status,

plaintiffs have been unable to provide for their own assessment or placement in long term treatment for their chemical dependency, and have therefore been denied treatment for their chemical dependency on the basis of minority and economic status, instead being subjected to racial profiling in sentencing practices, social stigma, and discard through continued incarceration without treatment opportunity, allowing for their disease to naturally progress, and ultimately labeled under the status of habitual offender as incorrigible, when whites, and more affluent citizens are profiled to be worthy of treatment opportunity and help from the system, addressing their disease and avoiding prison and the negative stigma associated with repeat incarceration.

18. In the State of Delaware, according to a study entitled, Race and Incarceration in Delaware: A Preliminary Consideration," whites are 59 percent of admissions for state provided adult drug and alcohol treatment in the community, while blacks are incarcerated, and if treatment is recommended, it is to occur in the prison setting. Whites are 56 percent of those arrested, but only 36 percent of those sentenced to a jail or prison. Whites are an estimated 73 percent of those using illicit drugs, but only 13 percent of those doing time. Blacks and minorities are 2 -5 times more likely to be sent to jail than whites, four times more likely to wind up in prison if they are arrested on drug related charges. In Delaware, blacks account to 42 percent of arrest made annually, and 64 percent of the prison population, while only accounting for 12 percent of the over all population of the state. 87 percent of blacks in prison are there for drug related crime. These statistics demonstrate a prima facia showing that the Delaware criminal justice

system engages in racial profiling in sentencing to prison terms, and in decisions to afford treatment opportunities.

19. Current legal practices hold that there is no constitutional right to treatment for chemical dependency. Addiction has been classified under the category of rehabilitation, and removal from the health care arena entirely based on the United States Supreme Court ruling in Powell v. State of Texas, 88 S.Ct 2145 (1968). In Powell, the high court essentially found that medical knowledge at that time had not reached a point to say with any degree of scientific certainty whether addiction is simply a case of weak will or a disease. It is on this antiquated premise that chemical dependency continues to be addressed, and rights to treatment assessed.

20. From this premise provisions addressing addiction in the Model penal Code were greatly influenced, and all laws and practices involving chemical dependency and its treatment evolving to date have been established, including the right to treatment for the disease, and definitions like the Delaware habitual offender's statutes policy pertaining to the "chance for reform." In this context, treatment for chemical dependency has been categorized as rehabilitation, with no right to require it, and not consequences for denying it.

21. Chemical dependency is now listed in the Diagnostic Statistical manual, Sixth Edition, as an organic mental disorder, elevating addiction as a disease, and out of the abyss of uncertainty and substandard domain of rehabilitation into the realm of health care, and should be protected under the constitutional standard of deliberated indifference to serious medical/ mental health needs, which standard

Should be applied to plaintiffs systematic denial of treatment for their disease
through discriminatory practices of the state when chemical dependency is the
cause of the criminal conduct relied upon by the state for justifying enhanced
punishment based on such previous conviction.

22. Modern advances in medical knowledge concerning chemical dependency leaves
no question that incarceration alone can not provide a "chance for reform" under
Delaware habitual offender statutes, and to subject a criminal defendant to
declarations as a habitual offender on the basis of crimes committed resulting
from untreated chemical dependency amounts to deliberate indifference to
serious medical/ mental health needs on the basis of systematic discrimination
because of race and economic status, or racial profiling in sentencing practices
when determining the appropriateness of treatment for chemical dependency.

23. Delaware's criminal justice system has received federal funds for the
implementation of several entities specifically designed to provide diagnosis and
assessment of the treatment needs of criminal defendant's whose history of
addiction indicate a need for treatment. The Delaware General Assembly created
the Treatment Access Committee pursuant to 11 Del.C., subsection 6582 to assist
in the diagnosis and assessment of criminal defendants subjected to the State
Court system who suffer from chemical dependency, and the Department of
Corrections is statutorily required to diagnose and assess treatment needs of those
committed to its care pursuant to 11 Del.C., subsection 6523. However, these
agencies statutorily required programs are of virtually no effect for the exception
of on paper, or in the case of white criminal defendants. Funds received by the

State from Federal sources for development and operation of these paper tigers have essentially been diverted for other purposes while the services remain in form only. Being completely subverted by prosecuting authorities who use criminal history of black defendants as a basis for declaration as habitual offenders, in spite of the obvious need for treatment, while using their discretion to provide needed help for white offenders.

24. The State of Delaware has received a significant amount of federal dollars for the establishment and development of programs like the Drug Court, the original Multi-Purpose Criminal Justice Facility, which was to be a diagnostic Center among other things, as well as vocational programs for the rehabilitation of offenders, simply to divert these programs to other purposes and continuing a process of building the nations largest per capita prison system that disproportionately incarcerates blacks when it is known that 90% of those imprisoned have committed crimes because of chemical dependency and mental health issues.

## IV.   Statement of Claims

25. Plaintiff claims that chemical dependency is a brain disease whose treatment is subject to discrimination for those involved in the criminal justice system in the State of Delaware on the basis of racial and economic status, subjecting plaintiffs to deliberate indifference to serious medical/ mental health needs (treatment for their chemical dependency).

26. Plaintiffs claim that chemical dependency is a disability within the meaning, and under the authority of the Americans with Disabilities Act, and that they are

victims suffering from this disease which has been allowed to progress without any state intervention by the Delaware Criminal Justice system who have been their ward, even though their individual criminal histories are known to be the result of chemical dependency, and they have been subject to the system on the basis of crimes committed because of their disease, denied appropriate treatment opportunities, after the state has received federal funds to so provide them such treatment, and have ultimately been subject to declaration as habitual offenders based on such previous convictions and sentences in which no professional treatment was provided, and therefore, no legitimate "chance for reform was offered or required.

27. Plaintiffs claim that they, and many other similarly situated criminal defendants in Delaware who are minorities and economically disadvantaged have been discriminated against when it comes to treatment opportunities for a known brain disease associated with criminal behavior because of a lack of financial resources, and left to permit their disease to progress in a manner that amounts to deliberate indifference to their treatment needs on the basis of profile arising from characteristics of their status, in violation of the Eighth Amendment to the United States Constitution, ultimately stigmatizing them from the known ills of recidivism associated with untreated progression of said disease through declaration as habitual offenders.

28. Plaintiff further claims that defendants oversee a criminal justice system apparatus which has systematically denied them a meaningful treatment opportunity through the such criminal justice systems failure to establish

statutorily required diagnosis and assessment, adequate treatment beds to meet the needs of the population suffering from the disease of chemical dependency, and are responsible for the equal administration of the system, instead allowing for a system of gross discrimination against them on the basis of racial profiling and economic status in sentencing options and said treatment assessment, while catering to white defendants and those from affluent backgrounds to the plaintiffs disadvantage and injury.

29. Plaintiffs finally claim that the state of Delaware has failed to provide appropriate diagnostic services, assessment and treatment to all classes of its citizens after receiving funding for that purpose, subsequently redirecting resources and adopting initial funded programs to prison and court expansion purpose, or to apply what ever new funding initiative arise, contrary to plaintiffs rights as third party beneficiaries to such funding allocated for treatment, vocational training, and re-entry into the community.

## V.    **Relief Sought**

30. Plaintiffs seek declaration that chemical dependency is a disease within the meaning of the eighth Amendments prohibition against deliberate indifference to serious medical and mental health needs, and that a system of discriminatory denial of treatment provided for by public dollars is actionable under the Americans with Disabilities Act.

31. Plaintiffs seek declaration that under the facts of this case they have been systematically subject to deliberate indifference to serious medical and mental health needs, on the basis of discrimination in the process of the judicial/ criminal

justice system, and in sentencing that provides substance abuse treatment, on the basis of racial profiling and economic status, having the result of lack of treatment used against them as the foundation for sentencing as habitual offenders.

32. Plaintiffs seek a declaration that the state of Delaware is engaged in systematic racism in providing treatment to those individuals coming into its criminal justice system, and that plaintiffs have been victimized by such systemic discrimination.

33. Plaintiffs seek a declaration that chemical dependency is a bone fide disease, and that laws must be changed so as t no longer validly subject the disease to the subcategory of rehabilitation as a legal definition, but must be elevated to the arena of health care, and the constitutional protection that is afforded deliberate indifference to other medical or mental health needs.

34. Plaintiffs seek a declaration that individuals who suffer chemical dependency can not be considered to have had a "chance for reform" through incarceration alone when their disease is documented is the basis of criminal conduct, particularly non-violent criminal conduct or property crime, entitling them to constitutional protection for the denial of treatment as is the case of other infirmities.

35. Plaintiffs seek a declaration that under the circumstances of their cases, not being provided an adequate "chance for reform," that court orders declaring them habitual offenders are unconstitutional because they were never provided the requisite number of treatment opportunities for their disease before being declared incorrigible under habitual offender proceedings.

36. Plaintiffs seek injunctive relief enjoining the defendants from continuing discrimination against them, and individuals suffering form chemical dependency, by relegating their disease as only an issue of rehabilitation that does not implicate the constitution in the deliberate indifference to treatment needs, and require the state to develop a comprehensive plan to change laws and practices to reflect chemical dependency as a disease , and its treatment subject to standards of deliberate indifference under the Eighth Amendment to the united States Constitution, providing for plaintiffs active participation in the aforementioned planning and implementation under court monitoring.

37. Plaintiffs seek injunctive relief against the states declarations made against them, declaring them habitual offenders without first providing treatment in the number of opportunities as the requisite "chances for reform" required under habitual offender statutes, and an injunction against sentences imposed under similar circumstances against all similarly situated individuals incarcerated in Delaware's prisons.

38. Finally, Plaintiffs seek a preliminary injunction against their current sentencing under habitual offender statutes pursuant to standards set forth for such preliminary injunctions. Consistent with this request, plaintiffs seek an immediate hearing on their request for a preliminary injunction.

We the plaintiffs in this complaint declare under penalty of perjury that the foregoing is true and correct to the best of my information and belief this 16th day of _____ June _____, 2007.

Salim Hall # 104141
Delaware Correctional Center
1181 Paddocks Road
Smyrna, Delaware 19977

Kenneth Smith #
Delaware Correctional Center
1181 Paddock Road
Smyrna, Delaware 19977

Lloyd Dixon # III
Delaware Correctional Center
1181 Paddock Road
Smyrna, Delaware 19977

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| Salih Hall, Kenneth Smith, ) | |
| And Lloyd Dixon, ) | |
|     Plaintiffs, ) | |
| ) | |
|     Vs. ) | C.A. No._____ |
| ) | Seeking Class Action Certification |
| Governor Ruth Ann Minner, ) | Jury Trial Demanded |
| Joseph Beau Biden, Attorney ) | |
| General of the State of ) | |
| Delaware, President Judge ) | |
| James T. Vaughn, Jr., of ) | |
| The Superior Court of ) | |
| Delaware, Carl C. Danberg, ) | |
| Commissioner of the ) | |
| Department of Corrections, ) | |
| And Renata Henry, Director ) | |
| Of the Delaware Division ) | |
| Of Substance Abuse and ) | |
| Mental Health, ) | |
|     Defendants. ) | |

## PLAINTIFFS EXHIBITS IN SUPPORT OF CIVIL COMPLAINT

Incorporated into the attached Civil Complaint under the Americans with

Disabilities Act by reference.

## EXHIBITS

Exhibit A -  Letter from Redonna K. Chandler, Ph.D, Chief of Services Research Branch Division of epidemiology, services and Prevention Research, national Institute of Health, national Institute on Drug Abuse, dated, February 28, 2007, acknowledging 30 years of groundbreaking discoveries about drug addiction, including it's identification as a disease that affects both the brain and behavior, it's connection with crime, and requirements for effective treatment.

Exhibit B -  National Institute on Drug Abuse Publication "the Brain's Response to Drugs teachers Guide, detailing the neurological processes of chemical dependency and operation of the disease.

Exhibit D -  Psychiatric Report of Stephen Mechanick, dated, November, 2005, finding that Plaintiff hall's relapse and commission of criminal conduct forming charged offenses complained of herein was caused by side effects of prescribed medication.

Exhibit E -  Transcript of Plea and sentencing, court of Common Pleas Delaware county Pennsylvania, December 12, 2005, finding Plaintiff hall's criminal conduct to be the result of side effects of medication, adopting Dr. Mechanick's report.

Exhibit F -  Transcript of sentencing in the Superior Court new Castle County Delaware, dated, December 1, 2006, indicating that the pre-sentence report found Plaintiff Hall to only relapse and commit new offenses due to side effects of interferon as indicated by Dr. Mechanick's report.



**DEPARTMENT OF HEALTH & HUMAN SERVICES**

Public Health Service
National Institutes of Health

DIVISION OF EPIDEMIOLOGY, SERVICES AND PREVENTION RESEARCH

National Institute on Drug Abuse
6001 Executive Boulevard
Room 5153, MSC 9589
Bethesda, Maryland 20892-9589
(301) 443-6504

February 28, 2007

Mr. Cecil Hall
SBI# 104141
W-1 Building, Cell #G-2
Delaware Correctional Center
1181 Paddock Road
Smyrna, Delaware 19977

Dear Mr. Hall:

Science has made tremendous advances in the last 30 years and lead to groundbreaking discoveries about the brain that have revolutionized our understanding of drug addiction. Research has demonstrated that addiction is a disease that affects both the brain and behavior. In addition, we have identified many of the biological and environmental factors and are searching for the genetic variations that contribute to the development and progression of drug addiction. This knowledge is being used in an attempt to develop effective prevention and treatment approaches that reduce the impact of drug addiction on individuals, families, and communities.

In addition, research in criminology and drug abuse has examined the complicated intersection between drug abuse and criminal activity. We know that an overwhelming number of individuals involved in the criminal justice system have serious drug abuse problems and are in need of treatment. Research has also demonstrated the powerful impact treatment can have on reducing drug use and criminal behavior. For individuals who are incarcerated this effect is most powerful when treatment begins in prison and is followed by continued care in the community.

Criminal justice systems are partnering with researchers across the country to determine the best way to deliver drug abuse treatment and services to those in prison as they transition back into the community. The Criminal Justice Drug Abuse Treatment Studies is a multi-site research cooperative funded by the National Institute on Drug Abuse (NIDA). This cooperative, has partnered with 10 research institutes, including the University of Delaware.

This summer NIDA released a new publication, *Principles of Drug Abuse Treatment for Criminal Justice Populations: A Research-Based Guide,* which has been enclosed for you. This research-based guide contains 13 principles and a "frequently asked questions" section. This publication is informed by science and describes treatment principles and research findings that are relevant to addressing the treatment needs of those involved in the criminal justice system.

I hope this information is helpful to you. As someone who acknowledges a problem with drug addiction, I encourage you to seek treatment services to support your ongoing recovery.

Sincerely,

Redonna K. Chandler
Chief, Services Research Branch
Division of Epidemiology, Services
  and Prevention Research

Enclosure

Exhibit A



MIND OVER MATTER

# The Brain's Response to Drugs

# Teacher's Guide

— Revision —

## NIDA
### NATIONAL INSTITUTE
### ON DRUG ABUSE

*Come Lead My Exploration Team*

NATIONAL INSTITUTES OF HEALTH

U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES



Exhibit B



# Mind Over Matter

## TEACHER'S GUIDE

U.S. Department of Health and Human Services
National Institutes of Health
National Institute on Drug Abuse
Office of Science Policy and Communications
Science Policy Branch
6001 Executive Boulevard, Room 5230 MSC 9591
Bethesda, Maryland 20892

Exhibit B



**"MIND OVER MATTER" TEACHER'S GUIDE**

"Mind Over Matter" was produced under contract No. NO1 DA-3-2401 for the Office of Science Policy and Communications, National Institutes of Health. Cathrine A. Sasek, Ph.D. served as scientific advisor and Project Officer. All materials in the "Mind Over Matter" series are in the public domain and may be reproduced without permission. Citation of the source is appreciated.

NIH Publication No. 05-3592
Printed December 1997, Reprinted 1998, 2002
Revised January 2000, May 2005

Additional copies, as well as other drug related publications, can be obtained through the National Clearinghouse for Alcohol and Drug Information at 1-800-729-6686 or at www.teens.drugabuse.gov.

The U.S. Government does not endorse or favor any specific commercial product or company. Trade, proprietary, or company names appearing in this publication are used only because they are considered essential in the context of the studies reported herein.

Exhibit B

# Contents

Introduction _____1

Background Information
     Brain Anatomy_____2
     Nerve Cells and Neurotransmission _____3
     Effects of Drugs of Abuse on the Brain _____5

Marijuana _____7

Opiates _____11

Inhalants_____17

Hallucinogens_____21

Steroids _____25

Stimulants _____27

Nicotine _____31

Methamphetamine _____38

General Unifying Activity_____43

Appendices
     Resources _____44
     Reading List_____45
     Figures 1-7 (reproducible)_____46



iii

Exhibit B

# Introduction

## "MIND OVER MATTER" TEACHER'S GUIDE

This is the teacher's guide for the "Mind Over Matter" series. This exciting neuroscience education series, developed by the National Institute on Drug Abuse (NIDA), a component of the National Institutes of Health, is designed to encourage youngsters in grades 5-9 to learn about the biological effects of drug abuse on the body and the brain.

The "Mind Over Matter" series includes eight colorful, glossy magazines, each of which is devoted to a specific drug or drug group; including stimulants, hallucinogens, inhalants, marijuana, opiates, nicotine, methamphetamine, and steroids. Each of the magazines describes the effects of specific drugs or drug types on the anatomy and physiology of the brain and the body. These educational materials further elaborate on the way in which these drug-induced changes affect both behaviors and emotions.

The background information and lesson plans contained in this guide, when used in combination with the magazines in the series, will promote an understanding of the physical reality of drug use, as well as curiosity about neuroscience. The guide suggests a brain anatomy educational activity that can be used throughout the curriculum (see page 43), as well as additional activities for each of the six drug topics. Of course, you are encouraged to develop your own relevant lesson plans.

**Note: Full-size versions of Figures 1-7 are located in the back of this guide.**

1

# Background

## BRAIN ANATOMY

The brain consists of several large regions, each responsible for some of the activities vital for living. These include the brainstem, cerebellum, limbic system, diencephalon, and cerebral cortex (Figures 1 and 2).

The brainstem is the part of the brain that connects the brain and the spinal cord. It controls many basic functions, such as heart rate, breathing, eating, and sleeping. The brainstem accomplishes this by directing the spinal cord, other parts of the brain, and the body to do what is necessary to maintain these basic functions.

The cerebellum, which represents only one-eighth of the total weight of the human brain, coordinates the brain's instructions for skilled repetitive movements and for maintaining balance and posture. It is a prominent structure located above the brainstem.

On top of the brainstem and buried under the cortex, there is a set of more evolutionarily primitive brain structures called the limbic system (e.g., amygdala and hippocampus, as in Figure 2). The limbic system structures are involved in many of



**FIGURE 2** This drawing of a brain cut in half demonstrates some of the brain's internal structures. The amygdala and hippocampus are actually located deep within the brain, but are shown as an overlay in the approximate areas that they are located.

our emotions and motivations, particularly those that are related to survival, such as fear, anger, and sexual behavior. The limbic system is also involved in feelings of pleasure that are related to our survival, such as those experienced from eating and sex. The large limbic system structure, the hippocampus, is also involved in memory. One of the reasons that drugs of abuse can exert such powerful control over our behavior is that they act directly on the more evolutionarily primitive brainstem and limbic system structures, which can override the cortex in controlling our behavior. In effect, they eliminate the most human part of our brain from its role in controlling our behavior.

The diencephalon, which is also located beneath the cerebral hemispheres, contains the thalamus and hypothalamus (Figure 2). The thalamus is involved in sensory perception and regulation of motor functions (i.e., movement). It connects areas of the cerebral cortex that are involved in sensory perception and movement with other parts of the brain and spinal cord that also have a role in sensation and movement. The hypothalamus



**FIGURE 1** This drawing of a brain cut in half demonstrates some of the major regions of the brain.

Exhibit B






Exhibit B

is a very small but important component of the diencephalon. It plays a major role in regulating feeding hormones, the pituitary gland, body temperature, the adrenal glands, and many other vital activities.

The cerebral cortex, which is divided into right and left hemispheres, encompasses about two-thirds of the human brain mass and lies over and around most of the remaining structures of the brain. It is the most highly developed part of the human brain and is responsible for thinking, perceiving, and producing and understanding language. It is also the most recent structure in the history of brain evolution. The cerebral cortex can be divided into areas that each have a specific function (Figure 3). For example, there are specific areas involved in vision, hearing, touch, movement, and smell. Other areas are critical for thinking and reasoning. Although many functions, such as touch,



**FIGURE 3** This drawing of a brain cut in half demonstrates the lobes of the cerebral cortex and their functions.

are found in both the right and left cerebral hemispheres, some functions are found in only one cerebral hemisphere. For example, in most people, language abilities are found in the left hemisphere.

## NERVE CELLS AND NEUROTRANSMISSION

The brain is made up of billions of nerve cells, also known as neurons. Typically, a neuron contains three important parts (Figure 4): a central cell body that directs all activities of the neuron; dendrites, short fibers that receive messages from other neurons and relay them to the cell body; and an axon, a long single fiber that transmits messages from the cell body to the dendrites of other neurons or to body tissues, such as muscles. Although most neurons contain all of the three parts, there is a wide range of diversity in the shapes and sizes of neurons as well as their axons and dendrites.

The transfer of a message from the axon of one nerve cell to the dendrites of another is known as neurotransmission. Although axons and dendrites are located extremely close to each other, the transmission of a message from an axon to a dendrite does not occur through

direct contact. Instead, communication between nerve cells occurs mainly through the release of chemical substances into the space between the axon and dendrites (Figure 5). This space is known as the synapse. When neurons communicate, a message, traveling as an electrical impulse, moves down an axon and toward the synapse. There it triggers the release of molecules called neurotransmitters from the axon into the synapse. The neurotransmitters then diffuse across the synapse and bind to special molecules, called receptors, that are located within the cell membranes of the dendrites of the adjacent nerve cell. This, in turn, stimulates or inhibits an electrical response in the receiving neuron's dendrites. Thus, the neurotransmitters act as chemical messengers, carrying information from one neuron to another.



**NEURON**

**FIGURE 4**

There are many different types of neurotransmitters, each of which has a precise role to play in the functioning of the brain. Generally, each neurotransmitter can only bind to a very specific matching receptor. Therefore, when a neurotransmitter couples to a receptor, it is like fitting a key into a lock. This coupling then starts a whole cascade of events at both the surface of the dendrite of the receiving nerve cell and inside the cell. In this manner, the message carried by the neurotransmitter is received and processed by the receiving nerve cell. Once this has occurred, the neurotransmitter is inactivated in one of two ways. It is either broken down by an enzyme or reabsorbed back into the nerve cell that released it. The reabsorption (also known as re-uptake) is accomplished by what are known as transporter molecules (Figure 5). Transporter molecules reside in the cell membranes of the axons that release the neurotransmitters. They pick up specific neurotransmitters from the synapse and carry them back across the cell membrane and into the axon. The neurotransmitters are then available for reuse at a later time.

As noted above, messages that are received by dendrites are relayed to the cell body and then to the axon. The axons then transmit the messages, which are in the form of electrical impulses, to other neurons or body tissues. The axons of many neurons are covered in a fatty substance known as myelin. Myelin has several functions. One of its most important is to increase the rate at which nerve impulses travel along the axon. The rate of conduction of a nerve impulse along a heavily myelinated axon can be as fast as 120 meters/second. In contrast, a nerve impulse can travel no faster than about 2 meters/second along an axon without myelin. The thickness of the myelin covering on an axon is closely linked to the function of that axon. For example, axons that travel a long distance, such as those that extend from the spinal cord to the foot, generally contain a thick myelin covering to facilitate faster transmission of the nerve impulse. (Note: The axons that transmit messages from the brain or spinal cord to muscles and other body tissues are what make up the nerves of the human body. Most of these axons contain a thick covering of myelin, which accounts for the whitish appearance of nerves.)



**FIGURE 5**



Exhibit B

## EFFECTS OF DRUGS OF ABUSE ON THE BRAIN

Pleasure, which scientists call reward, is a very powerful biological force for our survival. If you do something pleasurable, the brain is wired in such a way that you tend to do it again. Life-sustaining activities, such as eating, activate a circuit of specialized nerve cells devoted to producing and regulating pleasure. One important set of these nerve cells, which uses a chemical neurotransmitter called dopamine, sits at the very top of the brainstem in the ventral tegmental area (VTA) (Figure 6). These dopamine-containing neurons relay messages about pleasure through their nerve fibers to nerve cells in a limbic system structure called the nucleus accumbens. Still other fibers reach to a related part of the frontal region of the cerebral cortex. So, the pleasure circuit, which is known as the mesolimbic dopamine system, spans the survival-oriented brainstem, the emotional limbic system, and the frontal cerebral cortex.

All drugs that are addicting can activate the brain's pleasure circuit. Drug addiction is a biological, pathological process that alters the way



**FIGURE 7**  When cocaine enters the brain, it blocks the dopamine transporter from pumping dopamine back into the transmitting neuron, flooding the synapse with dopamine. This intensifies and prolongs the stimulation of receiving neurons in the brain's pleasure circuits, causing a cocaine "high."

in which the pleasure center, as well as other parts of the brain, functions. To understand this process, it is necessary to examine the effects of drugs on neurotransmission. Almost all drugs that change the way the brain works do so by affecting chemical neurotransmission. Some drugs, like heroin and LSD, mimic the effects of a natural neurotransmitter. Others, like PCP, block receptors and thereby prevent neuronal messages from getting through. Still others, like cocaine, interfere with the molecules that are responsible for transporting neurotransmitters back into the neurons that released them (Figure 7). Finally, some drugs, such as methamphetamine, act by causing neurotransmitters to be released in greater amounts than normal.

Prolonged drug use changes the brain in fundamental and long-lasting ways. These long-lasting changes are a major component of the addiction itself. It is as though there is a figurative "switch" in the brain that "flips" at some point during an individual's drug use. The point at which this "flip" occurs varies from individual to individual, but the effect of this change is the transformation of a drug abuser to a drug addict.

**REWARD CIRCUIT**



**FIGURE 6**  This drawing of a brain cut in half demonstrates the brain areas and pathways involved in the pleasure circuit.

5

Exhibit B



Exhibit B

# Marijuana

## MECHANISM OF ACTION

## BACKGROUND

**Marijuana is the dried leaves and flowers of the cannabis plant. Tetrahydrocannabinol (THC) is the main ingredient in marijuana that causes people who use it to experience a calm euphoria. Marijuana changes brain messages that affect sensory perception and coordination. This can cause users to see, hear, and feel stimuli differently and to exhibit slower reflexes.**

THC, the main active ingredient in marijuana, binds to and activates specific receptors, known as cannabinoid receptors. There are many of these receptors in parts of the brain that control memory, thought, concentration, time and depth perception, and coordinated movement.

By activating these receptors, THC interferes with the normal functioning of the cerebellum, the part of the brain most responsible for balance, posture, and coordination of movement. The cerebellum coordinates the muscle movements ordered by the motor cortex. Nerve impulses alert the cerebellum that the motor cortex has directed a part of the body to perform a certain action. Almost instantly, impulses from that part of the body inform the cerebellum as to how the action is being carried out. The cerebellum compares the actual movement with the intended movement and then signals the motor cortex to make any necessary corrections. In this way, the cerebellum ensures that the body moves smoothly and efficiently.

The hippocampus, which is involved with memory formation, also contains many cannabinoid receptors. Studies have suggested that marijuana activates cannabinoid receptors in the hippocampus and affects memory by decreasing the activity of neurons in this area. The effect of marijuana on long-term memory is less certain, but while someone is under the influence of marijuana, short-term memory can be compromised. Further, research studies have shown chronic administration of THC can permanently damage the hippocampus of rats, suggesting that marijuana use can lead to permanent memory impairment.

7

Exhibit B

# Marijuana

Marijuana also affects receptors in brain areas and structures responsible for sensory perception. Marijuana interferes with the receiving of sensory messages (for example, touch, sight, hearing, taste, and smell) in the cerebral cortex. Various parts of the body send nerve signals to the thalamus, which then routes these messages to the appropriate areas of the cerebral cortex. An area of the sensory cortex, called the somatosensory cortex, receives messages that it interprets as body sensations such as touch and temperature. The somatosensory cortex lies in the parietal lobe of each hemisphere along the central fissure, which separates the frontal and parietal lobes. Each part of the somatosensory cortex receives and interprets impulses from a specific part of the body. Other specialized areas of the cerebrum receive the sensory impulses related to seeing, hearing, taste, and smell. Impulses from the eyes travel along the optic nerve and then are relayed to the visual cortex in the occipital lobes. Portions of the temporal lobes receive auditory messages from the ears. The area for taste lies buried in the lateral fissure, which separates the frontal and temporal lobes. The center for smell is on the underside of the frontal lobes. Marijuana activates cannabinoid receptors in these various areas of the cerebrum and results in the brain misinterpreting the nerve impulses from the different sense organs.

For many years, it was known that THC acted on cannabinoid receptors in the brain. It was hypothesized that since the normal brain produces these receptors, there must also be a substance produced by the brain itself that acts on these receptors. Despite years of effort, however, the brain's THC-like substance eluded scientists, and whether or not such a substance existed remained a mystery. Finally, in 1992, scientists discovered a substance produced by the brain that activates the THC receptors and has many of the same physiological effects as THC. The scientists named the substance anandamide, from a Sanskrit word meaning bliss. The discovery of anandamide opened whole new avenues of research. For instance, since the brain produces both anandamide and the cannabinoid receptors to which it binds, it was thought that anandamide must play a role in the normal functioning of the brain. Not only are scientists studying anandamide, but more recently additional cannabinoid molecules and receptors have been discovered. One of these, 2-arachidonoglycerol, is a substance that is similar to anandamide, and has a role in controlling pain. Scientists are now actively investigating the function of anandamide and 2-arachidonoglycerol in the brain. The research will not only help in gaining a greater understanding of how marijuana acts in the brain and why it is abused, but it will also provide new clues about how the healthy brain works.




8



Exhibit B

# Marijuana



The discovery of anandamide may also lead to a greater understanding of certain health problems and ultimately to more effective treatments. When made synthetically and given orally, THC can be used to treat nausea associated with chemotherapy and stimulate appetite in AIDS wasting syndrome. Now that the brain's own THC-like substance has been identified, researchers may soon be able to uncover the mechanisms underlying the therapeutic effects of THC. This could then lead to the development of more effective and safer treatments for a variety of conditions.

Recent research in animals has also suggested that long-term use of marijuana (THC) produces some changes in the limbic system that are similar to those that occur after long-term use of other major drugs of abuse such as cocaine, heroin, and alcohol. These changes are most evident during withdrawal from THC. During withdrawal, there are increases in both the levels of a brain chemical involved in stress and certain emotions and the activity of neurons in the amygdala. These same kinds of changes also occur during withdrawal from other drugs of abuse, suggesting that there may be a common factor in the development of drug addiction.

The following activities, when used along with the magazine on marijuana, will help explain to students how these substances change the brain and the body.

9

Exhibit B

# Marijuana

## OBJECTIVES

✳ **The student will understand the effects of marijuana on brain structures which control the five senses, emotions, memory, and judgment.**

✳ **The student will use knowledge of brain-behavior relationships to determine the possible effects of marijuana on the ability to perform certain tasks and occupations.**

## MARIJUANA ACTIVITY ONE

Review the way in which marijuana use affects brain regions and structures that control the five senses, heart rate, emotions, memory, and judgment. Students then randomly select (for example, draw from a hat) an occupation and are asked to act-out, in front of the class, how marijuana use might specifically affect the performance of a person in that occupation. Examples of occupations can include: an airline pilot, a professional basketball player, a doctor, a defense attorney, a truck driver, a construction worker, a waiter/waitress, a politician, etc. Students will identify the brain regions and structures affected by marijuana use, and describe the link between these structures and behavior.

## OBJECTIVE

✳ **The student will understand how marijuana interferes with information transfer and short-term memory.**

## MARIJUANA ACTIVITY TWO

Read a list of 20 words aloud to the class and then ask students to write down as many as they can remember. Then have several students stand, in pairs, at various points in the room and carry on loud conversations while you read a list of 20 new words to the remainder of the class. Ask students to again write down as many words as they can remember. Compare performance between the two trials. Mention to the students that, like the disruptive pairs of students, marijuana interferes with normal information transfer and memory. Students will identify the areas of the brain and structures responsible for these functions and will be reminded that marijuana alters neurotransmission in these areas. Students can also search the Internet and other sources to research the effects of marijuana on information transfer and memory and then prepare a brief report summarizing their findings.

## OBJECTIVE

✳ **The student will learn more about the important role of the cerebellum.**

## MARIJUANA ACTIVITY THREE

Explain that the cerebellum is involved in balance, coordination, and a variety of other regulatory functions. Marijuana affects the cerebellum, resulting in impairments in motor behavior. Students will search the Internet and other sources for more information about the role and function of the cerebellum and will make a list of ways in which damage to the cerebellum would affect their day-to-day behavior.

10

# Opiates

## MECHANISM OF ACTION

Opiates elicit their powerful effects by activating opiate receptors that are widely distributed throughout the brain and body. Once an opiate reaches the brain, it quickly activates the opiate receptors that are found in many brain regions and produces an effect that correlates with the area of the brain involved. Two important effects produced by opiates, such as morphine, are pleasure (or reward) and pain relief. The brain itself also produces substances known as endorphins that activate the opiate receptors. Research indicates that endorphins are involved in many things, including respiration, nausea, vomiting, pain modulation, and hormonal regulation.

When opiates are prescribed by a physician for the treatment of pain and are taken in the prescribed dosage, they are safe and there is little chance of addiction. However, when opiates are abused and/or taken in excessive doses, addiction can result. Findings from animal research indicate that, like cocaine and other abused drugs, opiates can also activate the brain's reward system. When a person injects, sniffs, or orally ingests heroin (or morphine), the drug travels quickly to the brain through the bloodstream. Once in the brain, the heroin is rapidly converted to morphine, which then activates opiate receptors located throughout the brain, including within the reward system. (Note: Because of its chemical structure, heroin penetrates the brain more quickly than other opiates, which is probably why many addicts prefer heroin.) Within the reward system, the morphine activates opiate receptors in the VTA, nucleus accumbens, and cerebral cortex (refer to the Introduction for information on the reward system). Research suggests that stimulation of opiate receptors by morphine results in feelings of reward and activates the pleasure circuit by causing greater amounts of dopamine to be released within the nucleus accumbens. This causes an intense euphoria, or rush, that lasts only briefly and is followed by a few hours of a relaxed, contented state. This excessive release of dopamine and stimulation of the reward system can lead to addiction.

## BACKGROUND

**Opiates are powerful drugs derived from the poppy plant that have been used for centuries to relieve pain. They include opium, heroin, morphine, and codeine. Even centuries after their discovery, opiates are still the most effective pain relievers available to physicians for treating pain. Although heroin has no medicinal use, other opiates, such as morphine and codeine, are used in the treatment of pain related to illnesses (for example, cancer) and medical and dental procedures. When used as directed by a physician, opiates are safe and generally do not produce addiction. But opiates also possess very strong reinforcing properties and can quickly trigger addiction when used improperly.**

11

# Opiates

Opiates also act directly on the respiratory center in the brainstem, where they cause a slowdown in activity. This results in a decrease in breathing rate. Excessive amounts of an opiate, like heroin, can cause the respiratory centers to shut down breathing altogether. When someone overdoses on heroin, it is the action of heroin in the brainstem respiratory centers that can cause the person to stop breathing and die.

As mentioned earlier, the brain itself produces endorphins that have an important role in the relief or modulation of pain. Sometimes, though, particularly when pain is severe, the brain does not produce enough endorphins to provide pain relief. Fortunately, opiates, such as morphine are very powerful pain relieving medications. When used properly under the care of a physician, opiates can relieve severe pain without causing addiction.

Feelings of pain are produced when specialized nerves are activated by trauma to some part of the body, either through injury or illness. These specialized nerves, which are located throughout the body, carry the pain message to the spinal cord. After reaching the spinal cord, the message is relayed to other neurons, some of which carry it to the brain. Opiates help to relieve pain by acting in both the spinal cord and brain. At the level of the spinal cord, opiates interfere with the transmission of the pain messages between neurons and therefore prevent them from reaching the brain. This blockade of pain messages protects a person from experiencing too much pain. This is known as analgesia.

Opiates also act in the brain to help relieve pain, but the way in which they accomplish this is different than in the spinal cord.



12

Exhibit B

# Opiates

There are several areas in the brain that are involved in interpreting pain messages and in subjective responses to pain. These brain regions are what allow a person to know he or she is experiencing pain and that it is unpleasant. Opiates also act in these brain regions, but they don't block the pain messages themselves. Rather, they change the subjective experience of the pain. This is why a person receiving morphine for pain may say that they still feel the pain but that it doesn't bother them anymore.

Although endorphins are not always adequate to relieve pain, they are very important for survival. If an animal or person is injured and needs to escape a harmful situation, it would be difficult to do so while experiencing severe pain. However, endorphins that are released immediately following an injury can provide enough pain relief to allow escape from a harmful situation. Later, when it is safe, the endorphin levels decrease and intense pain may be felt. This also is important for survival. If the endorphins continued to blunt the pain, it would be easy to ignore an injury and then not seek medical care.

There are several types of opiate receptors, including the delta, mu, and kappa receptors. Each of these three receptors is involved in controlling different brain functions. For example, opiates and endorphins are able to block pain signals by binding to the mu receptor site.

The powerful technology of cloning has enabled scientists to copy the genes that make each of these receptors. This in turn is allowing researchers to conduct laboratory studies to better understand how opiates act in the brain and, more specifically, how opiates interact with each opiate receptor to produce their effects. This information may eventually lead to more effective treatments for pain and opiate addiction.

The following activities, when used along with the magazine on opiates, will help explain to students how these substances change the brain and the body.

13



# Opiates

## OBJECTIVE

✶ **The student will learn the way in which opiates alter the function of nerve cells.**

## OPIATES ACTIVITY ONE

Remind students that long-term abuse of opiates, such as heroin, changes the way nerve cells in the brain work. These cells become so used to having the heroin present that they need it to work normally. This, in turn, leads to addiction. If opiates are taken away from dependent nerve cells, these cells become overactive. Eventually, they will work normally again, but in the meantime, they create a range of symptoms known as withdrawal. Have students create visual representations of normal nerve cells, dependent nerve cells, overactive nerve cells, and an opiate. Then have the students use these representations to develop, in comic art format, the process by which opiates change the normal functioning of neurons.

## OBJECTIVE

✶ **The student will learn how opiates produce an analgesic effect.**

## OPIATES ACTIVITY TWO

Note that opiates are powerful painkillers and are used medically for treatment of pain. When used properly for medical purposes, opiates do not produce an intense feeling of pleasure, and patients have little chance of becoming addicted. Have students search the Internet and other sources for information about pain, pain control, and the way opiates produce their analgesic effect and then prepare a brief summary report.

## OBJECTIVE

✶ **The student will become more familiar with neuroscience concepts and terminology associated with the effects of opiates on the brain.**

## OPIATES ACTIVITY THREE

Students will solve a crossword puzzle which requires knowledge of the ways in which opiates affect brain anatomy and physiology. The puzzle and solution is included in the guide.

14

# Opiates

## CROSSWORD PUZZLE

## ACROSS

1  Space between neurons

3  Copy genetic material to produce an identical cell

5  Opiates come from this plant

6  Feeling of euphoria

9  Controls breathing and heart rate

10  Pleasure neuro-transmitter

11  Pain relief

## DOWN

1  Opiates act on the _____ cord and brain

2  Pain reliever produced by brain

4  An opiate receptor

6  Another name for pleasure

7  Ventral _____ area

8  Powerful opiate



# Opiates

## CROSSWORD PUZZLE

SOLUTION

## ACROSS

1  Space between neurons

3  Copy genetic material to produce an identical cell

5  Opiates come from this plant

6  Feeling of euphoria

9  Controls breathing and heart rate

10 Pleasure neuro-transmitter

11 Pain relief

## DOWN

1  Opiates act on the _____ cord and brain

2  Pain reliever produced by brain

4  An opiate receptor

6  Another name for pleasure

7  Ventral _____ area

8  Powerful opiate

# Inhalants

MECHANISM OF ACTION

## BACKGROUND

Most inhalants are common household products that give off mind-altering chemical fumes when sniffed. These common products include paint thinner, fingernail polish remover, glues, gasoline, cigarette lighter fluid, and nitrous oxide. They also include fluorinated hydrocarbons found in aerosols, such as whipped cream, hair and paint sprays, and computer cleaners. The chemical structure of the various types of inhalants is diverse, making it difficult to generalize about the effects of inhalants. It is known, however, that the vaporous fumes can change brain chemistry and may be permanently damaging to the brain and central nervous system.

Inhalant users are also at risk for Sudden Sniffing Death (SSD), which can occur when the inhaled fumes take the place of oxygen in the lungs and central nervous system. This basically causes the inhalant user to suffocate. Inhalants can also lead to death by disrupting the normal heart rhythm, which can lead to cardiac arrest. Use of inhalants can cause hepatitis, liver failure, and muscle weakness. Certain inhalants can also cause the body to produce fewer of all types of blood cells, which may result in life-threatening aplastic anemia.

Inhalants also alter the functioning of the nervous system. Some of these effects are transient and disappear after use is discontinued. But inhalant use can also lead to serious neurological problems, some of which are irreversible. For example, frequent long-term use of certain inhalants can cause a permanent change or malfunction of nerves in the back and legs, called polyneuropathy. Inhalants can also act directly in the brain to cause a variety of neurological problems. For instance, inhalants can cause abnormalities in brain areas that are involved in movement (for example, the cerebellum) and higher cognitive function (for example, the cerebral cortex).

Inhalants enter the bloodstream quickly and are then distributed throughout the brain and body. They have direct effects on both the central nervous system (brain and spinal cord) and the peripheral nervous system (nerves throughout the body).

Using brain imaging techniques, such as magnetic resonance imaging (MRI), researchers have discovered that there are marked structural changes in the brains of chronic inhalant abusers. These changes include a reduction in size in certain brain areas, including the cerebral cortex, cerebellum, and brainstem. These changes may account for some of the neurological and behavioral symptoms that long-term inhalant abusers exhibit (for example, cognitive and motor difficulties). Some of these changes may be due to the effect inhalants have on myelin, the fatty tissue which insulates and protects axons and helps speed up nerve conduction. When inhalants enter the brain and body, they are particularly attracted to fatty tissues. Because myelin is a fat, it quickly absorbs inhalants, which can then damage or even destroy the myelin. The deterioration of myelin interferes with the rapid flow of messages from one nerve to another.

Inhalants can also have a profound effect on nerves that are located throughout the body. The polyneuropathy caused by some inhalants, as well as other neurological problems, may be due in part to the effect of the inhalants on the myelin sheath that covers axons throughout the body. In some cases, not only is the myelin destroyed, but the axons themselves degenerate.

The following activities, when used along with the magazine on inhalants, will help explain to students how these substances change the brain and the body.

17



# Inhalants

## OBJECTIVE

✱ **The student will learn the effects of inhalant use on brain-behavior relationships.**

## INHALANTS ACTIVITY ONE

Introduce this activity by reminding students that inhalants can slow or stop nerve cell activity in some parts of the brain; for example, the frontal lobes (complex problem solving), cerebellum (movement and coordination), and hippocampus (memory). Students will break into small groups and contribute in a round-robin fashion to a story about a fictional student who uses inhalants. The students should be encouraged to include problems (symptoms) in the description that would be associated with inhalant use, as well as other symptoms that would not. These stories can then be shared (either in oral or written form) with the rest of the class, who will be required to identify the inhalant-related behavioral components and then describe the brain areas that are involved in these behaviors. Students will then search the Internet and other sources to obtain information about the way in which activity in the frontal lobes, cerebellum, and hippocampus influences behavior, and prepare a report summarizing their findings.

## OBJECTIVE

✱ **The student will understand the effect of inhalants on brain structures, physiology, and behavior.**

## INHALANTS ACTIVITY TWO

Review the regions of the brain and structures affected by inhaling solvents, gases, and nitrites. Then divide the class into groups of 4-6, and have each group write a rap music video about the effects of inhalants on brain areas and structures, as well as brain-behavior relationships. When the songs are finished, have each group perform their music video.

## OBJECTIVE

✱ **The student will become more familiar with the neuroscience concepts and terminology associated with the effects of inhalants on the brain and body.**

## INHALANTS ACTIVITY THREE

The students will complete the Inhalants Word Search, and the teacher will then review the words and have the students discuss how the terms relate to inhalant use. A copy of the Word Search and the Word Search Solution is included in the guide.

18

Exhibit B



# Inhalants
**WORD SEARCH**

| A | A | L | A | D | G | Y | M | A | N | Y |
|---|---|---|---|---|---|---|---|---|---|---|
| Z | U | X | I | I | M | P | A | M | A | V |
| S | D | B | F | N | Z | J | L | R | C | P |
| H | J | P | W | H | M | G | R | O | E | S |
| B | N | O | X | A | I | S | O | P | R | B |
| A | F | L | J | L | K | O | W | A | E | W |
| T | E | Y | K | A | I | B | Y | V | B | E |
| D | V | N | K | N | D | V | B | S | E | Q |
| C | S | E | G | T | N | N | E | U | L | G |
| B | G | U | K | C | E | L | L | R | L | S |
| T | X | R | F | L | Y | P | L | M | U | X |
| I | E | O | R | F | U | M | E | S | M | F |
| D | T | P | F | W | O | K | R | Y | O | N |
| J | R | A | X | F | A | C | E | C | P | R |
| C | O | T | F | Y | I | L | A | Z | U | Y |
| T | C | H | L | X | I | N | B | T | D | I |
| E | H | Y | H | N | X | V | S | T | E | C |
| U | E | O | R | L | N | Q | O | H | A | G |

| Amygdala | Fumes | Myelin |
|---|---|---|
| Axon | Glue | Polyneuropathy |
| Cell | Inhalant | Sniff |
| Cerebellum | Kidney | Vapor |
| Cortex | Liver | |

19

Exhibit B



**WORD SEARCH**

SOLUTION

| A | A | L | A | D | G | Y | M | A | N | Y |
|---|---|---|---|---|---|---|---|---|---|---|
| Z | U | X | I | I | M | P | A | M | A | V |
| S | D | B | F | N | Z | J | L | R | C | P |
| H | J | P | W | H | M | G | R | O | E | S |
| B | N | O | X | A | I | S | O | P | R | B |
| A | F | L | J | L | K | O | W | A | E | W |
| T | E | Y | K | A | I | B | Y | V | B | E |
| D | V | N | K | N | D | V | B | S | E | Q |
| C | S | E | G | T | N | N | E | U | L | G |
| B | G | U | K | C | E | L | L | R | L | S |
| T | X | R | F | L | Y | P | L | M | U | X |
| I | E | O | R | F | U | M | E | S | M | F |
| D | T | P | F | W | O | K | R | Y | O | N |
| J | R | A | X | F | A | C | E | C | P | R |
| C | O | T | F | Y | I | L | A | Z | U | Y |
| T | C | H | L | X | I | N | B | T | D | I |
| E | H | Y | D | N | X | V | S | T | E | C |
| U | E | O | R | L | N | Q | O | H | A | G |

| Amygdala | Fumes | Myelin |
|---|---|---|
| Axon | Glue | Polyneuropathy |
| Cell | Inhalant | Sniff |
| Cerebellum | Kidney | Vapor |
| Cortex | Liver | |

Exhibit B

# Hallucinogens

## BACKGROUND

Hallucinogens are drugs which cause altered states of perception and feeling and which can produce flashbacks. They include natural substances, such as mescaline and psilocybin that come from plants (cactus and mushrooms), and chemically manufactured ones, such as LSD and MDMA (ecstasy). LSD is manufactured from lysergic acid, which is found in ergot, a fungus that grows on rye and other grains. MDMA is a synthetic mind-altering drug with both stimulant and hallucinogenic properties. Although not a true hallucinogen in the pharmacological sense, PCP causes many of the same effects as hallucinogens and so is often included with this group of drugs. Hallucinogens have powerful mind-altering effects. They can change how the brain perceives time, everyday reality, and the surrounding environment. They affect regions and structures in the brain that are responsible for coordination, thought processes, hearing, and sight. They can cause people who use them to hear voices, see images, and feel sensations that do not exist. Researchers are not certain that brain chemistry permanently changes from hallucinogen use, but some people who use them appear to develop chronic mental disorders. PCP and MDMA can be addictive; whereas LSD, psilocybin, and mescaline are not.

Research has provided many clues about how hallucinogens act in the brain to cause their powerful effects. However, because there are different types of hallucinogens and their effects are so widespread, there is still much that is unknown. The following paragraphs describe some of what is known about this diverse group of drugs.

## MECHANISM OF ACTION

LSD binds to and activates a specific receptor for the neurotransmitter serotonin. Normally, serotonin binds to and activates its receptors and then is taken back up into the neuron that released it. In contrast, LSD binds very tightly to the serotonin receptor, causing a greater than normal activation of the receptor. Because serotonin has a role in many of the brain's functions, activation of its receptors by LSD produces widespread effects, including rapid emotional swings, and altered perceptions, and if taken in a large enough dose, delusions and visual hallucinations.

MDMA, which is similar in structure to methamphetamine and mescaline, causes serotonin to be released from neurons in greater amounts than normal. Once released, this serotonin can excessively activate serotonin receptors. Scientists have also shown that MDMA causes excess dopamine to be released from dopamine-containing neurons. Particularly alarming is research in animals that has demonstrated that MDMA can damage serotonin-containing neurons. MDMA can cause confusion, depression, sleep problems, drug craving, and severe anxiety.

PCP, which is not a true hallucinogen, can affect many neurotransmitter systems. It interferes with the functioning of the neurotransmitter glutamate, which is found in neurons throughout the brain. Like many other drugs, it also causes dopamine to be released from neurons into the synapse. At low to moderate doses, PCP causes altered perception of body image, but rarely produces visual hallucinations. PCP can also cause effects that mimic the primary symptoms of schizophrenia, such as delusions and mental turmoil. People who use PCP for long periods of time have memory loss and speech difficulties.

The following activities, when used along with the magazine on hallucinogens, will help explain to students how these substances change the brain and the body.

21

Exhibit B

# Hallucinogens

## OBJECTIVE

✶  **The student will learn how hallucinogens cause visual misperception and hallucinations.**

## HALLUCINOGENS ACTIVITY ONE

Have students draw a bull's-eye onto a sheet of unruled white paper. Make a small "X" at the center of another sheet of paper. Now, have the students stare at the bull's-eye for about 20 seconds and then quickly shift their focus to the "X." Students will find that an after-image of the bull's-eye will appear. Explain that after-images are a class of optical illusions, which have some similarity to hallucinations. Have students search the Internet and other sources for information about drug-induced hallucinations and prepare a report summarizing their findings.

## OBJECTIVE

✶  **The student will learn that hallucinogens cause other sensory misperceptions.**

## HALLUCINOGENS ACTIVITY TWO

Fill one bowl with warm water, another with cold water, and a third with water at room temperature. First, have the students place the fingers of one hand in the warm water. Wait 60 seconds. Then have them place their fingers in the room temperature water and describe the temperature of the water (feels cool). Then have the students place their fingers of the other hand in the cold water. Wait 60 seconds. Then have them place their fingers in the room temperature water and describe the temperature of the water (feels hot). Remind students that hallucinogens can affect the way we perceive reality.

## OBJECTIVE

✶  **The student will learn vocabulary and facts associated with hallucinogens.**

## HALLUCINOGENS ACTIVITY THREE

Instruct the students to complete the Hallucinogens Word Puzzle. The puzzle and solution to the puzzle are included in the guide.

22

Exhibit B

# Hallucinogens

**WORD PUZZLE**

Answer each question below, then correctly arrange the
boxed letters to solve the riddle at the bottom of the page.

**1** ___ ___ ___ ___ [ ] ___ ___ [ ]
LSD binds tightly to and activates the receptor for what neurotransmitter?

**2** ___ ___ ___ ___ [ ] ___ ___ ___ ___
What drug comes from a cactus plant?

**3** ___ ___ ___ ___ [ ] ___ ___
What is another name for MDMA?

**4** [ ] ___ ___ ___ [ ] ___ ___ ___ ___
Neurotransmitters attach to what molecules in the cell membrane?

**5** ___ ___ ___ [ ]
What is another name for LSD?

**6** [ ] ___ ___ ___ ___ ___ ___ ___
Changes in what brain structure affect breathing and heart rate?

23

[ ]  [ ] [ ] [ ]  [ ] [ ] [ ] [ ]

**W**hat might result if you use either
hallucinogens, or a lousy travel agent?

Exhibit B



# Hallucinogens

**WORD PUZZLE**

SOLUTION

Answer each question below, then correctly arrange the
boxed letters to solve the riddle at the bottom of the page.

**1** S E R O T O N I N
LSD binds tightly to and activates the receptor for what neurotransmitter?

**2** M E S C A L I N E
What drug comes from a cactus plant?

**3** E C S T A C Y
What is another name for MDMA?

**4** R E C E P T O R S
Neurotransmitters attach to what molecules in the cell membrane?

**5** A C I D
What is another name for LSD?

**6** B R A I N S T E M
Changes in what brain structure affect breathing and heart rate?

A     B A D     T R I P

**W**hat might result if you use either
hallucinogens, or a lousy travel agent?

24

Exhibit B

# Steroids

## MECHANISM OF ACTION

### BACKGROUND

Anabolic steroids are chemicals that are similar to the male sex hormone testosterone and are used by an increasing number of young people to enhance their muscle size. While anabolic steroids are quite successful at building muscle, they can damage many body organs, including the liver, kidneys, and heart. They may also trigger dependency in users, particularly when taken in the large doses that have been known to be used by many bodybuilders and athletes.

Anabolic steroids are taken either orally in pill form or by injection. After steroids enter the bloodstream, they are distributed to organs (including muscle) throughout the body. After reaching these organs, the steroids surround individual cells in the organ and then pass through the cell membranes to enter the cytoplasm of the cells. Once in the cytoplasm, the steroids bind to specific receptors and then enter the nucleus of the cells. The steroid-receptor complex is then able to alter the functioning of the genetic material and stimulate the production of new proteins. It is these proteins that carry out the effects of the steroids. The types of proteins and the effects vary depending on the specific organ involved. Steroids are able to alter the functioning of many organs, including the liver, kidneys, heart, and brain. They can also have a profound effect on reproductive organs and hormones.

Many of the effects of steroids are brought about through their actions in the brain. Once steroids enter the brain, they are distributed to many regions, including the hypothalamus and limbic system. When a person takes steroids, the functioning of neurons in both of these areas is altered, resulting in a change in the types of messages that are transmitted by the neurons. Since the hypothalamus has a major role in maintaining normal hormone levels, disrupting its normal functioning also disrupts the body's hormones. This can result in many problems, including a reduction in normal testosterone production in males and loss of the monthly period in females.

Similarly, steroids can also disrupt the functioning of neurons in the limbic system. The limbic system is involved in many things, including learning, memory, and regulation of moods. Studies in animals have shown that steroids can impair learning and memory. They can also promote overly-aggressive behavior and mood swings. People who take anabolic steroids can exhibit violent behavior, impairment of judgment, and even psychotic symptoms.

Other effects of taking anabolic steroids include changes in male and female sexual characteristics, stunted growth, and an increase in the amount of harmful cholesterol in the body. Anabolic steroids can also influence the growth of facial and chest hair and a cause a deepening of the voice.

The following activities, when used along with the magazine on anabolic steroids, will help explain to students how these substances change the brain and the body.

25

Exhibit B

# Steroids

## OBJECTIVE

✳ **The student will understand that steroids have a direct effect on the limbic system, which has a large role in the expression of emotions.**

## STEROIDS ACTIVITY ONE

Ask students to imagine a time when they experienced, very suddenly, either intense rage or aggressiveness. Those who would like to can share some of these experiences with the class. Reinforce that the limbic system was likely involved in these reactions and that steroid use directly increases the likelihood of such episodes. Mention that neuroscientists have long known about the important role the limbic system plays in emotions and have conducted animal research in which stimulating certain limbic system structures produces a rage reaction in a normally docile animal, while stimulating other structures makes a normally vicious animal calm and relaxed. Have students conduct research using the Internet and other sources to learn more about the role of the limbic system.

## OBJECTIVE

✳ **The student will learn more about the functions of key neurotransmitters including serotonin, glutamate, dopamine, and acetylcholine.**

## STEROIDS ACTIVITY TWO

Indicate that steroids affect the function of several neurotransmitters, adding that each neurotransmitter communicates different types of messages. For example, glutamate communicates excitement, acetylcholine tells the heart to beat slower and commands memory circuits to store or remember thoughts, serotonin controls emotions and mood, and dopamine affects feelings of pleasure. Students will select a neurotransmitter and search the Internet and other sources for additional information. They will prepare a brief report summarizing their findings and create a comic art rendition of their neurotransmitter.

## OBJECTIVE

✳ **The student will learn about the performance enhancing effects of steroids, and the medical risk factors.**

## STEROIDS ACTIVITY THREE

Remind students that despite their dangerous side effects, anabolic steroids are used by some high school, college, and professional athletes to give them the "edge" they feel they need to outperform the competition. Discuss with the students the short- and long-term dangers associated with the use of steroids for enhancing performance. A useful example for this discussion might be Lyle Alzado, a former professional football star who died from cancer attributed to steroid use.

26

Exhibit B



# Stimulants

## MECHANISM OF ACTION

## BACKGROUND

Stimulant drugs such as cocaine, "crack," amphetamines, and caffeine are substances that speed up activity in the brain and spinal cord. This, in turn, can cause the heart to beat faster and blood pressure and metabolism to increase. Stimulants often influence a person to be more talkative and anxious and to experience feelings of exhilaration.

Use of cocaine and other stimulants can cause someone's heart to beat abnormally fast and at an unsteady rate. Use of these drugs also narrows blood vessels, reducing the flow of blood and oxygen to the heart, which results in "starving" the heart muscle. Even professional athletes whose bodies are well-conditioned have succumbed to cocaine's ability to cause heart failure. Researchers currently have no way to detect who may be more susceptible to these effects.

Cocaine acts on the pleasure circuit to prevent reabsorption of the neurotransmitter dopamine after its release from nerve cells. Normally, neurons that are part of the pleasure circuit release dopamine, which then crosses the synapse to stimulate another neuron in the pleasure circuit. Once this has been accomplished, the dopamine is picked up by a transporter molecule and carried back into the original neuron. However, because cocaine binds to the dopamine transporter molecule, it prevents the reabsorption of dopamine. This causes a buildup of dopamine in the synapse, which results in strong feelings of pleasure and even euphoria. The excess dopamine that accumulates in the synapse causes the neurons that have dopamine receptors to decrease the number of receptors they make. This is called down regulation. When cocaine is no longer taken and dopamine levels return to their normal (i.e., lower) concentration, the smaller number of dopamine receptors that are available for the neurotransmitter to bind to is insufficient to fully activate nerve cells. During "craving," the addict experiences a very strong need for the drug to get the level of dopamine back up. Cocaine also binds to the transporters for other neurotransmitters, including serotonin and norepinephrine, and blocks their re-uptake. Scientists are still unsure about the effects of cocaine's interaction with these other neurotransmitters.

Cocaine has also been found to specifically affect the prefrontal cortex and amygdala, which are involved in aspects of memory and learning. The amygdala has been linked to emotional aspects of memory. Researchers believe that a neural network involving these brain regions reacts to environmental cues and activates memories, and this triggers biochemical changes that result in cocaine craving.

27



# Stimulants

Amphetamines, such as methamphetamine, also act on the pleasure circuit by altering the levels of certain neurotransmitters present in the synapse, but the mechanism is different from that of cocaine. Methamphetamine is chemically similar to dopamine. This similarity allows methamphetamine to fool the dopamine transporter into carrying methamphetamine into the nerve terminal. Methamphetamine can also directly cross nerve cell membranes. Once inside nerve terminals, methamphetamine enters dopamine vesicles and causes the release of these neurotransmitters. The excess dopamine is then carried by transporter molecules out of the neuron and into the synapse. Once in the synapse, the high concentration of dopamine causes feelings of pleasure and euphoria.

Methamphetamine also differs from cocaine in that it can damage neurons that contain dopamine and even kill neurons that contain other neurotransmitters. This cell damage can occur in the frontal cortex, amygdala and the striatum, a brain region that is involved in movement. This may account for the dramatic decrease in dopamine levels seen with brain imaging techniques in both humans and animals. These decreases in dopamine are seen even after short-term exposure to methamphetamine and they persist for many years, even after methamphetamine use has been terminated.

For more information on how methamphetamine acts in the brain, see the last chapter which is devoted entirely to methamphetamine.

The following activities, when used along with the magazine on stimulants, will help explain to students how these substances change the brain and the body.



28

# Stimulants

## OBJECTIVE

✴ **The student will learn that cocaine affects neurotransmission in the mesolimbic dopamine system, sometimes referred to as the pleasure center.**

## COCAINE ACTIVITY ONE

Remind students that cocaine activates the brain's pleasure center, which involves the brainstem, limbic system, and frontal cortex. Students will then produce colorful diagrams of the system, labeling important parts, and provide a brief written description of the different structures.

## OBJECTIVES

✴ **The student will learn the way in which dopamine is related to the sensation of pleasure.**

✴ **The student will learn how stimulants interfere with dopamine re-uptake.**

## COCAINE ACTIVITY TWO

Describe how cocaine ultimately reduces pleasure by interfering with dopamine re-uptake. Students will be assigned to groups and will first script and then act out this process. They will then perform their skits with students assuming roles such as neurons, cocaine, transporters, receptors, dopamine, pleasure, and addiction.

29

## OBJECTIVE

✴ **The student will learn and share interesting and unusual information about the effects of cocaine, amphetamines, and caffeine on the brain and behavior.**

## COCAINE ACTIVITY THREE

Divide the students into three groups (cocaine, amphetamines, and caffeine), and assign each group the task of researching their assigned drug in order to develop a "Did You Know" poster for each type of drug. Encourage each group to discover some "surprising" information to include on their poster, and ask that each poster contain a minimum of 10 new and/or unusual facts. Students will use the local public library, the Internet, other multimedia materials, and any other sources to obtain this information. They will then work together to develop the graphics and text. Display the finished posters.

Exhibit B



# Nicotine

## MECHANISM OF ACTION

### BACKGROUND

Tobacco, which comes primarily from the plant nicotiana tabacum, has been used for centuries. It can be smoked, chewed, or sniffed. The first description of addiction to tobacco is contained in a report from the New World in which Spanish soldiers said that they could not stop smoking.

When nicotine was isolated from tobacco leaves in 1828, scientists began studying its effects in the brain and body. This research eventually showed that, although tobacco contains thousands of chemicals, the main ingredient that acts in the brain and produces addiction is nicotine. More recent research has shown that the addiction produced by nicotine is extremely powerful and is at least as strong as addictions to other drugs such as heroin and cocaine.

Some of the effects of nicotine include changes in respiration and blood pressure, constriction of arteries, and increased alertness. Many of these effects are produced through its action on both the central and peripheral nervous systems.

Nicotine readily enters the body. When tobacco is smoked, nicotine enters the bloodstream through the lungs. When it is sniffed or chewed, nicotine passes through the mucous membranes of the mouth or nose to enter the bloodstream. Nicotine can also enter the bloodstream by passing through the skin. Regardless of how nicotine reaches the bloodstream, once there, it is distributed throughout the body and brain where it activates specific types of receptors known as cholinergic receptors.

Cholinergic receptors are present in many brain structures, as well as in muscles, adrenal glands, the heart, and other body organs. These receptors are normally activated by the neurotransmitter acetylcholine, which is produced in the brain, and by neurons in the peripheral nervous system. Acetylcholine and its receptors are involved in many activities, including respiration, maintenance of heart rate, memory, alertness, and muscle movement.

Because the chemical structure of nicotine is similar to that of acetylcholine, it is also able to activate cholinergic receptors. But unlike acetylcholine, when nicotine enters the brain and activates cholinergic receptors, it can disrupt the normal functioning of the brain.

Regular nicotine use causes changes in both the number of cholinergic receptors and the sensitivity of these receptors to nicotine and acetylcholine. Some of these changes may be responsible for the development of tolerance to nicotine. Tolerance occurs when more drug is needed to achieve the same or similar effects. Once tolerance has developed, a nicotine user must regularly supply the brain with nicotine in order to maintain normal brain functioning. If nicotine levels drop, the nicotine user will begin to feel uncomfortable withdrawal symptoms.

31


Exhibit B

# Nicotine

Recently, research has shown that nicotine also stimulates the release of the neurotransmitter dopamine in the brain's pleasure circuit. Using microdialysis, a technique that allows minute quantities of neurotransmitters to be measured in precise brain areas, researchers have discovered that nicotine causes an increase in the release of dopamine in the nucleus accumbens. This release of dopamine is similar to that seen for other drugs of abuse, such as heroin and cocaine, and is thought to underlie the pleasurable sensations experienced by many smokers.

Other research is providing even more clues as to how nicotine may exert its effects in the brain. Cholinergic receptors are relatively large structures that consist of several components known as subunits. One of these subunits, the ß (beta) subunit, has recently been implicated in nicotine addiction. Using highly sophisticated bioengineering technologies, scientists were able to produce a new strain of mice in which the gene that produces the ß subunit was missing. Without the gene for the ß subunit, these mice, which are known as "knock-

out" mice because a particular gene has been knocked out, were unable to produce any ß subunits. What researchers found when they examined these knockout mice was that in contrast to mice who had an intact receptor, mice without the ß subunit would not self-administer nicotine. These studies demonstrate that the ß subunit plays a critical role in the addictive properties of nicotine. The results also provide scientists with valuable new information about how nicotine acts in the brain, information that may eventually lead to better treatments for nicotine addiction.

However, nicotine may not be the only psychoactive ingredient in tobacco. Using advanced brain imaging technology, it is possible to actually see what tobacco smoking is doing to the brain of an awake and behaving human being. Using one type of brain imaging, positron emission tomography (PET), scientists discovered that cigarette smoking causes a dramatic decrease in the levels of an important enzyme that breaks down dopamine and other neurotransmitters.



# Nicotine

The decrease in this enzyme, known as monoamine-oxidase-A (MAO-A), results in an increase in dopamine levels. Importantly, this particular effect is not caused by nicotine but by some additional, unknown compound in cigarette smoke. Nicotine itself does not alter MAO-A levels; it affects dopamine through other mechanisms. Thus, there may be multiple routes by which smoking alters the neurotransmitter dopamine to ultimately produce feelings of pleasure and reward.

That nicotine is a highly addictive drug can clearly be seen when one considers the vast number of people who continue to use tobacco products despite their well known harmful and even lethal effects. In fact, at least 90% of smokers would like to quit, but each year fewer than 10% who try are actually successful. But, while nicotine may produce addiction to tobacco products, it is the thousands of other chemicals in tobacco that are responsible for its many adverse health effects.

Smoking either cigarettes or cigars can cause respiratory problems, lung cancer, emphysema, heart problems, and peripheral vascular disease. In fact, smoking is the largest preventable cause of premature death and disability. Cigarette smoking kills at least 400,000 people in the United States each year and makes countless others ill, including those who are exposed to secondhand smoke. The use of smokeless tobacco is also associated with serious health problems.

Chewing tobacco can cause cancers of the oral cavity, pharynx, larynx, and esophagus. It also causes damage to gums that may lead to the loss of teeth. Although popular among sports figures, smokeless tobacco can also reduce physical performance.

The following activities, when used along with the magazine on nicotine, will help explain to students how these substances change the brain and the body.



33

Exhibit B

# Nicotine

## OBJECTIVE

✴ **The student will become more familiar with the neuroscience concepts and terminology associated with the effects of nicotine and tobacco products on the brain and body.**

## NICOTINE ACTIVITY ONE

The students will complete the Nicotine Word Find, and the teacher will then review the words and have the students discuss how the terms relate to tobacco use. A copy of the Word Search and Word Search Solution is included in the guide.

## OBJECTIVE

✴ **The student will understand that nicotine is a highly addictive drug and that once someone has become addicted, it is very difficult to stop smoking, even in the face of serious health consequences.**

## NICOTINE ACTIVITY TWO

The students will call local hospitals to obtain the names of physicians who provide treatment to people trying to stop their use of tobacco products. The students will then compose a letter to one or more of these physicians inviting them te come and speak to the class on the difficulties associated with quitting smoking or the use of other tobacco products. Prior to the visit by the physician, the students will prepare a list of questions that they would like to ask. These questions might include the following: 1) How many people succeed the first or even second time they try to stop smoking? 2) How many people try repeatedly to quit smoking without success? 3) Do people still smoke even when they have a life-threatening illness, such as heart disease or lung cancer?

## OBJECTIVE

✴ **The student will learn that cigarette smoke contains molecules that are deposited along the entire respiratory tract, including the lungs. These molecules not only turn the lungs and other parts of the respiratory system black, but they also cause cancers and other respiratory illnesses.**

## NICOTINE ACTIVITY THREE

The students will conduct the following experiment:

Materials needed: cigarette, transparent plastic syringe, cotton balls, matches or lighter

Fill the syringe with the cotton balls. Insert the end of the syringe onto the filter of the cigarette. Light the cigarette and pull back the plunger to draw smoke into the barrel of the syringe. Have the students watch the cotton balls turn black as the smoke particles are deposited. Discuss with the students what they have observed. Students might consider what the effects of smoking several cigarettes a day for many years would have on the lungs if only one cigarette can turn a cotton ball black.

Exhibit B



**WORD SEARCH**

| A | Z | W | S | A | M | E | S | Y | H | P | M | E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| R | O | T | P | E | C | E | R | Q | Y | I | N | P |
| R | E | S | L | O | L | J | G | T | R | I | E | N |
| B | N | I | A | R | B | U | O | D | L | P | U | M |
| L | R | Z | W | A | R | T | M | O | O | T | R | K |
| O | X | Q | A | D | E | I | H | P | R | Z | O | R |
| O | Q | A | R | W | O | C | C | A | B | O | T | N |
| D | S | E | D | E | L | D | G | M | R | F | R | O |
| S | Y | G | H | Y | U | I | J | I | K | I | A | I |
| T | X | P | T | C | C | L | V | N | J | B | N | T |
| R | N | E | I | M | A | R | T | E | Y | I | S | C |
| E | C | Q | W | O | Z | C | D | O | P | M | M | I |
| A | D | D | R | Y | C | T | A | R | E | N | I | D |
| M | O | T | K | Z | Q | P | O | N | A | T | T | D |
| N | E | T | T | E | R | A | G | I | C | W | T | A |
| G | E | U | N | I | C | O | T | I | N | E | E | L |
| A | L | S | G | N | I | K | O | M | S | I | R | R |

EMPHYSEMA        SMOKING          BRAIN

NEUROTRANSMITTER WITHDRAWAL       BLOODSTREAM

CIGAR            CIGARETTE        RECEPTOR

DOPAMINE         CANCER           NICOTINE

ADDICTION        DRUG             TOBACCO

REWARD           ACETYLCHOLINE

35



**WORD SEARCH**

| A | Z | W | S | A | M | E | S | Y | H | P | M | E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| R | O | T | P | E | C | E | R | Q | Y | I | N | P |
| R | E | S | L | O | L | J | G | T | R | I | E | N |
| B | E | I | A | R | B | U | O | D | L | P | U | M |
| L | R | Z | W | A | R | T | M | O | O | T | R | K |
| O | X | Q | A | D | E | I | H | P | R | Z | O | R |
| O | Q | A | R | W | O | C | C | A | B | O | T | N |
| D | S | E | D | E | L | D | G | M | R | F | R | O |
| S | Y | G | H | Y | U | I | J | I | K | I | A | I |
| T | X | P | T | C | L | V | N | J | B | N | T | T |
| R | N | E | I | M | A | R | T | E | Y | I | S | C |
| E | C | Q | W | O | Z | C | D | O | P | M | M | I |
| A | D | D | R | Y | C | T | A | R | E | N | I | D |
| M | O | T | K | Z | Q | P | O | N | A | T | T | D |
| N | E | T | T | E | R | A | G | I | C | W | T | A |
| G | E | U | N | I | C | O | T | I | N | E | E | L |
| A | L | S | G | N | I | K | O | M | S | I | R | R |

| EMPHYSEMA | SMOKING | BRAIN |
|---|---|---|
| NEUROTRANSMITTER | WITHDRAWAL | BLOODSTREAM |
| CIGAR | CIGARETTE | RECEPTOR |
| DOPAMINE | CANCER | NICOTINE |
| ADDICTION | DRUG | TOBACCO |
| REWARD | ACETYLCHOLINE | |



Exhibit B

# Methamphetamine

## MECHANISM OF ACTION

## BACKGROUND

Methamphetamine is an addictive drug that belongs to a class of drugs known as stimulants. This class also includes cocaine, caffeine, and other drugs. Methamphetamine is made illegally with relatively inexpensive over-the-counter ingredients. Many of the ingredients that are used to produce methamphetamine, such as drain cleaner, battery acid, and antifreeze, are extremely dangerous. The rapid proliferation of "basement" laboratories for the production of methamphetamine has led to a widespread problem in many communities in the U.S.

Methamphetamine has many effects in the brain and body. Short-term effects can include increased wakefulness, increased physical activity, decreased appetite, increased respiration, hyperthermia, irritability, tremors, convulsions, and aggressiveness. Hyperthermia and convulsions can result in death. Single doses of methamphetamine have also been shown to cause damage to nerve terminals in studies with animals. Long-term effects can include addiction, stroke, violent behavior, anxiety, confusion, paranoia, auditory hallucinations, mood disturbances, and delusions. Long-term use can also cause damage to dopamine neurons that persists long after the drug has been discontinued.

Methamphetamine acts on the pleasure circuit in the brain by altering the levels of certain neurotransmitters present in the synapse. Chemically, methamphetamine is closely related to amphetamine, but its effects on the central nervous system are greater than those of amphetamine.

Methamphetamine is also chemically similar to dopamine and another neurotransmitter, norepinephrine. It produces its effects by causing dopamine and norepinephrine to be released into the synapse in several areas of the brain, including the nucleus accumbens, prefrontal cortex, and the striatum, a brain area involved in movement. Specifically, methamphetamine enters nerve terminals by passing directly through nerve cell membranes. It is also carried into the nerve terminals by transporter molecules that normally carry dopamine or norepinephrine from the synapse back into the nerve terminal. Once in the nerve terminal, methamphetamine enters dopamine and norepinephrine containing vesicles and causes the release of these neurotransmitters. Enzymes in the cell normally chew up excess dopamine and norepinephrine; however, methamphetamine blocks this breakdown. The excess neurotransmitters are then carried by transporter molecules out of the neuron and into the synapse. Once in the synapse, the high concentration of dopamine causes feelings of pleasure and euphoria. The excess norepinephrine may be responsible for the alertness and anti-fatigue effects of methamphetamine.

Methamphetamine can also affect the brain in other ways. For example, it can cause cerebral edema, brain hemorrhage, paranoia, and hallucinations. Some of the effects of methamphetamine on the brain may be long-lasting and even permanent. Recent research in humans has shown that even three years after chronic methamphetamine users have discontinued use of the drug there is still a reduction in their ability to transport dopamine back into neurons. This clearly demonstrates that there is a long-lasting impairment in

# Methamphetamine

dopamine function as a result of drug use. This is highly significant because dopamine has a major role in many brain functions, including experiences of pleasure, mood, and movement. In these same studies, researchers compared the damage to the dopamine system of methamphetamine users to that seen in patients with Parkinson's disease. Parkinson's disease is characterized by a progressive loss of dopamine neurons in brain regions that are involved in movement. Although the damage to the dopamine system was greater in the Parkinson's patients, the brains of former methamphetamine users showed similar patterns to that seen in Parkinson's disease. Scientists now believe that the damage to the dopamine system from long-term methamphetamine use may lead to symptoms of Parkinson's disease. (It should be noted that Parkinson's disease itself is not caused by drug use.) In support of this, research with laboratory animals has demonstrated that exposure to a single, high-dose of methamphetamine or prolonged exposure at low doses destroys up to fifty

percent of the dopamine-producing neurons in certain parts of the brain.

Methamphetamine also has widespread effects on other parts of the body. It can cause high blood pressure, arrhythmias, chest pain, shortness of breath, nausea, vomiting, and diarrhea. It can also increase body temperature, which can be lethal in overdose situations.

The following activities, when used along with the magazine on methamphetamine, will help explain to students how this substance changes the brain and the body.

39


Exhibit B

# Methamphetamine

## OBJECTIVE

★ The student will become more familiar with the neuroscience concepts and terminology associated with the effects of methamphetamine on the brain and body.

## OBJECTIVE

★ The student will become familiar with how methamphetamine changes brain functioning and the potential long-term implications of these changes.

## OBJECTIVE

★ The student will learn more about how methamphetamine and other drugs change the way the brain works.

## METHAMPHETAMINE ACTIVITY ONE

The students will complete the methamphetamine Word Search. The teacher will then review the words and have the students discuss how the terms relate to methamphetamine abuse. A copy of the Word Search and Word Search Solution is included in the guide.

## METHAMPHETAMINE ACTIVITY TWO

Review the effects of methamphetamine on the brain, paying particular attention to its effects on the neurotransmitter dopamine. Have students break into small groups. Ask each group to write and perform a play that demonstrates how methamphetamine changes the normal functioning of neurons that contain dopamine. Discuss with students how these changes can result in long-term impairment of dopamine function and the implications of this impairment (e.g., inability to feel pleasure, symptoms of Parkinson's Disease).

## METHAMPHETAMINE ACTIVITY THREE

Review with students the function of various brain areas (e.g., amygdala, hippocampus, cerebellum, etc.). Have students break into small groups and assign each group one brain area. Ask the students to discuss how methamphetamine or other drugs might affect their brain area. Then have students discuss the function of this brain area and how changing it through drug use might change how a person feels, acts, remembers, learns, etc. Have each group present a summary of their discussions to the entire class. For extra credit, have students discuss and present how brain imaging techniques (such as PET, or Positron Emission Tomography) help researchers to examine how drugs act in the brains of living human subjects.

40

Exhibit B

# Methamphetamine

**WORD SEARCH**

| M | N | R | O | E | T | T | N | A | L | U | M | I | T | S |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| F | E | O | L | A | Q | P | N | Z | L | N | O | N | T | N |
| E | U | T | G | N | S | O | F | T | E | I | O | J | U | O |
| P | R | P | H | I | X | R | O | U | M | N | Y | E | G | I |
| W | O | E | L | A | J | E | R | E | I | O | K | C | A | T |
| Q | T | C | T | R | M | O | S | N | H | T | R | T | W | A |
| U | R | E | A | B | N | P | O | I | D | O | A | E | S | N |
| P | A | R | V | A | A | A | H | O | I | R | S | D | M | I |
| M | N | Y | Z | N | L | R | P | E | D | E | E | P | S | C |
| F | S | O | Y | E | O | A | L | A | T | S | Y | R | C | U |
| E | M | S | B | U | M | N | I | R | K | A | V | T | I | L |
| T | I | L | T | I | I | O | N | T | L | P | M | U | U | L |
| G | T | G | N | R | T | I | C | E | A | G | G | I | S | A |
| B | T | E | P | O | O | A | S | I | H | V | U | B | N | H |
| J | E | F | E | N | P | K | W | H | C | X | R | Q | B | E |
| C | R | A | S | H | N | I | E | T | I | R | D | N | E | D |

| | | |
|---|---|---|
| **Methamphetamine** | **Neurotransmitter** | **Neuron** |
| **Crystal** | **Axon** | **Stroke** |
| **Speed** | **Receptor** | **Dendrite** |
| **Paranoia** | **Crash** | **Drug** |
| **Dopamine** | **Hallucinations** | **Ice** |
| **Synapse** | **Serotonin** | **Chalk** |
| **Stimulant** | **PET** | **Injected** |
| **Brain** | | |

41

Exhibit B



# Methamphetamine

**WORD SEARCH**

**SOLUTION**



| Methamphetamine | Neurotransmitter | Neuron |
|---|---|---|
| Crystal | Axon | Stroke |
| Speed | Receptor | Dendrite |
| Paranoia | Crash | Drug |
| Dopamine | Hallucinations | Ice |
| Synapse | Serotonin | Chalk |
| Stimulant | PET | Injected |
| Brain | | |

Exhibit B

# General

## OBJECTIVES

✳ **The student will learn the names of the lobes, cortical areas, and structures in the brain.**

✳ **The student will learn the specific brain areas and structures affected by drug use.**

## UNIFYING ACTIVITY

Students will use reference materials to create three brain maps: one which shows the different regions of the brain, one which shows the areas within the cortex, and one which displays different brain structures. For all of the drugs discussed, students will "mark" their maps (for example, using stickers or colored markers) to specify the areas affected by substance use. [Note: If materials such as molding clay or plaster are available, have groups of students also create three-dimensional brain models, and use small, separate strands of Christmas lights to "mark" the areas affected by drug use.]

43



Exhibit B

# Resources

**National Institute on Drug Abuse**
301-443-6245
http://www.drugabuse.gov

**National Clearinghouse for Alcohol and Drug Information**
1-800-729-6686 or 1-800-487-4889 (TDD)
http://www.health.org

**Office of Science Education**
**National Institutes of Health**
301-402-2828

**Society for Neuroscience**
**Education Program**
202-462-6688
http://www.sfn.org



## Internet Sites

**National Institute on Drug Abuse**
http://www.drugabuse.gov
http://teens.drugabuse.gov
This site contains information on drugs of abuse, NIDA publications and communications, agency events, and links to other drug-related Internet sites.

**Sara's Quest**
http://www.sarasquest.org
Join Sara Bellum as she explores how drugs affect the brain. This site features questions related to the Mind Over Matter materials. Students can join Sara's Quest Club and receive a free poster.

**National Clearinghouse for Alcohol and Drug Information**
http://www.health.org
This site includes information on publications, calendars, and related Internet sites, as well as a youth site.

**Office of Science Education**
**National Institutes of Health**
http://science-education.nih.gov
This site provides a "one-stop shopping service" for people looking for information from the National Institutes of Health. It contains sections for teachers, students, and the public.

**Neuroscience for Kids**
http://faculty.washington.edu/chudler/introb.html
This site includes answers to commonly asked questions about the brain and neuroscience, with information on brain and spinal cord anatomy and physiology, neurotransmission, and the effects of specific drugs on the nervous system.

**Dana Alliance for Brain Initiatives**
http://www.dana.org/brainweb
This site includes resources for people interested in brain diseases and disorders, with specific sections devoted to alcohol and drug abuse.

**Society for Neuroscience Brain Briefings**
http://www.sfn.org/briefings
This site provides access to Society for Neuroscience publications covering topics such as addiction, opiate receptors, and the effects of various drugs on the brain and behavior.

**Society for Neuroscience Brain Backgrounders**
http://www.sfn.org/backgrounders/
This site provides an online series of articles that answer basic neuroscience questions.

**National Families in Action Online**
http://www.nationalfamilies.org
This site includes the latest scientific information about the effects of drugs on the brain and body, and allows the visitor to ask neuroscience experts questions about drugs.

**Neurosciences on the Internet**
http://www.neuroguide.com
This site includes information on basic neurosciences, including recent journal articles that discuss drugs of abuse.

**Wisconsin/Michigan State Brain Collections**
http://www.neurophys.wisc.edu
This site includes a visual tour of photos and brain sections of mammalian brains, with related information on brain anatomy, brain functions, and neuroanatomy.

**Eisenhower National Clearinghouse**
http://www.enc.org/
This site provides a source of published materials for K-12 math and science teachers.

**Brain Anatomy**
http://www.exploratorium.edu/memory/braindissection/index.html
This site provides images of a sheep brain dissection.

**Science in the News**
http://whyfiles.org/
This site provides articles on science items that have been in the news. Several articles on nicotine addiction can be found through the Search button.



44

# Reading List

**Brain Facts: A primer on the Brain and Nervous System, Society for Neuroscience, 1993.**

**How your Brain Works, by Anne D. Novitt-Morino, M.D., Ziff-Davis Press, 1995.**

**Explorations in Neuroscience for Children and Adults, Baylor College of Medicine, WOW Publications, Inc., 1997.**

45



# Resources

**National Institute on Drug Abuse**
301-443-6245
http://www.drugabuse.gov

**National Clearinghouse for Alcohol and Drug Information**
1-800-729-6686 or 1-800-487-4889 (TDD)
http://www.health.org

**Office of Science Education**
**National Institutes of Health**
301-402-2828

**Society for Neuroscience**
**Education Program**
202-462-6688
http://www.sfn.org



## Internet Sites

**National Institute on Drug Abuse**
http://www.drugabuse.gov
http://teens.drugabuse.gov
> This site contains information on drugs of abuse, NIDA publications and communications, agency events, and links to other drug-related Internet sites.



**Sara's Quest**
http://www.sarasquest.org
> Join Sara Bellum as she explores how drugs affect the brain. This site features questions related to the Mind Over Matter materials. Students can join Sara's Quest Club and receive a free poster.

**National Clearinghouse for Alcohol and Drug Information**
http://www.health.org
> This site includes information on publications, calendars, and related Internet sites, as well as a youth site.

**Office of Science Education**
**National Institutes of Health**
http://science-education.nih.gov
> This site provides a "one-step shopping service" for people looking for information from the National Institutes of Health. It contains sections for teachers, students, and the public.

**Neuroscience for Kids**
http://faculty.washington.edu/chudler/introb.html
> This site includes answers to commonly asked questions about the brain and neuroscience, with information on brain and spinal cord anatomy and physiology, neurotransmission, and the effects of specific drugs on the nervous system.

**Dana Alliance for Brain Initiatives**
http://www.dana.org/brainweb
> This site includes resources for people interested in brain diseases and disorders, with specific sections devoted to alcohol and drug abuse.

**Society for Neuroscience Brain Briefings**
http://www.sfn.org/briefings
> This site provides access to Society for Neuroscience publications covering topics such as addiction, opiate receptors, and the effects of various drugs on the brain and behavior.

**Society for Neuroscience Brain Backgrounders**
http://www.sfn.org/backgrounders/
> This site provides an online series of articles that answer basic neuroscience questions.

**National Families in Action Online**
http://www.nationalfamilies.org
> This site includes the latest scientific information about the effects of drugs on the brain and body, and allows the visitor to ask neuroscience experts questions about drugs.

**Neurosciences on the Internet**
http://www.neuroguide.com
> This site includes information on basic neurosciences, including recent journal articles that discuss drugs of abuse.

**Wisconsin/Michigan State Brain Collections**
http://www.neurophys.wisc.edu
> This site includes a visual tour of photos and brain sections of mammalian brains, with related information on brain anatomy, brain functions, and neuroanatomy.

**Eisenhower National Clearinghouse**
http://www.enc.org/
> This site provides a source of published materials for K-12 math and science teachers.

**Brain Anatomy**
http://www.exploratorium.edu/memory/braindissection/index.html
> This site provides images of a sheep brain dissection.

**Science in the News**
http://whyfiles.org/
> This site provides articles on science items that have been in the news. Several articles on nicotine addiction can be found through the Search button.



44

Exhibit B

# Reading List

**Brain Facts: A primer on the Brain and Nervous System,** Society for Neuroscience, 1993.

**How your Brain Works, by** Anne D. Novitt-Morino, M.D., Ziff-Davis Press, 1995.

**Explorations in Neuroscience for Children and Adults,** Baylor College of Medicine, WOW Publications, Inc., 1997.

45



Exhibit B



# Figure 1

Cerebral
hemisphere

Midbrain

Diencephalon

Cerebellum

Brainstem

Spinal
cord

Exhibit B



**Figure 2**

Cerebral Cortex

Midbrain

Thalamus

Cerebellum

Hypothalamus

Amygdala

Brainstem

Hippocampus

Spinal Cord



**Figure 3**

**Parietal lobe:** concerned with the reception and processing of sensory information from the body

**Frontal lobe:** having to do with decision making, problem solving, and planning

**Temporal lobe:** having to do with memory, emotion, hearing, and language

**Occipital lobe:** concerned with vision

Exhibit B



Figure 4

NEURON

Exhibit B

# Figure 5



**AXON TERMINAL**

Nerve impulse

Axon

Vesicle

Synapse

Transporter Molecule

Dendrite of receiving neuron

Neurotransmitters        Receptor molecules

**POST-SYNAPTIC NEURON**

*Exhibit B*



Exhibit B



**Figure 7**

TRANSMITTING
NEURON

Vesicles
Containing
Dopamine

Dopamine
Transporter
Functioning
Normally

**SYNAPSE**

Dopamine
Transporter
Blocked
By Cocaine

Dopamine
Receptors

Cocaine     **RECEIVING NEURON**

Exhibit B



**www.sarasquest.org**

This site features questions related to the Mind Over Matter materials. Students can join Sara's Quest Club and receive free posters.

Exhibit B



**NIDA**
**NATIONAL INSTITUTE**
**ON DRUG ABUSE**

**NIH**
**P**UBLICATION **N**O.
05-3592
**P**RINTED **D**ECEMBER 1997
**R**EPRINTED 1998, 2002
**R**EVISED **J**ANUARY 2000, **M**AY 2005.

Exhibit B

1              IN THE COURT OF COMMON PLEAS OF DELAWARE COUNTY
2                              PENNSYLVANIA
3
4                            CRIMINAL DIVISION
5
6        * * * * * * * * * * * * * * * *    No. 4150-05
7                                       *
8        COMMONWEALTH OF PENNSYLVANIA   *
9                                       *
10                  VS.                  *
11                                       *
12       SILAH HALL                      *
13                                       *
14       * * * * * * * * * * * * * * * *
15
16
17
18                    Media, PA, December 12, 2005
19
20                               ***
21
22                        Courtroom Number 2
23                               ***
24                    TRANSCRIPT OF PROCEEDINGS
25
26       BEFORE:   THE HONORABLE FRANK T. HAZEL
27
28                 DANIEL DONAHUE, ESQUIRE
29                 For the Commonwealth
30
31                 JAMES WRIGHT, ESQUIRE
32                 For the Defendant

Exhibit E

```
 1                              INDEX

 2

 3                  DIRECT CROSS REDIRECT  RECROSS

 4
 5    ON BEHALF OF THE COMMONWEALTH:
 6    [None]
 7
 8    ON BEHALF OF THE DEFENDANT:
 9    [None]
10
11                         EXHIBITS
12
13                              MARKED     ADMITTED
14    ON BEHALF OF THE COMMONWEALTH:
15    [None]
16
17
18    ON BEHALF OF THE DEFENDANT:
19    [None]
20
21
```

York Stenographic Services, Inc.
34 North George St., York, PA 17401 - (717) 854-0077

Exhibit E
Appendix A

```
 1                    P R O C E E D I N G S
 2                       December 12, 2005
 3   MR. DONAHUE:
 4            Commonwealth of Pennsylvania v. Silah Hall,
 5            transcript number 4150 of '05.  The Defendant
 6            is present and represented by counsel.
 7   MR. WRIGHT:
 8            Your Honor, James Wright here on behalf of
 9            this Defendant.  We have an open no-contest
10            plea to offer to this Court.
11   MR. DONAHUE:
12            Your Honor, the Defendant will be entering an
13            open no-contest plea to Information A,
14            burglary, counts one through four, all
15            felonies of the second degree.  In addition,
16            Your Honor, the Defendant is agreed to forfeit
17            the motor vehicle seized, a maroon Saab, and
18            pay restitution of $37,402 to [inaudible].
19   THE COURT:
20            Mr. Wright, are the terms of this plea as
21            stated by Mr. Donahue the terms to which you
22            and your client have agreed?
23   MR. WRIGHT:
24            Yes, Your Honor.
25   THE COURT:
```

Exhibit E

```
 1              Have you fully discussed the terms with him,

 2              and in your opinion, does he understand them?

 3    MR. WRIGHT:

 4              Yes, Your Honor.

 5    THE COURT:

 6              The Defendant may be sworn.

 7    COURT OFFICER:

 8              Place your right hand on the Bible.   Your

 9              right hand.   State your full name and spell

10              your last name.

11    MR. HALL:

12              Silah Hall, H-a-l-l.

13                              ***

14    [Witness sworn]

15                              ***

16    THE COURT:

17              Mr. Hall, you've heard the terms of the pleas

18              in these cases, have you not?

19    MR. HALL:

20              Yes, Your Honor.

21    THE COURT:

22              Do you understand and agree to those terms?

23    MR. HALL:

24              Yes, Your Honor.

25    THE COURT:
```

Exhibit E
Appendix A

| | |
|---|---|
| 1 | Before I explain to you the elements of the |
| 2 | crime that you're pleading guilty to, I want |
| 3 | you to understand the difference between a |
| 4 | plea of a plea of guilty and a plea of nolo |
| 5 | contendere.  In a plea of guilty, you admit to |
| 6 | doing what the Commonwealth says you did.  In |
| 7 | a plea of nolo contendere, you do not admit |
| 8 | doing what the Commonwealth says you did and |
| 9 | you simply do not contest it.  In criminal law |
| 10 | in terms of sentences, those pleas are |
| 11 | identical.  Do you understand that? |

12    MR. HALL:

13          Yes, sir.

14    THE COURT:

15          In order for you to be found guilty of the
16          offense of burglary on all four of the counts,
17          on each of the counts, the Commonwealth would
18          have to prove that you entered a certain
19          place, the place identified in the criminal
20          information, that that place was a building or
21          occupied structure -- an occupied structure is
22          any place adapted to the overnight
23          accommodation of people or for the carrying on
24          of business therein regardless of whether or
25          not anybody's present -- that you entered the

York Stenographic Services, Inc.

34 North George St., York, PA 17401 - (717) 854-0077

Exhibit E
Appendix A

| | |
|---|---|
| 1 | place with the intent to commit a crime. |
| 2 | What's the crime of theft?  What's a theft?  A |
| 3 | theft occurs when you take the movable |
| 4 | property of another from them without their |
| 5 | permission with the intent to permanently |
| 6 | deprive them of it.  And lastly, that at the |
| 7 | time you entered the place, it was neither |
| 8 | open to the public nor were you licensed and |
| 9 | privileged to enter.  Do you understand that? |
| 10 | MR. HALL: |
| 11 | Yes. |
| 12 | THE COURT: |
| 13 | Do you understand that each of these, all four |
| 14 | counts are felonies of the second degree and |
| 15 | for each you could go to jail for up to 10 |
| 16 | years and/or be fined $25,000? |
| 17 | MR. HALL: |
| 18 | Yes. |
| 19 | THE COURT: |
| 20 | Do you understand that the maximum sentences |
| 21 | as allowed by law can be imposed on each |
| 22 | offense and may run one after another, that |
| 23 | you could go to jail for up to 40 years and/or |
| 24 | be fined up to $100,000? |
| 25 | MR. HALL: |

York Stenographic Services, Inc.
34 North George St., York, PA 17401 - (717) 854-0077



```
 1              Yes.

 2      THE COURT:

 3              Factual basis?

 4      MR. DONAHUE:

 5              The Commonwealth offers the affidavit of

 6              probable cause.

 7      MR. WRIGHT:

 8              Agreed, Your Honor.

 9      THE COURT:

10              Sir, do you contest doing what the

11              Commonwealth says you did on April 8, 2005,

12              April 11, 2005, May 14, 2005, and 6/4 of '05

13              by committing the crime of burglary as I

14              defined it?

15      MR. HALL:

16              No, I don't.

17      THE COURT:

18              Have you read through, do you understand and

19              has your lawyer explained to your satisfaction

20              everything contained in this guilty plea

21              statement?

22      MR. HALL:

23              Yes.

24      THE COURT:

25              And have you answered everything in it
```

Exhibct E

1                    truthfully?

2        MR. HALL:

3                    Yes.

4        THE COURT:

5                    Any questions about what's in it?

6        MR. HALL:

7                    No.

8        THE COURT:

9                    Is that your signature on the last page?

10       MR. HALL:

11                   Yes, sir.  I had one question.

12       THE COURT:

13                   Okay.

14       MR. HALL:

15                   I wanted to make sure that the victim in the

16                   case was fully compensated as far as

17                   restitution, and I wasn't sure whether all of

18                   the offenses were included in that amount.  I

19                   just wanted to...

20       THE COURT:

21                   That's my understanding.  Is that right, sir?

22       MR. DONAHUE:

23                   That's my understanding.

24       THE COURT:

25                   So that restitution number includes all four



Exhibit E

```
1                       of the burglaries.  Is that right?

2       MR. DONAHUE:

3                       Yes, Your Honor.  As far as out-of-state

4                       cases, there were some allegations of out-of-

5                       state burglaries.  I can't answer that.

6       THE COURT:

7                       Oh, there's been someplace else?

8       MR. HALL:

9                       Yeah, but it's the same victim and they're in

10                      Pennsylvania so I figured I could...

11      THE COURT:

12                      Well, yeah, we only have jurisdiction over

13                      Pennsylvania cases, okay?

14      MR. HALL:

15                      Okay.

16      THE COURT:

17                      Any other questions?

18      MR. HALL:

19                      No.

20      THE COURT:

21                      And is that your signature on the last page?

22      MR. HALL:

23                      Yes.

24      THE COURT:

25                      Counsel, have you fully advised your client of
```



Exhibit E

| | |
|---|---|
| 1 | the content and meaning of the guilty plea |
| 2 | statement, and in your opinion, are these |
| 3 | pleas knowing, voluntary and intelligent? |
| 4 | MR. WRIGHT: |
| 5 | Yes, Your Honor. |
| 6 | THE COURT: |
| 7 | I accept them as such [inaudible] the |
| 8 | appropriate criminal information evidencing |
| 9 | his pleas of nolo contendere.  The guilty plea |
| 10 | statement will become a part of the record. |
| 11 | MR. DONAHUE: |
| 12 | Move for sentencing, Your Honor. |
| 13 | THE COURT: |
| 14 | Tell me about your client. |
| 15 | MR. WRIGHT: |
| 16 | If I may, Your Honor, Your Honor, Mr. Hall is |
| 17 | 49 years of age.  He is married.  He has four |
| 18 | children from a prior relationship.  He also |
| 19 | resides with one of his wife's two children. |
| 20 | There had been a significant prior record.  My |
| 21 | client had been incarcerated following a |
| 22 | lengthy substance abuse history.  He was |
| 23 | released from court programs in approximately |
| 24 | 1997, completing the key program and the crest |
| 25 | program in the state of Delaware.  Since that |

York Stenographic Services, Inc.

34 North George St., York, PA 17401 - (717) 854-0077



1          time and up until this present incarceration,

2          he's had approximately seven years of sobriety

3          at which time he completed a bachelor's degree

4          as well as a master's degree, had successfully

5          petitioned the state of Delaware for a pardon

6          on some or all of his charges. The letter I

7          am looking at from the Office of the Governor,

8          Ruth Ann Miner, indicates there is a

9          recommendation for granting that pardon but

10          they were asking for some additional

11          information but the initial recommendation was

12          yes. Unfortunately, before he followed

13          through with that and before he pursued a

14          Wilmington College doctoral program, he did

15          relapse. The Court is aware from Dr.

16          Mechanic's report that there is a diagnosis of

17          hepatitis, two herniated discs for which my

18          client needed surgery back in December.

19          Subsequent to that, there had been narcotic

20          prescribed painkillers. At one point my

21          client had been prescribed interferon. It is

22          my client's belief, and it appears to be the

23          belief of Dr. Mechanic, that the interferon

24          caused my client to relapse into a depression,

25          a suicidal ideation, and as such and as a

York Stenographic Services, Inc.
34 North George St., York, PA 17401 - (717) 854-0077



1        result of such, my client then did take
2        OxyContin as well as heroin and then relapsed
3        into full-fledged criminal activity.  Before
4        that, however, during that seven years of
5        sobriety aside from getting his education and
6        getting his master's degree, my client had
7        worked up until the point of incarceration for
8        Gaudenzia, and they had actually placed him at
9        SCI Chester as a clinical supervisor.  The
10       interferon he believes had caused him some
11       problems, led him to spacing out at work and
12       he actually had been placed on medical leave
13       from that employment right before
14       incarceration.  While at the prison, he had
15       completed the PREP program.  He had worked at
16       the law library specifically and exclusively.
17       He had also actually just started teaching a
18       class.  Going back to Dr. Mechanic's report,
19       Dr. Mechanic believes that there is an organic
20       mood disorder with psychotic features duet to
21       the effects of interferon.  More specifically,
22       he does indicate that he believes that since
23       Silah is no longer taking interferon, that
24       relapse is unlikely and he specifically says
25       that he believes that this Defendant is less

York Stenographic Services, Inc.
34 North George St., York, PA 17401 - (717) 854-0077

Exhibit E

| | |
|---|---|
| 1 | likely to reoffend since he does seem to have |
| 2 | a gauge on what his situation is, and if he is |
| 3 | supervised, given drug screens, things of that |
| 4 | nature, that he does not appear to be a danger |
| 5 | to society.  Your Honor, I believe there's a |
| 6 | request for a significant amount of |
| 7 | restitution.  I would ask the Court to |
| 8 | consider waiving court costs and supervision |
| 9 | fees so that all monies can be paid toward |
| 10 | restitution.  There is an outstanding balance |
| 11 | of approximately $37,000 and change.  I am |
| 12 | asking the Court to consider a sentence of |
| 13 | eight months -- the guidelines start at nine |
| 14 | months -- based on Dr. Mechanic's report, |
| 15 | based on the psychological and psychiatric |
| 16 | which the Court have copies have.  I'm asking |
| 17 | for a sentence of eight months and any |
| 18 | additional period of consecutive court |
| 19 | supervision that the district attorney may |
| 20 | request. |
| 21 | THE COURT: |
| 22 | Mr. Hall, anything you care to add to what |
| 23 | your lawyer's told me? |
| 24 | MR. HALL: |
| 25 | Well, I mean, you're already familiar with my |

Exhibit E

| | |
|---|---|
| 1 | many letters that I've written to you about |
| 2 | the effect of the medication and I'm still |
| 3 | kind of ill from the hepatitis. I'm housed in |
| 4 | medical right now. And I kind of feel that |
| 5 | unless I can get in a position to get some |
| 6 | kind of realistic treatment pretty soon, I'm |
| 7 | going to start having some severe problems, so |
| 8 | I would just hope that the Court would take |
| 9 | that into consideration, and I guess further, |
| 10 | other than the opportunity to get back out and |
| 11 | try to get my health together and then also to |
| 12 | try to find employment. You know, its' really |
| 13 | troubling to me that I got back in this |
| 14 | situation and created all this problems |
| 15 | regardless of what the catalyst may have been, |
| 16 | and I just feel strongly that I should |
| 17 | compensate the victim, and you know, I don't |
| 18 | know if -- I'm being told that it's outside |
| 19 | the jurisdiction but it is one store, and if I |
| 20 | could just maybe make -- if the restitution |
| 21 | could include making sure that the other acts |
| 22 | were also covered. I would appreciate that |
| 23 | because it would -- you know, part of recovery |
| 24 | is clearing your conscience. |
| 25 | THE COURT: |

Exhibit E
Appendix A

```
1                    Is that restitution number for just the
2                    offenses that I have?
3         MR. DONAHUE:
4                    My understanding, Your Honor, is it's for
5                    both, both states, here and in Delaware.  I
6                    can't -- it's not all itemized but that's my
7                    understanding.
8         THE COURT:
9                    Let's have the sentencing sheet reflect as --
10                   what state were the other...
11        MR. DONAHUE:
12                   Delaware.
13        THE COURT:
14                   For offenses in Pennsylvania and Delaware.  If
15                   we're wrong, somebody can tell me that.
16        MR. HALL:
17                   Thank you.
18        MR. DONAHUE:
19                   Your Honor, my only concern with that, that
20                   won't in any way affect prosecuting case in
21                   Delaware.
22        THE COURT:
23                   No, I've ordered restitution, unless
24                   [inaudible].  All right.  Sentencing on
25                   Information 4150-A, count one, burglary, eight
```



Exhibit E

| | |
|---|---|
| 1 | to 24 months minus a day, to George Hill, |
| 2 | followed by 36 months of county probation.  On |
| 3 | counts two, three and four, the identical |
| 4 | sentences to run concurrently one with the |
| 5 | other.  We order outpatient treatment for drug |
| 6 | and alcohol abuse.  We order urine screens as |
| 7 | -- drug and alcohol screens as requested by |
| 8 | the Department of Adult Probation and Parole. |
| 9 | The motor vehicle in question is forfeited to |
| 10 | the Commonwealth of Pennsylvania, restitution |
| 11 | $37,402 to Joseph A. Banks for both the |
| 12 | Pennsylvania and Delaware offenses.  The court |
| 13 | costs and supervision fees are waived.  These |
| 14 | sentences have been imposed giving due regard |
| 15 | to the nature and seriousness of the offenses, |
| 16 | the Defendant's age, educational, familial, |
| 17 | marital and employment status as identified |
| 18 | for me by counsel.  We've taken into account |
| 19 | the comments of the Defendant, defense |
| 20 | counsel, the Commonwealth of Pennsylvania and |
| 21 | the Pennsylvania sentencing guidelines.  We've |
| 22 | taken into account as well the report of |
| 23 | Steven Mechanic in this matter.  We've taken |
| 24 | into account the psychiatric evaluation. |
| 25 | We've taken into account the psychological |

Exhibit E

| | |
|---|---|
| 1 | evaluation that has been performed in these |
| 2 | cases, all three of which the Court read with |
| 3 | interest, especially Dr. Mechanic.  His report |
| 4 | seems to indicate that although he believes |
| 5 | that the use of drugs in question do not |
| 6 | constitute an defense of the criminal charges, |
| 7 | he does believe that the mood disorder -- the |
| 8 | discontinuance of interferon substantially |
| 9 | reduces the likelihood the Defendant will |
| 10 | reoffend.  It looks to me like it was a |
| 11 | combination of the interferon and drugs which |
| 12 | resulted in all of this.   It's for all of |
| 13 | these reasons that these sentences have been |
| 14 | imposed.  Sir, have you read, do you |
| 15 | understand and has your lawyer explained to |
| 16 | your satisfaction everything contained in the |
| 17 | statement of post-sentence rights document? |

18   MR. HALL:

19         Yes, sir.

20   THE COURT:

21         Do you understand your post-sentence rights?

22   MR. HALL:

23         Yes, sir.

24   THE COURT:

25         Any questions about them?

```
 1     MR. HALL:

 2              No, sir.

 3     THE COURT:

 4              Is that your signature on the last page?

 5     MR. HALL:

 6              Yes, sir.

 7     THE COURT:

 8              Counsel, have you fully advised your client of

 9              the content and meaning in the statement of

10              post-sentence rights document and are you

11              satisfied your client understands the post-

12              sentence rights?

13     MR. WRIGHT:

14              Yes, Your Honor.

15     THE COURT:

16              The statement of post-sentence rights

17              documents may be marked [inaudible] and made

18              part of the record.  Good luck to you, Mr.

19              Hall.

20     MR. HALL:

21              Thank you, Your Honor.

22     THE COURT:

23              You're a bright guy and I hope you make some

24              use of the gray matter that you're blessed

25              with and you lead a productive life.  Of
```

Exhibit E
Appendix A

1                    course, we're going to miss your filings.  I

2                    found them to be interesting.

3      MR. HALL:

4                    Can you use a clerk?

5      THE COURT:

6                    Huh?

7      MR. HALL:

8                    Can you use a clerk?

9      THE COURT:

10                   Yeah, I looked at them.  Actually they were

11                   pretty well written things.  If I need a

12                   clerk...

13     MR. HALL:

14                   I could be supervised really easily.

15     THE COURT:

16                   Can you?  Yeah, okay.  When I get rid of the

17                   clerk I have, you'll be the first -- well,

18                   you'll be the second guy I call.  The first

19                   guy will be your parole officer.

20     MR. HALL:

21                   All right.  Thank you.

22     THE COURT:

23                   Good luck to you.  We're going to recess for

24                   lunch [inaudible] 2:30.

25     MR. DONAHUE:

Exhibit E
Appendix A

```
 1               Your Honor, before we break, on the sentencing
 2               sheet it says the amount and it says for
 3               offense in Pa. and Delaware.
 4    THE COURT:
 5               For Joseph A. Banks.
 6    MR. DONAHUE:
 7               My concern with that, Your Honor, is that if
 8               there is more in Delaware that we don't know
 9               about, is that going to preclude...
10    THE COURT:
11               Well, it wouldn't make much sense, would it,
12               for me to order restitution on cases that
13               occurred after this date.
14    MR. DONAHUE:
15               No, I mean cases that have already occurred.
16    THE COURT:
17               Well, how many in Delaware that you know
18               about?
19    MR. DONAHUE:
20               I believe there are two or three in Delaware,
21               and I don't know if charges have been brought
22               yet.
23    THE COURT:
24               Well, put down restitution for cases commenced
25               as of the date of this sentence.  If there's
```

Exhibit E

```
1                   cases commenced outside the date of sentence,

2                   then [inaudible].

3      MR. DONAHUE:

4                   Okay.  I mean, the way I'm reading it, the way

5                   I understood it is, Mr. Hall wanted to commit

6                   to a possibility of restitution beyond what's

7                   been ordered.

8      THE COURT:

9                   Well, I don't know what he wants to commit to.

10     MR. DONAHUE:

11                  Okay, but -- okay.

12     THE COURT:

13                  What Mr. Hall wants to commit to and what he

14                  commits to are things outside of my world.

15     MR. DONAHUE:

16                  But I feel like this may potentially reduce

17                  the amount of restitution.

18     THE COURT:

19                  Well, you know, Banks can't have it both ways.

20                  I mean, the number that you gave me is the

21                  Pennsylvania and Delaware cases heretofore,

22                  right?  So I gave it to him.

23     MR. DONAHUE:

24                  I believe so.

25     THE COURT:
```

Exhibit E

1              Now, with all due respect to Banks, I don't

2              want Banks coming back and whacking this guy

3              in Delaware for restitution he's already paid.

4              If you can figure out a way you want me to say

5              it to protect your interests, I'll do it.   But

6              if that number does include Delaware offenses,

7              I want to make sure he doesn't get hit twice

8              for that.   Maybe if you can find out the

9              dates, we can amend the sentencing sheet and

10             that will solve the problem.   Okay?

11    MR. DONAHUE:

12             Thank you, Your Honor.

13

14

15    [End of Proceeding]

16

York Stenographic Services, Inc.
34 North George St., York, PA 17401 - (717) 854-0077

Exhibit E

```
1                    C E R T I F I C A T E
2          I, Francis J. Dujmic, hereby certify that the
3     proceedings and evidence are contained fully and
4     accurately on multitrack reel-to-reel tape; that the
5     tape was reduced to typewriting by my direction; and
6     that this is a correct transcript of the same.
7
8                    _____
9                    Francis J. Dujmic, Administrator
10                   Court Reporters
11
12         YORK STENOGRAPHIC SERVICES, INC., hereby certifies
13    that the attached pages represent an accurate transcript
14    of the electronic sound recording of the proceedings in
15    the Court of Common Pleas of Delaware County,
16    Pennsylvania, in the matter of:
17
18
19                    COMMONWEALTH OF PENNSYLVANIA
20
21                              vs.
22
23                         SILAH HALL
24
25                        #CR-4150-05
26
27
28                    BY:
29
30
31
32                    Florence E. Blantz
33                    Transcriber for
34                    York Stenographic Services, Inc.
35
36         The foregoing record of the proceedings upon the
37    hearing of the above cause is hereby approved and
38    directed to be filed.
39
40                    _____
41                                           Judge
42
```

York Stenographic Services, Inc.
34 North George St., York, PA 17401 - (717) 854-0077



In the Court of Common Pleas of Delaware County, Pennsylvania

```
PROBATION DEPT OF                           :
DELAWARE COUNTY                             :
                                            :   Civil Action No.
versus                                      :      06-860682
                                            :
                                            :
                                            :
                                            :
                                            :
SALIH HALL                    06-860682     :
1230 PEARL ST                               :   Date of Birth
CECIL HALL                                  :    01/23/1956
WILMINGTON, DE    19801                     :
```

### Praecipe for Judgment

To the Office of Judicial Support (OJS Civil Division):

Enter Judgment, pursuant to 42 Pa. C.S. § 9728 (Act 1990-181), in favor of Plaintiff and against above named Defendant for monies due and owing as directed by the Court in Criminal Action No. 05-104150 in the sum of $38,337.50 for fines, costs, and restitution. (Note to Defendant: In order to have this judgment satisfied in full, you will also have to pay $21.00 to the Office of Judicial Support, representing OJS costs of $13.50 filing fee and $7.50 satisfaction fee.)

I certify, pursuant to the penalties of 18 Pa. C.S. § 4904 (unsworn falsification to authorities) that the above amounts are owing and due upon the Criminal Action the number of which appears above.

**FILED**
**APR 03 9:00 AM '06**
**OFFICE OF**
**JUDICIAL SUPPORT**
DELAWARE COUNTY, PA.

Date: 07/20/2006

DEBORAH L. GASTON, Director
Office of Judicial Support
201 W Front St.
Media, PA  19063

AND NOW, 04/03/2006, Judgment is entered as set forth above and Notice is given to the above named Defendant pursuant to Rule 236 of the Pennsylvania Rules of Civil Procedure.  ALL INQUIRIES CONCERNING THE ABOVE MUST BE DIRECTED TO THE OFFICE OF COURT FINANCIAL SERVICES, (610)891-4616, NOT THE OFFICE OF JUDICIAL SUPPORT!

(for OJS use only)

DEBORAH L. GASTON, Director
Office of Judicial Support
201 W Front St.
Media, PA  19063

# COPY

1          IN THE SUPERIOR COURT OF THE STATE OF DELAWARE
                IN AND FOR NEW CASTLE COUNTY

2

3    STATE OF DELAWARE,                 )   ID#   0506014139
                            N 3 1 2007  )
4              Plaintiff,               )

5         v.                            )
                                        )   IN#   05071591
6    CECIL L. HALL,                     )         05071592
                                        )
7              Defendant.               )
                                        )
8                                       )

9
                        - - - -

10
        BEFORE:   HONORABLE PEGGY L. ABLEMAN, J.

11
                        - - - -

12
        APPEARANCES:

13
                    ROBERT H. SURLES, ESQ.
14                  STEPHEN M. WALTHER, ESQ.
                    Deputy Attorneys General
15                    For the State

16                  DADE D. WERB, ESQ.
                      For the Defendant

17

18                      - - - -

19
                    SENTENCING TRANSCRIPT
20                  FRIDAY, DECEMBER 1, 2006

21

22          DENNEL J. NIEZGODA, RPR, CRR
            SUPERIOR COURT OFFICIAL REPORTERS
23      500 N. King Street - Wilmington, Delaware 19801
                    (302) 255-0560



1                               Friday, December 1, 2006
                                Courtroom No. 6C
2                               10:25 a.m.

3       PRESENT:

4            As noted.

5                    - - - - -

6            MR. SURLES:  Next, Your Honor, if we could

7       turn to item six, Cecil Hall.  Mr. Werb is present

8       for the defendant and Mr. Walther for the State.

9            THE COURT:  Mr. Werb, I have a copy of the

10      letter.  Did you get it already?

11           MR. WERB:  From Mr. Walther?

12           THE COURT:  I actually had neglected to

13      realize that he was represented by counsel.  I

14      cannot consider anything that he has filed pro se.

15           MR. WERB:  Your Honor, I've advised Mr. Hall

16      that I knew about this motion that he filed

17      previously.  He gave me a copy and I looked over it

18      and I advised him that I would not be filing on my

19      behalf.

20           THE COURT:  Because you have an obligation

21      to the Court.

22           MR. WERB:  Correct, Your Honor.  I had

23      talked to Mr. Hall about this during the case, that



1    prosecution in one state is not a bar for

2    prosecution in the State of Delaware.  And,

3    further, when I look at the transcript that he

4    provided me, the transcript led me to believe that

5    that was known.

6          THE COURT:  I read it.

7          MR. WERB:  The Court did acknowledge that

8    they had no jurisdiction over this and they didn't

9    bar prosecution in the State of Delaware.  It was

10   Mr. Hall who asked to pay the restitution and have

11   it ordered.  So I told Mr. Hall that and I said I

12   wouldn't be filing any motions, and Mr. Hall filed

13   that.  I don't know if he has any comments to the

14   Court about that.

15         THE COURT:  It's not to be considered, so

16   I'm not going to let him comment on it.  And I read

17   the transcript of the hearing and it's clear that

18   the Pennsylvania Court has no jurisdiction

19   whatsoever over our prosecutions in Delaware.  So

20   to the extent that they did say anything, which

21   they didn't -- but even if they had, they wouldn't

22   have any power to do that.  So the motion is

23   basically without any grounds or it's meritless.

1        MR. WERB:  And I've explained that to

2    Mr. Hall on several occasions.

3        We're here for sentencing.  The first order

4    of business, I guess, is the State's motion to

5    declare Mr. Hall a habitual offender.  Mr. Hall did

6    acknowledge that he was a habitual offender in the

7    plea agreement.  I've reviewed that motion and I

8    take no position.  So I don't know if the Court

9    wanted to grant that first before sentencing or at

10   sentencing.

11       THE COURT:  Because he has acknowledged it,

12   I'm going to go ahead and sign the Order and

13   declare him as a habitual offender.

14       MR. WERB:  Your Honor, I have had an

15   opportunity to review the presentence report.  I've

16   given a copy to Mr. Hall.  He's also reviewed that

17   document.  It shows that he's a male of 50 years of

18   age.  He's pled guilty before this Court to two

19   Burglary Third Degrees in reference to a Joseph

20   Banks burglary.

21       When you read this report, it's impressive

22   for Mr. Hall on some degree.  He has a college

23   degree.  He's pursuing a doctorate.  He's

1     currently employed at a Nissan dealership he

2     advises me. But prior to this he was a drug and

3     alcohol abuse counselor. I think the Court would

4     see on Page 3 that while he was employed at the

5     Colonial School District as a drug and alcohol

6     counselor, he was considered one of the best

7     alcohol counselors employed by their company.

8          It's a shame that we find Mr. Hall in this

9     situation that he's in here today because he,

10    obviously, did some good in the employment that he

11    was at before. But he relapsed. And he relapsed

12    because of the surgery that he had to his spine and

13    then he was diagnosed with hepatitis C and was

14    prescribed Interferon. And Your Honor also has the

15    report from Dr. Mechanick that outlines in great

16    deal what happened once he relapsed because of the

17    Interferon usage and it was affecting his chemical

18    balance in his brain and wasn't giving him the

19    ability to make the right decisions. I think

20    that's a very big mitigating factor in this case,

21    Your Honor, for the charges that he's pled guilty

22    to.

23          THE COURT: I'm just curious, did

1    Dr. Mechanick have any studies or scientific

2    literature to support his theory that Interferon is

3    a cause of criminal behavior?

4         MR. WERB:  Your Honor, Mr. Hall is just

5    giving me a report.

6         THE COURT:  I've never heard that before

7    ever.

8         MR. WERB:  I'll hand this to Mr. Walther

9    first and just let him peruse it, but it looks like

10    there has been a study that Mr. Hall has given me.

11    If I can hand that up to the Court.

12         Also I noted, Your Honor, which is, again,

13    surprising because for seven years Mr. Hall

14    apparently was drug free from his release from

15    prison and was recommended for a full Governor's

16    pardon in November of 2004, as is indicated on Page

17    3 of the bottom of the presentence report -- again,

18    it just seems that Mr. Hall has a lot to offer.

19    He's a bright man.  He, again, has his college

20    degree and is pursuing his doctorate.  And for

21    whatever reason here, he's relapsed and finds

22    himself in this position before the Court again.  I

23    find him to be an articulate, educated individual



| | |
|---|---|
| 1 | also and I just don't know how he's going to |
| 2 | convince the Court that in the future he's not |
| 3 | going to keep pursuing this. Hopefully, he'll |
| 4 | remain arrest free once this sentence is finished. |
| 5 | THE COURT: Mr. Walther. |
| 6 | MR. WALTHER: Your Honor, Mr. Hall is a |
| 7 | convict. He's conned the Colonial School District. |
| 8 | I mean, look at him today. Here he is, all dressed |
| 9 | up. He's a heroin addict. He's been a criminal |
| 10 | all his life. He has a 52-page rap sheet, |
| 11 | including burglary. He's got robbery in New |
| 12 | Jersey. He's got nine burglary convictions in |
| 13 | Pennsylvania. The thought that he is even having |
| 14 | any contact with somebody in the Colonial School |
| 15 | District while he's taking heroin -- |
| 16 | THE COURT: Scary. |
| 17 | MR. WALTHER: -- while he's burglarizing |
| 18 | stores not only in Delaware, but Pennsylvania, |
| 19 | boggles my mind. But he was able to con the |
| 20 | Colonial School District. He was even able to con |
| 21 | the Governor's Office with regard to his pardon. |
| 22 | And he attempted to con Your Honor. And I'm glad |
| 23 | Your Honor is on the bench today because Your Honor |

1        saw right through his pro se motion.  A clear

2        attempt on his part to deceive this Court, and he

3        was stupid enough to include the transcript from

4        the Court in Pennsylvania.  I don't think he's too

5        smart.  I think he thinks he's smart.  He is

6        articulate.  He showed up here today looking like

7        the image that he wants to portray to the Court,

8        which he has over the last 20 years of his life.

9                Your Honor, he pled to a couple burglaries.

10       I even threw in the burglary at Ferber's, a

11       burglary where I got his picture grabbing up fur

12       coats.  Everybody gives him a break.  He's had a

13       break.

14               If you look at Dr. Mechanick's -- that

15       portion in the presentence report where

16       Dr. Mechanick is talking about his mental status,

17       he says although he does have this problem, which

18       is clearly drug induced, his life is a series of

19       choices, choices to con people, choices to commit

20       crime and choices to cover it up.  Well, it's time

21       to end it.  He is in every sense of the word a

22       habitual offender, a career criminal.  I've been

23       prosecuting him forever.  Put him in jail, lock him

```
1        up so he can't get out and do it again.  And, for
2        God's sake, keep him away from kids.
3             THE COURT:  Do you have a specific
4        recommendation?
5             MR. WALTHER:  Your Honor, on the burglary
6        that I asked to be declared a habitual offender,
7        20 years.  I'll leave it to Your Honor's discretion
8        on the other one.
9             THE COURT:  Mr. Hall, do you have anything
10       to say to the Court before I sentence you?
11            THE DEFENDANT:  Yes, Your Honor.  I guess it
12       makes it a little difficult to come behind with
13       some sort of response.  But I guess considering my
14       record, I mean, I have -- I've basically been
15       incarcerated most of my whole life behind using
16       drugs.
17            It wasn't until I went through treatment for
18       the first time that I began to have some
19       understanding about my addiction.  And it was after
20       that opportunity for treatment that I had the
21       opportunity to get out of prison and for the first
22       time for the longest period in my entire life I
23       stayed out of prison, I was positive, I was doing
```

Exhibit F

| | |
|---|---|
| 1 | things. I went to school. I went and made an |
| 2 | attempt to get an education. And, yes, I am an |
| 3 | offender, a recovering person, and I've been |
| 4 | struggling to overcome that for some time. I was |
| 5 | doing very good. There was no con. I was before |
| 6 | the Governor's panel for a pardon because I was |
| 7 | working hard to try and turn my life around. |
| 8 | THE COURT: Well, you attempted to deceive |
| 9 | me. |
| 10 | THE DEFENDANT: Well, Your Honor, I don't |
| 11 | know that that's the case. What I did was file a |
| 12 | motion that basically says -- when I went to court |
| 13 | in Pennsylvania -- |
| 14 | THE COURT: Your lawyer told you that he |
| 15 | wouldn't file on your behalf because it was not |
| 16 | true. |
| 17 | THE DEFENDANT: Well, he told me that before |
| 18 | we got the transcript. And I still have a problem |
| 19 | with the interpretation of what that means in that |
| 20 | transcript because everything that was said in that |
| 21 | courtroom is not really present in that particular |
| 22 | transcript. But at the time of sentencing in that |
| 23 | courtroom I was under the impression that Delaware |

Exhibit E

1    was not pursuing charges against me.  I was under

2    the impression --

3              THE COURT:  Where did you get that

4    impression, Mr. Hall?

5              THE DEFENDANT:  Because I had a detainer

6    against me that was from Delaware that was

7    dismissed in Pennsylvania.  Pennsylvania had made

8    several efforts, contacted Delaware about the

9    detainer because I had filed a habeas corpus in

10   Pennsylvania about the detainer in the first place.

11   No one ever contacted -- it was said in court that

12   they were not going to pursue the Delaware charges.

13             So at the time I was trying to resolve all

14   the stuff because I had messed my life up again and

15   here I am facing courts again and I was trying to

16   resolve everything in one place in that courtroom.

17   And that's why I made the suggestion that we all

18   get together and resolve all the restitution for

19   both the Delaware and the Pennsylvania charges in

20   that courtroom.

21             THE COURT:  You knew you hadn't been

22   sentenced in Delaware.

23             THE DEFENDANT:  Well, I had no idea at that

exhibit

1       time.  When I came back to Delaware, it was

2       probably 30 days before I even became aware that I

3       had open charges in Delaware.

4               THE COURT:  Well, you knew what you had

5       done, didn't you?  You admitted it when you pled

6       guilty, didn't you?

7               THE DEFENDANT:  But I had correspondence

8       with the Governor's Office, with the Attorney

9       General's Office, with other people, and I've

10      extended copies of these studies showing about the

11      impact of Interferon.  I'm sure that you haven't

12      read the studies and you haven't taken a look at

13      what Interferon can possibly do to a person.

14              THE COURT:  Well, even your own psychiatrist

15      who investigated and evaluated you said it doesn't

16      excuse your criminal behavior.

17              THE DEFENDANT:  What I believe he was

18      saying, Your Honor, was that, yes, I could have

19      some intent -- and I admitted what I did wrong when

20      I first got locked up and at every other stage that

21      we've gone through this.

22              I'm a person that, yes, I've got in a lot of

23      trouble.  I've been through a lot of stuff.  And

1       for a period of time I had gotten my life together

2       and then all of a sudden I took a medication that

3       made me sick and caused me to go back through what

4       I had gone through.

5               Today I'm standing before the Court and it

6       appears that no one is understanding that the

7       medication -- the impact of the medication and it

8       is being looked at that I'm just conning people.

9       It's being looked at as if -- I mean, I didn't try

10      to do what I had to do when I got out of prison and

11      when I did other things that I was trying to do.

12      And the work that I was doing in the community was

13      good work.  I worked for Gaudenzia, I worked for

14      the prison system over in New Jersey, for CMS.  I

15      worked for Gateway Foundation inside the prison in

16      New Jersey.  I worked for Gaudenzia in Pennsylvania

17      and I worked in the school system.  I even had

18      developed some programs that I was trying to go

19      forward with to help with the problems of people

20      that get caught up in the drug lifestyle, the drug

21      criminal lifestyle.  But I got sick and the

22      medication caused me to relapse.

23              THE COURT:  To go into stores --

Appendix D Exhibit F

| | |
|---|---|
| 1 | THE DEFENDANT: Once I relapsed, Your |
| 2 | Honor -- I don't know what your understanding of |
| 3 | addiction is, but once I actually relapsed -- |
| 4 | THE COURT: You know what, I'm not going to |
| 5 | be lectured by you on addiction today, Mr. Hall. |
| 6 | I'm sorry, but I looked at your record. In fact, |
| 7 | I had to have somebody help me carry all these |
| 8 | files down here because it's so bad and so |
| 9 | involved. |
| 10 | THE DEFENDANT: I definitely understand it |
| 11 | is. |
| 12 | THE COURT: It's too bad you turned your |
| 13 | life around and then you did something really |
| 14 | stupid. And you showed the Court and the Attorney |
| 15 | General's Office that you really weren't changed; |
| 16 | that you were the same person that you were that's |
| 17 | reported in all of these files. I haven't seen the |
| 18 | photos. I remember reading about the crimes. I |
| 19 | remember how terrified people were. And, I'm |
| 20 | sorry, but I don't think the Interferon was the |
| 21 | reason that -- I don't even think Dr. Mechanick's |
| 22 | report says that that caused you to burglarize |
| 23 | Joseph Banks. |

1    THE DEFENDANT:   It caused relapse.

2    THE COURT:   Well, relapse is fine, but

3    relapse and burglary are not fine.  If you're going

4    to use drugs, then you're not going to steal and

5    hurt other people while you're doing it.  That's

6    the difference.   That's where I draw the line.

7    That's why drug use is bad, because it causes you

8    to do that kind of stuff.  But if you're going to

9    use drugs and you relapse, then you better not be

10   caught burglarizing in a store, hurting people and

11   taking things that don't belong to you.  That's the

12   difference.  If you want to sit in your house and

13   destroy your life, that's fine.  But not when you

14   start committing criminal acts.  That's where the

15   line gets drawn in Delaware, Pennsylvania and every

16   other state.

17   It's the sentence of the Court, Mr. Hall, on

18   the Burglary Third Degree -- I have an effective

19   date of October 27th.  Why would that be?  Was this

20   originally scheduled for a different sentencing?

21   MR. WERB:   It was rescheduled because of

22   this, for Mr. Hall to get the transcripts, Your

23   Honor.  He does have credit time, Your Honor.

1          THE CLERK:  Your Honor, he was incarcerated

2     from 8/3 to 8/16.

3          THE COURT:  With credit for 13 days, then.

4          On the Burglary in the Third Degree charge,

5     IN Number 05071591, effective December 1, 2006 you

6     are placed in the custody of the Department of

7     Corrections for ten years at Level V with credit

8     for 13 days.  And that's pursuant to 11 Delaware

9     Code, Section 4214(a).

10         And on the Burglary in the Third Degree, IN

11    Number 05071592, you are placed in the custody of

12    the Department of Corrections for two years at

13    Level V, suspended for two years at Level IV work

14    release, suspended after six months for the balance

15    at Level III.  Hold at Level V.

16         You are to have no contact with Joseph Banks

17    Clothiers or any other victims in this case, and no

18    contact with children in a teaching or counseling

19    position.  And I will order a substance abuse

20    evaluation and treatment.

21         (Whereupon, the proceedings concluded at

22    10:45 a.m.)

23

STATE OF DELAWARE:


NEW CASTLE COUNTY:



     I, DENNEL J. NIEZGODA, Official Court

Reporter of the Superior Court, State of Delaware,

do hereby certify that the foregoing is an accurate

transcript of the proceedings had, as reported by

me in the Superior Court of the State of Delaware,

in and for New Castle County, in the case therein

stated, as the same remains of record in the Office

of the Prothonotary at Wilmington, Delaware, and

that I am neither counsel nor kin to any party or

participant in said action nor interested in the

outcome thereof.


     WITNESS my hand this _____ day of

_____, 2007.




DENNEL J. NIEZGODA, RPR, CRR
DE CSR NO. 176-RPR





Faith Hall # 141
The Aussie Swetesian Center
life of Jacob Road
Smyrna DE 19977

Clerk of Court
United States District Court
Federal Building
844 King Street

# SEALED

# DOCUMENT