ORIGINAL

**IN THE UNITED STATES DISTRICT COURT**

0 7 —    0 9 2

**FOR THE DISTRICT OF DELAWARE**

FILED

JUN 19 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Salih Hall, Kenneth Smith, | ) | |
| And Lloyd Dixon, | ) | |
| Plaintiffs, | ) | |
| | ) | |
| Vs. | ) | C.A. No._____ |
| | ) | Jury Trial Demanded |
| Governor Ruth Ann | ) | |
| Minner, et. Al., | ) | |
| Defendants. | ) | |

**PLAINTIFFS MOTION FOR CERTIFICATION OF THEIR CIVIL ACTION AS
A CLASS ACTION PURSUANT TO RULE 23 OF THE FEDERAL RULES OF
CIVIL PROCEDURE**

**NOW COMES** Plaintiffs, pursuant to Rule 23 of the Federal Rules of Civil

Procedure, and moves this court for certification of the Plaintiffs civil complaint pursuant

to the Americans with Disabilities Act as a class action. Plaintiffs will submit the

following in support of this motion:

1.  Plaintiffs have filed a civil complaint under the Americans with Disabilities Act in

    this court alleging discrimination against minorities involved in the criminal

    justice system in the state of Delaware for crimes committed as a result of

    chemical dependency, and the disparity in which minorities and the poor are

    profiled to be inappropriate candidates for substance abuse treatment

    opportunities, denial of the same because of their minority and economic status,

    and the ultimate use of such prior convictions resulting from untreated disease as

    a basis for sentencing and imposition of legal status, as habitual offenders, when

    their disease was allowed to progress resulting in such convictions by the denial

or withholding of treatment while they have been wards of the state on the basis of discriminatory practices.

2. Plaintiffs move this court for certification of the attached complaint as a class action pursuant to rule 23(a), (c) and (d), of the Federal Rules of Civil Procedure because (1) the class of minorities directly impacted by the issues of the complaint are to numerous for joining of members to be practical, (2) the questions of law and fact are common to the entire class, (3) the claims of the representative parties are typical of the entire class; and (4) the representative parties will fairly and adequately protect the interests of the class.

3. Plaintiffs seek the appointment of competent and experienced counsel, familiar with class litigation, to assist the representatives and the class in maintaining the action, and in the preservation, and protection of the interest of all parties.

WHEREFORE, Plaintiffs submit prayer that, this court certify the attached complaint as a class action pursuant to Rule 23 of the Federal Rules of Civil Procedure and appoint counsel.

Dated: 6-13-07

Salih Hall #104141
Delaware Correctional Center
1181 Paddock Road
Smyrna, De 19977



Alvin Hall #174141
Delaware Correctional Center
1181 Paddock Road
Smyrna De 19977

Clerk of Court
United States District Court
Federal Building
844 King Street
Wilmington De 19801