IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SALIH HALL, KENNETH M. SMITH, and LLOYD DIXON, III, | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) Civil Action No. 07-392-SLR ) |
| GOVERNOR RUTH ANN MINNER, JOSEPH BEAU BIDEN, JAMES T. VAUGHN, CARL C. DANBERG, and RENATA HENRY, | ) ) ) ) ) ) |
| Defendants. | ) |

## ORDER

The three plaintiffs in this case, all who are presently incarcerated at the Delaware Correctional Center, have requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  (D.I. 1, 2, 3)  Consistent with 28 U.S.C. § 1915(a)(1) and (2), each plaintiff has submitted: (1) an affidavit stating that he has no assets with which to prepay the filing fee; and (2) a certified copy of his prison trust fund account statement for the six-month period immediately preceding the filing of the above-referenced complaint.  Based on the plaintiffs' submissions, the requests to proceed in forma pauperis (D.I. 1, 2, 3) are **GRANTED**.

Notwithstanding the above, pursuant to 28 U.S.C. § 1915(b)(1), the plaintiffs shall be assessed the filing fee of $350.00.  The plaintiffs are jointly and severally liable for the $350.00 filing fee.  The court has determined that the $350.00 filing fee shall be divided among the remaining plaintiffs.  Each plaintiff shall be required to pay either an initial partial filing of $24.29, **or** an initial partial filing fee of 20 percent (20%) of the

greater of his average monthly deposit or average monthly balance in the trust fund account.

IT IS HEREBY ORDERED that plaintiffs shall pay the $350.00 filing fee as follows:

**Salih Hall**, SBI #104141, shall, within thirty days from the date this order is sent, complete and return the attached authorization form allowing the agency having custody of him to forward an initial partial filing fee of **$24.29** and subsequent payments to the Clerk of the Court.

**Kenneth M. Smith,** SBI #193906, shall, within thirty days from the date this order is sent, complete and return the attached authorization form allowing the agency having custody of him to forward an initial partial filing fee of **$20.79** and subsequent payments to the Clerk of the Court.

**Lloyd Dixon, III**, SBI #122634, shall, within thirty days from the date this order is sent, complete and return the attached authorization form allowing the agency having custody of him to forward the initial partial filing fee of **$18.23** and subsequent payments to the Clerk of the Court.

**THE FAILURE OF ANY PLAINTIFF TO RETURN THE AUTHORIZATION FORM WITHIN 30 DAYS FROM THE DATE THIS ORDER IS SENT SHALL RESULT IN DISMISSAL OF THAT PLAINTIFF FROM THIS ACTION WITHOUT PREJUDICE AND POSSIBLE REAPPORTIONMENT OF THE FILING FEE AMONG THE REMAINING PLAINTIFFS. NOTWITHSTANDING ANY PAYMENT MADE OR REQUIRED, THE COURT SHALL DISMISS THE CASE IF THE COURT**

**DETERMINES THAT THE ACTION IS FRIVOLOUS OR MALICIOUS, FAILS TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED, OR SEEKS MONETARY RELIEF AGAINST A DEFENDANT WHO IS IMMUNE FROM SUCH RELIEF.**

Upon receipt of this order and the authorization forms, the Warden or other appropriate official at the Delaware Correctional Center having custody of each plaintiff shall be required to deduct the stated initial partial filing fee for each plaintiff as set forth in this order, from each plaintiff's trust account when such funds become available, and forward that amount to the Clerk of the Court. Thereafter, absent further order of the Court, each time that the balance in each plaintiff's trust account exceeds $10.00, the Warden or other appropriate official at Delaware Correctional Center, or at any prison at which each plaintiff is or may be incarcerated, shall be required to make monthly payments of 20 percent (20%) of the preceding month's income credited to the plaintiff's trust account and forward that amount to the Clerk of the Court until the $350.00 filing fee is paid in full.

DATED: 6/29/07

_____
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SALIH HALL, KENNETH M. SMITH, and LLOYD DIXON, III, | ) ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) Civil Action No. 07-392-SLR ) |
| GOVERNOR RUTH ANN MINNER, JOSEPH BEAU BIDEN, JAMES T. VAUGHN, CARL C. DANBERG, and RENATA HENRY, | ) ) ) ) ) |
| Defendants. | ) ) |

**AUTHORIZATION**

I, Salih Hall, SBI #104141, request and authorize the agency holding me in custody to disburse to the Clerk of the Court the initial partial filing fee of $24.29 and the subsequent payments pursuant to 28 U.S.C. § 1915(b) and required by the Court's order dated June 29, 2007.

This authorization is furnished to the Clerk of Court in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $350.00. I also understand that the entire filing fee may be deducted from my trust account regardless of the outcome of my civil action. This authorization shall apply to any other agency into whose custody I may be transferred.

Date: _____, 2007.

_____
Signature of Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SALIH HALL, KENNETH M. SMITH, and LLOYD DIXON, III, | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) Civil Action No. 07-392-SLR ) |
| GOVERNOR RUTH ANN MINNER, JOSEPH BEAU BIDEN, JAMES T. VAUGHN, CARL C. DANBERG, and RENATA HENRY, | ) ) ) ) ) ) |
| Defendants. | ) |

## AUTHORIZATION

I, Kenneth M. Smith, SBI #193906, request and authorize the agency holding me in custody to disburse to the Clerk of the Court the initial partial filing fee of $20.79 and the subsequent payments pursuant to 28 U.S.C. § 1915(b) and required by the Court's order dated June 29, 2007.

This authorization is furnished to the Clerk of Court in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $350.00. I also understand that the entire filing fee may be deducted from my trust account regardless of the outcome of my civil action. This authorization shall apply to any other agency into whose custody I may be transferred.

Date: _____, 2007.

_____
Signature of Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SALIH HALL, KENNETH M. SMITH, and LLOYD DIXON, III,<br><br>Plaintiffs,<br><br>v.<br><br>GOVERNOR RUTH ANN MINNER, JOSEPH BEAU BIDEN, JAMES T. VAUGHN, CARL C. DANBERG, and RENATA HENRY,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 07-392-SLR<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**AUTHORIZATION**

I, Lloyd Dixon, SBI #122634, request and authorize the agency holding me in custody to disburse to the Clerk of the Court the initial partial filing fee of $18.23 and the subsequent payments pursuant to 28 U.S.C. § 1915(b) and required by the Court's order dated June 29, 2007.

This authorization is furnished to the Clerk of Court in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $350.00. I also understand that the entire filing fee may be deducted from my trust account regardless of the outcome of my civil action. This authorization shall apply to any other agency into whose custody I may be transferred.

Date: _____, 2007.

_____
Signature of Plaintiff