IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SALIH HALL, KENNETH M. SMITH, and LLOYD DIXON, III, <br><br> Plaintiffs, <br><br> v. <br><br> GOVERNOR RUTH ANN MINNER, JOSEPH BEAU BIDEN, JAMES T. VAUGHN, CARL C. DANBERG, and RENATA HENRY, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 07-392-SLR <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

FILED
JUL 25 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

## AUTHORIZATION

I, Lloyd Dixon, SBI #122634, request and authorize the agency holding me in custody to disburse to the Clerk of the Court the initial partial filing fee of $18.23 and the subsequent payments pursuant to 28 U.S.C. § 1915(b) and required by the Court's order dated June 29, 2007.

This authorization is furnished to the Clerk of Court in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $350.00. I also understand that the entire filing fee may be deducted from my trust account regardless of the outcome of my civil action. This authorization shall apply to any other agency into whose custody I may be transferred.

Date: 7-23-07, 2007.

*Lloyd Dixon III*
Signature of Plaintiff
#122634

IM Salih Hall
SBI# 164141  UNIT WKS
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977



$00.41⁰  JUL 24 2007
MAILED FROM ZIP CODE 19977

Clerk of Court
United States District Court
Federal Building
844 King Street
Wilmington DE 1980/