IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Salih Hall, Kenneth Smith And Lloyd Dixon, Plaintiffs, Vs. Governor Ruth Ann Minner, et. al., Defendants. | ) ) ) ) ) ) C.A. No. 07-CV-0̶0̶9̶2̶ 392 ) ) ) ) |

**MOTION FOR ORDER DIRECTING DEFENDANTS NOT TO TRANSFER PLAINTIFFS OUT OF THE JUDICIAL DISTRICT PENDING PROCEEDINGS**

**NOW COMES** Plaintiffs and moves this court pursuant to Rule 7(b) of the Federal Rules of Civil Procedure, for an order directing the defendants to refrain from transferring the Plaintiffs during the course of these proceedings. The Plaintiffs will submit the following in support of this request:



1. Defendants, through the Delaware Department of Corrections, have a history of retaliatory transfer of inmates out of the state that engage the department in litigation that could have adverse effects on the continued activity of the Department, whether that activity is legally questionable, and have used such transfer as a means to undermine the pending litigation, and as punishment of the individuals who have exercised their constitutional rights. The department also has a history of administratively transferring inmates who are engaged in troublesome court actions to administrative segregation, or super-max to interfere with such litigation and as a means to intimidate the inmate population against the exercise of constitutional rights.

2.  Plaintiffs submit that they are entitled to pursue redress in the courts without state interference or the threat of reprisal in the form of administrative transfer.

3.  Plaintiffs move the court for an order directing defendants to refrain from any transfer of the plaintiffs during the course of these proceedings without first seeking approval of the court, after establishing some significant administrative or security reason that may not be resolved by any lesser means. Such an order by the court would in no wise interfere with the discretion of the department to subject them to any restriction that is not already existent under constitutional law, and merely establishes the plaintiffs existing rights under court order to assure the departments fair dealing.

**WHEREFORE,** Plaintiffs move this court for an order directing the defendants to refrain from any transfer or administrative action affecting plaintiff's current housing placement or status without first presenting to this court proof that such action is the only means to achieve a well stated and documented Pena logical need.

Dated: 8-15-07

Salih Hall
SBI # 104141
Delaware Correctional Center
1181 Paddock Road
Smyrna, Delaware 19977

For Plaintiffs

## Certificate of Service

I, Salih Hall, hereby certify that I have served a true and correct copy of the attached Motion for Order Directing Defendants Not to Transfer Plaintiffs Out of the Judicial District of These Proceedings, upon the following:

>Joseph Biden, Jr., Esquire
>Attorney General
>Department of Justice
>820 N. French Street
>Wilmington, De 19801

By placing the same in an envelop in depositing it in the United State Mail addressed as above, this __15th__ day of __August__, 2007.

_____
Salih Hall
SBI # 104141
Delaware Correctional Center
1181 Paddock Road
Smyrna, De 19977

I/M Salih Hall
SBI# 604141  UNIT WKS
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Clerk of Court
United States District Court
844 King Street
Wilmington DE
19801