IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

FILED
SEP 10 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| Salih Hall, Kenneth Smith And Lloyd Dixon,<br>Plaintiffs, | )<br>)<br>)<br>) |
| Vs. | ) C.A. No. 07-CV-0092<br>07-392 SLR |
| Governor Ruth Ann Minner, et. al.,<br>Defendants. | )<br>)<br>)<br>) |

**MOTION FOR ORDER DIRECTING DEFENDANTS NOT TO TRANSFER PLAINTIFFS OUT OF THE JUDICIAL DISTRICT PENDING PROCEEDINGS**

**NOW COMES** Plaintiffs and moves this court pursuant to Rule 7(b) of the Federal Rules of Civil Procedure, for an order directing the defendants to refrain from transferring the Plaintiffs during the course of these proceedings. The Plaintiffs will submit the following in support of this request:

1. Defendants, through the Delaware Department of Corrections, have a history of retaliatory transfer of inmates out of the state that engage the department in litigation that could have adverse effects on the continued activity of the Department, whether that activity is legally questionable, and have used such transfer as a means to undermine the pending litigation, and as punishment of the individuals who have exercised their constitutional rights. The department also has a history of administratively transferring inmates who are engaged in troublesome court actions to administrative segregation, or super-max to interfere with such litigation and as a means to intimidate the inmate population against the exercise of constitutional rights.

2. Plaintiffs submit that they are entitled to pursue redress in the courts without state interference or the threat of reprisal in the form of administrative transfer. Plaintiffs further submit that they intend to expose intentional fraud and misrepresentation by the several of the defendants in obtaining federal funds applied for under the guise of programs designed to benefit the plaintiffs and similarly situated inmates incarcerated in Delaware, and then diverting those funds to other purposes, and that such action on the part of plaintiffs, while in state custody render them vulnerable to retaliation that could irreparably injure them before any action could be realistically taken in the court.

3. Plaintiffs move the court for an order directing defendants to refrain from any transfer of the plaintiffs during the course of these proceedings without first seeking approval of the court, after establishing some significant administrative or security reason that may not be resolved by any lesser means. Such an order by the court would in no wise interfere with the discretion of the Department of Corrections, or any of the other defendants legitimate authority under the law, and merely establishes the plaintiffs existing right to be free of retaliation by order of the court to simply assure fair dealing.

4. Finally, the Clerks Office has refused to file a motion previously submitted to the court making this request. The basis of the Clerks refusal to file the previously filed motion was that all plaintiffs must sign all filings made. (See attached letter from the Clerk, dated, August 22, 2007)

5. Plaintiffs then moves the court for an additional order directing the defendant, Commissioner of the Department of Corrections to make arrangements for

plaintiffs to meet for the filing of motions and other documents in order to comply with the requirements of the Clerk's directives, and so that plaintiffs are not placed in a position to be compelled to pass materials in the prison inconsistent with the rules and regulations of the facility. Inmates are being penalized by the prison administration for possessing other inmate's legal documents. Since plaintiffs are housed in different units, an order of the court will be necessary to provide for compliance with the Clerk's directive that all parties must sign all motions filed with this court.

**WHEREFORE**, Plaintiffs move this court for an order directing the defendants to refrain from any transfer or administrative action adversely affecting plaintiffs current housing placement or status without first presenting to this court proof that such action is the only means to achieve a well stated and documented Penalogical need, and to provide arrangement for the plaintiffs to meet for the filing of documents with the court consistent with the directive of the Clerk of Court.

Dated: 9-5-07

Salih Hall
SBI # 104141

Kenneth Smith
SBI # 193906

Lloyd Dixon III
SBI # 122634

OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

August 22, 2007

TO: Kenneth M. Smith
SBI #193906
Delaware Correctional Center
1181 Paddock Rd.
Smyrna, DE 19977

Lloyd Dixon, III
SBI# 122634
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

Salih Hall
SBI# 104141
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

**RE: Deficiency for Lack of Original Signature from all Plaintiffs; 07-392(SLR)**

To Above Mentioned Plaintiffs:

Papers have been received by this office for filing in the above matter which do not conform to the Federal Rules of Civil Procedure.

Your papers will be docketed but no action will be taken by the Court until the discrepancies are corrected. In order for your documents to be acceptable for filing, **all filings made on behalf of all plaintiffs must have the original signatures of all the plaintiffs.**

The corrected filing should be sent to this office for processing.

KINDLY RETURN A COPY OF THIS LETTER WITH YOUR CORRECTED DOCUMENTS.

Sincerely,

/ead

PETER T. DALLEO
CLERK

cc: The Honorable Sue L. Robinson

## Certificate of Service

I, Salih Hall, hereby certify that I have served a true and correct copy of the attached Motion for Order Directing Defendants Not to Transfer Plaintiffs Out of the Judicial District of These Proceedings, upon the following partie(s):

>Joseph Biden, Esquire
>Attorney General
>Department of Justice
>820 N. French Street
>Wilmington, De 19801

By placing the same in an envelop addressed as above and depositing it in the United States Mail on this 8th day of September, 2007.

>Salih Hall
>SBI # 104141
>Delaware Correctional Center
>1181 Paddock Road
>Smyrna, De 19977


I/M SALIM HALL
SBI# 164141  UNIT W/KS
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Clerk of Court
United States District Court
844 King Street
Wilmington, DE
19801