## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SALIH HALL, KENNETH M. SMITH, And LLOYD DIXON, III | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 07-392-SLR |
| GOVERNOR RUTH ANN MINNER, JOSEPH BEAU BIDEN, JAMES T. VAUGHN, CARL C. DANBERG, and RENATA HENRY | ) ) ) ) ) | |
| Defendants. | ) | |

## LIMITED ENTRY OF APPEARANCE

PLEASE ENTER THE APPEARANCE of Deputy Attorney General Stacey Xarhoulakos on behalf of Commissioner Carl C. Danberg.  This entry is for the limited purpose of filing a response in opposition to the plaintiffs' motions for injunctive relief and it is not a waiver of any jurisdictional defects or defects of service on Defendant Danberg.  The defendant specifically reserves the right to raise any jurisdictional, service or statute of limitations defenses which may be available.

**STATE OF DELAWARE**
**DEPARTMENT OF JUSTICE**


/s/ Stacey Xarhoulakos
Deputy Attorney General
Department of Justice
820 N. French Street, 6th floor
Wilmington, DE 19801
(302) 577-8400
stacey.xarhoulakos@state.de.us

Dated:  October 1, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on October 1, 2007, I electronically filed *Limited Entry of Appearance* with the Clerk of Court using CM/ECF.  I hereby certify that on October 1, 2007, I have mailed by United States Postal Service, the document to the following non-registered participants: Salih Hall, Kenneth Smith, and Lloyd Dixon

**STATE OF DELAWARE
DEPARTMENT OF JUSTICE**

/s/ Stacey Xarhoulakos_____
Deputy Attorney General
Department of Justice
820 N. French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8400
stacey.xarhoulakos@state.de.us