10-10-07

To Whom it may concern,    07-392 j 07-269

My Name is Kenneth Smith #193906
I would Like All receipts from both
Cases and I would Like to Know
Whats Left to be pay on both.
Case Name: Smith v. Taylor et al
Case Number: 1:07-CV-269

Case Name: Hall et al v. Minner et al
Case Number: 1:07-CV-392

Thank you for
your Help

Kenneth Smith

FILED
OCT 11 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BD scanned

I/M Kenneth Smith
SBI# 192906 UNIT W
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Clerk of the Court
United States District Court
844 N. King Street,
Wilmington DE
19801

