

Salih Hall
SBI # 104141
Delaware Correctional Center
1181 Paddock Road
Smyrna, De 19977

October 11, 2007

The Honorable Susan L. Robinson
United States District Court
844 King Street
Wilmington, De 19801

Evelyn Stevenson, Chairperson
I.B.C.C.
Delaware Correctional Center
1181 Paddock Road
Smyrna, De 19977

RE:  **Hall, et al. v. Minner, et al., C.A. No. 07-CV-00392**

Honorable Judge Robinson and Ms. Stevenson:

This letter comes for a two (2) fold purpose:  (1) to inform the court that my motion for temporary relief has substance in the evidence and reason of (2)  which is to appeal the classification of the IBCC which I received on today's date.  The IBCC decision approved me form medium, TFC, continued Life Skills, MH rescind PRP.  However, I have three(3) points, am current housed and classified to minimum custody where I have been since coming to this facility, working outside at Concrete Design Systems as a clerk, and functioning as a PRP Instructor.  I have had no incidents or write ups.  The only motivation for this sudden classification is either inadvertence or an attempt to handle me for filing in the courts as indicated by my motion for temporary relief.

In accordance with the classification appeal process and my pending motion for temporary relief, I am bringing this matter to both the appropriate DOC personnel to effectuate an appeal of this arbitrary classification, and to seek the courts relief as requested in support of my pending motion.

I also need to point out that the yellow sheet from the IBCC is dated, August 1, 2007, and I received it on October 11, 2007, which by the way I was seen on that date and continued in my current classification.

I would appreciate some response.

Sincerely,

Salih Hall

Xc:  Elizabeth Burris, Acting Warden
     Stacey Xarhoulakos, Deputy Attorney General
     file

Appendix E

## DELAWARE CORRECTIONAL CENTER ---- MEMORANDUM

TO:     Inmate _Hall, Salih_____, SBI#_104141_____, Housing Unit _W 1_

VIA:    Counselor _____

FROM:   I.B.C.C.

DATE:   _8-1-07_____

RE:     Classification Results

Your M.D.T. has recommended you for the following: _Medium, TFC_
_and Lifeskills, MH_
_rescind PRP_

The I.B.C.C.'s decision is to:

✓ ___ Approve _____

_____ Not Approve _____

_____ Defer _____

_____ Recommend _____

_____ Not Recommend _____

**BECAUSE:**

| | |
|---|---|
| ___ Lack of program participation | ___ Time remaining on sentence |
| ___ Pending disciplinary action | ___ Prior failure under supervision |
| ___ Gradual phasing indicated | ___ Poor institutional adjustment |
| ___ Open charges | ___ Serious nature of offense |
| ___ Prior criminal history | |
| ___ Failure to follow your treatment plan in that you _____ | |

_____ You present a current and continuous danger to the safety of staff, other inmates, or the good order of the Institution. Explanation: _____

OTHER: _Rw 8/08_____

**ADDITIONAL COMMENTS:**

_____ Develop/continue treatment plan with counselor

You will be expected to address the following: _____

_____

_____

Copy to: Classification
         Inmate
         Institution File

Form #456 (3 Part NCR)
Revised 11/97



I/M SALAH HALL
SBI# 104141 UNIT WKS
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

The Honorable Susan L. Robinson
United States District Court
844 King Street
Wilmington, De
19801