OFFICE OF THE CLERK
### UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo  
CLERK OF COURT

LOCKBOX 18  
844 KING STREET  
U.S. COURTHOUSE  
WILMINGTON, DELAWARE 19801  
(302) 573-6170

October 18, 2007

TO: Salih Hall  
SBI# 104141  
Delaware Correctional Center  
1181 Paddock Road  
Smyrna, DE 19977

Kenneth M. Smith  
SBI #193906  
Delaware Correctional Center  
1181 Paddock Rd.  
Smyrna, DE 19977

Lloyd Dixon, III  
SBI# 122634  
Delaware Correctional Center  
1181 Paddock Road  
Smyrna, DE 19977

*RE:* **Deficiency for Lack of Original Signature from all Plaintiffs on Letter Filed by Salih Hall Dated 10/11/07; 07-392(SLR)**

To Above Mentioned Plaintiffs:

Papers have been received by this office for filing in the above matter which do <u>not</u> conform to the Federal Rules of Civil Procedure.

Your papers will be docketed but no action will be taken by the Court until the deficiencies are corrected. In order for your documents to be acceptable for filing, **all filings with the Court must have the original signatures of all the plaintiffs.**

The corrected filing should be sent to this office for processing.

<u>KINDLY RETURN A COPY OF THIS LETTER WITH YOUR CORRECTED DOCUMENTS.</u>

Sincerely,

/ead

PETER T. DALLEO  
CLERK

cc: The Honorable Sue L. Robinson