Salih Hall
SBI # 104141
Delaware Correctional Center
1181 Paddock Road
Smyrna, Delaware 19977



October 17, 2007

Stacey Xarhoulakos, Esquire
Deputy Attorney General
Department of Justice
820 N. French Street
Wilmington, De 19801

RE: <u>Hall, et al. v. Minner, et al., C.A. No. 07-CV-00392</u>   SLR

Dear Ms. Xarhoulakos:

    This letter comes after doing some research, and reviewing a 9th Circuit case, <u>Thompson v. Davis</u>, 295 F.3d 890. I believe that this case is supplemental to the reply I have recently filed to your answer involving two motions for temporary relief. It appears that the Americans with Disabilities Act has been in deed interpreted to subject traditional functions of state courts as far as the criminal law is concern, when such practices are considered quarantine laws. This is precisely what our ADA claim entails. We specifically claim that the state of Delaware has in effect quarantine the plaintiffs, and many other similarly situated criminal defendants who suffer from chemical dependency under the declaration of habitual offender and its finding of incorrigibility, on the basis of our disease, when adequate treatment opportunities have not been provided.

    By copy of this letter to The Honorable Susan L. Robinson I am supplementing my reply to include the above cited case when considering our motions pending before the court.

    Contrary to your response the complaint in this action raises significant issues under the ADA concerning chemical dependency as a newly categorized disease of the brain. The Plaintiffs merely seek an opportunity at treatment, and are open to some discussion pertaining to how that can be achieved. I urge you to be open to such a possibility. None of us are serious offenders and have simply acted in accordance with the disease of which we suffer. As pointed out by you in your response, I had treatment and made substantial progress until a chemically induced relapse brought me back into the system. This, I believe is some evidence that treatment can work, and we should at least be given the opportunity before being discarded.

PAGE TWO (2)
RE: **LETTER TO STACEY XARHOULAKOS**
<u>DATED: OCTOBER 17, 2007</u>

    In any event, please review the case in conjunction with the reply that has been sent under separate cover. A copy is also provided to the clerk for inclusion into the record.

Sincerely,

Salih Hall

Xc: Honorable Susan L. Robinson
    Clerk of District Court
    Plaintiffs
    file

IM Salih Hall
SBI# 104141  UNIT W4S
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Clerk of Court
United States District Court
844 King Street
Wilmington, De
19801

UNITED STATES POSTAGE
$00.750
OCT 19 2007
MAILED FROM ZIP CODE 19977
0004608975
02 1A
PITNEY BOWES