IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

Salih Hall, Kenneth Smith,       )
and Lloyd Dixon III,             )
            Plaintiffs,          )
                                 )
Vs.                              )    C.A. No. 07-CV-00392 *SLR*
                                 )
Governor Ruth Ann                )
Minner, et al.,                  )
            Defendants.          )

RECEIVED
OCT 2 2 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## MOTION TO COMPELL FREEDOM OF INFORMATION ACT REQUEST

**NOW COMES** Plaintiffs and moves this court pursuant to Rule 7 of the Federal

Rules of Civil Procedure for an order to compel the National Institute of Justice, United

States Department of Justice, to respond to, and to process his request for access to public

records pursuant to the Federal Freedom of Information Act, 42 USCA, Section 552,

presented by letter, dated, August 20, 2007, a copy of which is attached hereto and

incorporated herein by reference. The following is presented in support of this request:

1. Plaintiffs have filed the herein action under the Americans with Disabilities Act

   raising issues of discrimination against them on the basis of their disease of

   chemical dependency as a known brain disease by deliberate indifference to its

   treatment, and against the discrimination by agencies of the State in affording

   State provided treatment on the basis of systemic racial disparity that has deprived

   the plaintiffs of such treatment.

2. At paragraph #23 and #24, plaintiffs allege that the State has received Federal

   Funds to provide them and their class with various forms of treatment, programs

   and vocational training, such funds being diverted to prison expansion and

construction efforts after being received, further undermining plaintiffs of a true chance for reform throughout their prior convictions and incarcerations which are used as a legal basis of declaration of them as habitual criminals and incorrigible offenders.

3. Plaintiffs request under the Freedom of Information Act, which they now move this court to compel, is relevant to the proof of allegations made at paragraphs # 23 and #24 of their complaint. Everyone who has been in the custody of the Department of Corrections has known that money awarded for their vocational training, treatment and rehabilitation is most often re-directed from its grated purpose to become part of a building, renovations, or even a building itself, which plaintiffs assert has contributed to recidivism in general, and to theirs in particular.

4. The Freedom of Information Act 42 USCA, Section 552 provides the plaintiffs an absolute right to the requested public records, requiring a written response from the involved agency within 10 working days of the request. Plaintiffs, made the attached request on August 20, 2007. Plaintiff Hall, on behalf of the other Plaintiffs is entitled to an order to compel by the District Court pursuant to provisions of the Act.

5. The plaintiffs have been victims of the disease of chemical dependency for almost the entire span of their loves, but like the proverbial elephant in the living room, the state, who has been their ward is pretending that the true cause of their affliction does not exist, even engaging in diverting funds granted to assist them to other objectives that were aimed are aimed at further incapacitating them

instead of providing the lease restrictive and most effective methods of treating

their infirmity.  A matter for which the Americans with Disabilities Act was

enacted.

**WHEREFORE**, Plaintiffs move this court for an order compelling the National

Institute of Justice, United States Department of Justice, to comply with the

August 20, 2007, request under the Freedom of Information Act without any

further delay.

**Dated:**  $10-17-07$

_____
Salih Hall

_____
Kenneth Smith

_____
Lloyd Dixon III

**Plaintiffs**
**Delaware Correctional Center**
**1181 Paddock Road**
**Smyrna, De 19977**

## Certificate Service

I , Salih Hall, hereby certify that I have served a true and correct copy of

the attached "Motion to Compel Freedom of Information Act Request," upon the

following party:

Deputy Attorney General
Department of Justice
820 N. French Street
Wilmington, De 19801

By placing the same in the United States Mail at the Delaware

Correctional Center, addressed as above this _____ day of _____, 2007.

Salih Hall
Delaware Correctional Center
1181 Paddock Road
Smyrna, De 19977

**Delaware Correctional Center**
**1181 Paddock Road**
**Smyrna, De 19977**

August 20, 2007

(FOIA Request Clerk)
National Institute of Justice,
US Department of Justice
810 Seventh Street, N.W.
Washington, De 20531

**RE:  Request for Access to Public Records Pursuant to the Federal Freedom of**
      **Information Act**

Dear Processing Official:

        This letter comes pursuant to the Federal Freedom of Information Act, 5
U.S.C.A., Section 552, requesting copies or review of all applications requesting Federal
grants, or other appropriations, by the State of Delaware, for each fiscal year going back
to fiscal year 1986.

        Specifically, this request seeks review of all applications for funding, reports or
other detailed information outlining the use of said funds by the State of Delaware, a
detailed description of grant eligibility criteria and requirements, including
documentation, not classified, submitted by the State of Delaware in application for such
grants, or reporting disbursements.  This request includes any and all grants to the
Delaware Department of Corrections or the State judiciary or the establishment of a drug
court, and a mental health court, and applications submitted pursuant to 42 USCA,
Section 13703 thru 13708, 42 USCA, Section 3793 et seq., 5 USCA, Section 50001
(1994), or any other relevant authorities under which grants have been provided the State
of Delaware for Prisons and Courts.

        Also sought is Delaware Department of Corrections application for grants or
funds that designate the Delaware Correctional Center in Smyrna, Delaware, a
correctional center, relevant regulations or statutes that distinguish between corrections
centers, prisons or penitentiaries, for the purpose of determining the amount of grant
dollars available.  Any documentation submitted by the Delaware Department of
Corrections asserting the classification of it's institutions under any specified category in
order to qualify for specific funding is also requested.

        This information is sought as part of an investigation into concerns of fraud and
misrepresentation by the State of Delaware in the Federal grant application process, and
the diverting of funds granted for the benefit of the inmate population toward prison
expansion and construction, as well as misrepresentation of the physical characteristics of

**PAGE TWO (2)**
**RE:  LETTER TO NATIONAL INSTITUTE OF JUSTICE UNDER FOIA**
**DATED:  August 20, 2007**

-the Department of Corrections facilities to fraudulently obtain funds that would not otherwise be available due to ineligibility.

By copy of this letter I am advising the newly appointed prison monitor in Delaware of this request and seek his assistance in this matter.

Respectfully,

Salih Hall
SBI#

_____
Amir Fatir
SBI#

Xc:  Carl C. Danberg, Commissioner
      Joshua W. Martin III
      Wendell Howell, Addiction Coalition of Delaware
      File