IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Salih Hall, Kenneth Smith <br> And Lloyd Dixon III, <br>     Plaintiffs Below, <br>     Appellant, <br><br> Vs. <br><br> Governor Ruth Ann <br> Minner, et. Al., <br>     Defendant Below, <br>     Appellee. | ) <br> ) <br> ) <br> ) <br> ) Appeal No._____ <br> ) C.A. No. 07-392SLR (District Court) <br> ) <br> ) <br> ) <br> ) <br> ) |

**FILED NOV - 5 2007 U.S. DISTRICT COURT DISTRICT OF DELAWARE**

### NOTICE OF APPEAL

**PLEASE TAKE NOTICE** that the Appellants, Plaintiffs Below, hereby appeal to the United States Court of Appeals for the Third Circuit, from the memorandum order of the District Court for the District of Delaware, the honorable Sue L. Robinson, dated, October 23, 2007, dismissing without prejudice their complaint filed under the Americans with Disabilities Act, for failure to state a claim upon which relief may be granted. Under separate cover appellants will submit their motions to proceed in forma pauperis, as they are awaiting prison officials to provide them with the appropriate account statements required for application.

Dated: 10-31-07

_____
Salih Hall

_____
Kenneth Smith

_Lloyd Dixon III_
Lloyd Dixon III

**Delaware Correctional Center**
**1181 Paddock Road**
**Smyrna, De 19977**
**Appellants Prose**

## Certificate of Service

I, Salih Hall, hereby certify that I have served a true and correct copy of the attached Notice of Appeal to the following party:

Stacey Xarhoulakos, Esquire
Deputy Attorney General
Department of Justice
820 N. French Street
Wilmington, Delaware 19801

By placing the same in the United States Mail at the Delaware Correctional Center, this 31st day of October, 2007.

Salih Hall
Delaware Correctional Center
1181 Paddock Road
Smyrna, De 19977

I/M Salih Hall
SBI# 104191   UNIT W-1
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Clerk of Court
United States District Court
Federal Building
844 King Street
Wilmington, DE 19801