Salih Hall
SBI # 104141
Delaware Correctional Center
1181 Paddock Road
Smyrna, De 19977

November 14, 2007

Clerk of Court
United State District Court
Federal Building
844 King Street
Wilmington, De 19801

RE: **Hall, et al., v. Minner, et al., C.A. No. 07-0392** SLR

Dear Clerk:

The plaintiffs have been paying the filing fee in the above entitled matter.

Please inform me of the amount paid to date, and the amount that remains outstanding.

Thank you for your assistance.



Sincerely,

Salih Hall

Xc: all plaintiffs
    File



FILED
NOV 19 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I/M Salih Hall
SBI# 104141  UNIT W-1
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977



Clerk of Court
United States District Court
Federal Building
844 King Street
Wilmington, DE 19801