OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

November 20, 2007

TO:

**Salih Hall**
SBI# 104141
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

**Kenneth M. Smith**
SBI #193906
Delaware Correctional Center
1181 Paddock Rd.
Smyrna, DE 19977

**Lloyd Dixon, III**
SBI# 122634
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

    RE:  Response to Mr. Hall's Letter dated 11/14/07 re:
          Payments to CA 07-392 SLR Hall etal v. Minner, etal.

The attached ledger indicates the total fees paid to date in subject civil action, The current balance is $84.07.

                            Sincerely,

/rbe
cc: Business, DCC
Copy of Ledger enclosed

                         PETER T. DALLEO
                         CLERK

SALIH HALL, ET AL V. MINNER, ET AL.

CA 07-392-SLR
CASE #1

| DATE | FUND | RECEIPT | AMOUNT | BALANCE |
|---|---|---|---|---|
| 6/29/2007 | | | | 350 |
| 8/8/2007 | 5100PL | 148460 | 18.23 | 331.77 |
| 8/8/2007 | 5100PL | 148468 | 24.29 | 307.48 |
| 9/12/2007 | 5100PL | 148846 | 14.6 | 292.88 |
| 9/12/2007 | 5100PL | 148850 | 75.96 | 216.92 |
| 9/12/2007 | 5100PL | 148867 | 31.88 | 185.04 |
| 10/12/2007 | 5100PL | 149178 | 25.04 | 160 |
| 10/12/2007 | 0869PL | 149178 | 5.06 | 154.94 |
| 10/12/2007 | 0869PL | 149189 | 31.88 | 123.06 |
| 11/6/2007 | 0869PL | 149491 | 17.2 | 105.86 |
| 11/6/2007 | 0869PL | 149492 | 5.68 | 100.18 |
| 11/6/2007 | 0869PL | 149495 | 0.18 | 100 |
| 11/6/2007 | 086400 | 149495 | 15.93 | 84.07 |